IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:24-cv-338 |
| City of Houston, Texas, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

On this date, the Court considered Plaintiffs' Motion for a Preliminary Injunction. After due consideration of this motion, any responses and replies, and all other evidence and argument, the Court GRANTS Plaintiffs' Motion. It is hereby ORDERED that the City of Houston and its officers, employees, and agents are enjoined from enforcing §§ 20-252 and 20-257 of the Houston City Code against Plaintiffs, Food Not Bombs Houston members, and Food Not Bombs Houston volunteers during the pendency of this litigation.

SIGNED on _____, 2024.

_____
UNITED STATES DISTRICT JUDGE