THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| Food Not Bombs Houston et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:24-cv-338 |
| v. ) | |
| ) | |
| City of Houston, Texas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**INDEX TO EXHIBITS**

| Exhibit | Description |
|---|---|
| No. 1 | City of Houston, TX Code of Ordinances Secs. 20-251 through 20-257 |
| No. 2 | Declaration of Rebecca Lavergne, Representative of Food Not Bombs Houston |
| No. 3 | Declaration of Brandon Walsh, with Exhibits A, B and C |
| No. 4 | Declaration of Christopher Rivera, with Exhibits A–G |
| No. 5 | Declaration of Lynn Marie Meade |
| No. 6 | Declaration of Declaration of David Ferguson |
| No. 7 | Declaration of Christopher Steven Tull |
| No. 8 | Verification from M. Lucille Anderson, City Attorney with Exhibits B, C and F |
| No. 9 | City of Houston's Public Information Request Center Response Emails with Randy Hiroshige |
| No. 10 | Declaration of LaToya Lane |
| No. 11 | City of Houston's CitizensNet on Facts about Voluntary Homeless Feeding Registration Program, dated September 5, 2012 |

| **No. 12** | City of Houston Health Department - Charitable Feeding Program Information |
|---|---|
| **No. 13** | Houston Chronicle Article - Mayor John Whitmire's Full Inauguration Speech |
| **No. 14** | City of Houston's Mayor's Office for Homeless Initiatives Landing Page |
| **No. 15** | City of Houston's City Council Housing and Community Affairs Committee Landing Page |
| **No. 16** | City of Houston's CitizensNet on Community Charrette on Homelessness, dated August 16, 2012 |
| **No. 17** | Rice University, Kinder Institute for Urban Research Report - Election 2023: Priorities and Concerns of Houston Residents |