IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FOOD NOT BOMBS HOUSTON,** § | | |
| **BRANDON WALSH** § | | |
| § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | C.A. No. 4:24-CV-00338 | |
| § | | |
| **THE CITY OF HOUSTON, TEXAS,** § | | |
| § | | |
| *Defendant* § | Judge Andrew Hanen | |

### ORDER DENYING PLAINTIFFS' MOTION FOR <u>TEMPORARY RESTRAINING ORDER</u>

After considering Plaintiffs' Motion for Temporary Restraining Order, Defendant City of Houston, Texas ("Houston")'s response, as well as evidence, argument and authorities, the Court finds that Plaintiffs' motion is not well taken. It is therefore

ORDERED that Plaintiffs' Motion for Temporary Restraining Order is DENIED.

Dated: _____

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE