IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> City of Houston, Texas, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:24-cv-338 |

## **ORDER**

On this date, the Court considered Defendant's Rule 12(b)(6) Partial Motion to Dismiss and Rule 12(e) Motion for More Definite Statement, Dkt. 18. After due consideration of this motion, any responses and replies, and all other evidence and argument, the Court DENIES Defendant's Motion.

SIGNED on _____, 2024.

_____
Andrew S. Hanen
United States District Judge