IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOOD NOT BOMBS HOUSTON, BRANDON WALSH | § § § | |
| *Plaintiffs* | § § | |
| v. | § § | C.A. No. 4:24-CV-00338 |
| THE CITY OF HOUSTON, TEXAS, | § § § | |
| *Defendant* | § | |

**DEFENDANT CITY OF HOUSTON'S
CERTIFICATE OF INTERESTED PARTIES**

Defendant, City of Houston, Texas files this Certificate of Interested Parties identifying all persons and entities that are financially interested in the outcome of this litigation:

1. Food Not Bombs Houston, Plaintiff
   c/o Randall Hiroshige
   Travis Fife
   Texas Civil Rights Project
   1405 Montopolis
   Austin, Texas 78741
   (512) 474-5073

   Remington Alessi
   Attorney at Law
   PO Box 230381
   Houston, Texas 77223
   (281) 438-3733

2. Brandon Walsh, Plaintiff
   c/o Randall Hiroshige
   Travis Fife
   Texas Civil Rights Project
   1405 Montopolis
   Austin, Texas 78741
   (512) 474-5073

   Remington Alessi
   Attorney at Law
   P.O. Box 230381
   Houston, Texas 77223
   (281) 438-3733

3. City of Houston, Defendant
   c/o M. Lucille Anderson
   Senior Assistant City Attorney III
   Kenneth Soh
   Senior Assistant City Attorney III
   City of Houston Legal Department
   General Litigation Section
   900 Bagby Street, 4th floor
   Houston, Texas 77002
   (832) 393-6485

Respectfully submitted,

**ARTURO G. MICHEL**
City Attorney
**SUZANNE R. CHAUVIN**
Chief, General Litigation Section

*/s/ M. Lucille Anderson*
M. Lucille Anderson
Attorney-in-charge
Sr. Assistant City Attorney III
Federal ID No. 19377
Texas State Bar No. 00793260
MLucille.Anderson@houstontx.gov
Kenneth Soh
Sr. Assistant City Attorney III
Federal ID No. 11882
Texas State Bar No.: 00794670
Kenneth.soh@houstontx.gov
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-0368
832.393.6485
832.393.6259 Fax

**ATTORNEYS FOR DEFENDANT
CITY OF HOUSTON, TEXAS**

## CERTIFICATE OF SERVICE

On the 18th day of March, 2024, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system.

   /s/ *M. Lucille Anderson*
M. Lucille Anderson
Attorney for Defendant