United States District Court
Southern District of Texas

**ENTERED**

~~April 12, 2024~~

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT** ☆ **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| Food Not Bombs Houston, et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action H-24-338 |
| | § | |
| City of Houston, TX, | § | |
| *Defendant*. | § | |

**Scheduling Order**

1. Trial:  Estimated time to try:  5 days.                                    Bench     X  Jury

2. New parties must be joined by:                                    July 12, 2024
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     October 25, 2024

4. The defendant's experts must be named with a report furnished by:     November 22, 2024

5. Discovery must be completed by:                                    January 31, 2025
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                              February 28, 2025
   Response due by:                                                   March 21, 2025

   Non-Dispositive Motions will be filed by:                          February 28, 2025

********************  The Court will provide these dates.  ********************

7. Joint pretrial order is due:                                       August 29,2025
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                 September 29, 2025

9. Jury Selection is set for 9:00 a.m. on:                            October 14,2025

The case will remain on standby until tried.

       Signed this the 12th day of April, 2024.

Peter Bray
United States Magistrate Judge