United States District Court
Southern District of Texas
**ENTERED**
February 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:24-cv-338 |
| v. ) | (Consolidated Case: No. 4:23-cv-1206) |
| ) | |
| City of Houston, Texas, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On this date, the Court considered the Parties' Joint Motion for Extension of Motions Deadlines. Dkt. 38. After due consideration of this motion, the Court **GRANTS** the Parties' Motion. It is hereby **ORDERED** that the deadlines for the Parties to file dispositive and non-dispositive motions are amended as follows:

- Dispositive Motions will be filed by: **March 28, 2025**.

- Responses to Dispositive Motions due by: **April 18, 2025**.

- Replies in support of Dispositive Motions due by: **April 28, 2025**.

- Non-Dispositive Motions will be filed by: **March 28, 2025**.

All other deadlines in the current scheduling order, Dkt. 27, remain in effect.

Signed at Houston, Texas this 31st day of January, 2025.

HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE