IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:24-cv-338 |
| v. ) | (Consolidated Case: No. 4:23-cv-1206) |
| ) | |
| City of Houston, Texas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On this date, the Court considered Plaintiffs Food Not Bombs Houston and Brandon Walsh's Motion for Summary Judgment and Permanent Injunction. After due consideration of this motion, any responses and replies, and all other evidence and argument, the Court **GRANTS** Plaintiffs' Motion. It is hereby **ORDERED** that Defendant City of Houston and its officers, employees, and agents are permanently enjoined from enforcing sections 20-252 and 20-257 of the Houston City Code.

Signed at Houston, Texas this ____ day of _____, 2025.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE