IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| Food Not Bombs Houston et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:24-cv-338 |
| v. ) | (Consolidated Case: No. 4:23-cv-1206) |
| ) | |
| City of Houston, Texas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' INDEX OF EXHIBITS**

| Plaintiffs' Exhibit | Short Name | Description |
|---|---|---|
| 1 | Ordinance | Sections 20-251 through 20-257 of the Houston City Code |
| 2 | FNBH Decl. | Declaration of Rebecca Lavergne |
| 3 | Walsh Decl. | Declaration of Brandon Walsh, with Exhibits A–C |
| 4 | Rivera Decl. | Declaration of Christopher Rivera, with Exhibits A–G |
| 5 | Meade Decl. | Declaration of Lynne Marie Meade |
| 6 | Ferguson Decl. | Declaration of David Ferguson |
| 7 | Tull Decl. | Declaration of Christopher Tull |
| 8 | RFAs | Defendant's Responses to Plaintiffs' Requests for Admission |
| 9 | May 12, 2016 Email | Carolyn Gray May 12, 2016 Email to Pastor Lee |
| 10 | Lane Decl. | Declaration of LaToya Lane |
| 11 | Sept. 5, 2012 CitizensNet | City of Houston's CitizensNet on Facts about Voluntary Homeless Feeding Registration Program, September 5, 2012 |
| 12 | Charitable Feeding Webpage | Houston Health Department Charitable Feeding Webpage |
| 13 | Whitmire Inauguration Speech | Houston Chronicle Article - Mayor John Whitmire's Full Inauguration Speech |

| | | |
|---|---|---|
| 14 | Mayor's Office of Homeless Initiatives | City of Houston's Mayor's Office for Homeless Initiatives Landing Page |
| 15 | Housing and Community Affairs | City of Houston's City Council Housing and Community Affairs Committee Landing Page |
| 16 | Aug. 16, 2012 CitizensNet | City of Houston's CitizensNet on Community Charrette on Homelessness, August 16, 2012 |
| 17 | Kinder 2023 Report | Rice University, Kinder Institute for Urban Research Report - Election 2023: Priorities and Concerns of Houston Residents |
| 18 | December 2015 Feeding Groups | Registered Charitable Food Service Groups December 12, 2015 |
| 19 | Sept. 13, 2016 Email | David McCoy September 13, 2016 Email to Breakfast Club Ministry |
| 20 | Nov. 28, 2017 Email | David McCoy November 28, 2017 Email to Marlene Navarrete |
| 21 | Oct. 27, 2019 Email | Renee Beckham October 27, 2019 Email to Liliana Guevara |
| 22 | Mar. 31, 2020 Email | James Koski March 31, 2020 Email to Chief Troy Finner |
| 23 | HPL 2017 Homeless Resources | Savannah Dorsett March 20, 2017 Email to Ashley Schmidt and Homeless Help Food Handout |
| 24 | FNBH About Page | FNBH About Webpage |
| 25 | Charitable Feeding Notice | City of Houston Notice Regarding Charitable Food Services |
| 26 | Dinner to Home Ordinance | City of Houston L32680 Dinner to Home (Bread of Life, Inc.) Ordinance, May 11, 2023 |
| 27 | May-June 2016 Parks Feeding Calendar | City of Houston Parks and Recreation Permit Master Report, May-June 2016 |
| 28 | Aug. 12, 2021 Email | Marvalette Hunter August 12, 2021 Email to Andy Icken |
| 29 | Citation List | List of City of Houston Citations under Houston City Code Section 20-252 |
| 30 | Aug. 2, 2023 HPD Report | August 2, 2023 Houston Police Department Report re: James Alen Foster |
| 31 | Picone Decl. | Declaration of Phillip Picone filed in No. 4:23-cv-1206 on Jan. 8, 2024 (Dkt. 27-1) |
| 32 | Aug. 14, 2023 Photo | FNBH August 14, 2023 Food Sharing Photo |
| 33 | Feb. 23, 2023 Email | Renee Beckham February 23, 2023 Email to Parish Coleman |
| 34 | Jan. 10, 2024 Video | FNBH January 10, 2024 Food Sharing Video |
| 35 | Kennedy 30(b)(6) Dep. | Transcript Excerpts of Rule 30(b)(6) Deposition of Captain Jennifer Kennedy |
| 36 | Beckham 30(b)(6) Dep. | Transcript Excerpts of Rule 30(b)(6) Deposition of Chief Sanitarian Renee Beckham |
| 37 | Kadir Dep. | Transcript Excerpts of Deposition of Saima Kadir |