EXHIBIT 4

## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| Food Not Bombs Houston et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| City of Houston, Texas, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>DECLARATION OF CHRISTOPHER RIVERA</u>

I, CHRISTOPHER RIVERA, hereby declare and state:

1.      I am an Outreach Coordinator for the Texas Civil Rights Project and submit this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. The facts set forth in this Declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto.

2.      I am over eighteen years of age and of sound mind to declare to the facts stated herein. I reside in Houston, Texas.

3.      On January 17, 2024, I went to 61 Riesner Street, Houston, Texas, 77002 ("61 Riesner Street"), which I understand to be the only public place in Houston where people are allowed to serve food to more than five people.

4.      61 Riesner Street is a police station next to the Houston Municipal Courthouse. Behind a wired fence are dozens of Houston police cars. The car parking spaces surrounding the building are largely not for public use. Instead, there are several signs stating the parking spaces are for police vehicles only. Exhibits A, B, C, and D to this Declaration are representative photos

1

truthfully and accurately depicting available parking when I visited 61 Risener Street on January 17, 2024. I personally took the photos.

5.    The publicly available parking that does exist seemingly requires permits or payment.

6.    I also walked over to the two portable bathrooms near the front entrance of 61 Riesner Street. Both bathrooms were locked, and it was impossible to access them. Exhibits E and F attached to this Declaration are photos I took and true and accurate depictions of the locks on the bathroom when I visited on January 17, 2024.

7.    On the evening of January 17, 2024, I went back to 61 Riesner Street during a food service event occurring there. As reflected in Exhibit G of this Declaration, food services at 61 Riesner Street are closely monitored by police officers directly in front of the police station.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____1/23/2024_____ in Houston, Texas.

DocuSigned by:

*Christopher Rivera*

_____
60565D2857D0437...

CHRISTOPHER RIVERA

# Ex. A



# Ex. B



# Ex. C



# Ex. D



# Ex. E



# Ex. F



# Ex. G

