# EXHIBIT 5

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| v. ) | Jury Trial Demanded |
| ) | |
| The City of Houston, Texas, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF __Lynn Marie Meade__

I, __Lynn Meade__, hereby declare and state:

1. I am over eighteen years of age and am of sound mind to make this declaration. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I reside in the Houston area.

2. I have lived in the Houston area for __35__ years.

3. __I have been coming to Food Not Bombs near the library since 2018. I continue to come 4 nights a week, weather permitting.__

4. __Food Not Bombs has always been there for us and try to help us, even with shoes.__

1

5. I ~~live~~ sleep near the library + this location is easy for me to access. I'm friends with many volunteers + people who receive food.

6. 61 Reisner St. makes me feel like a criminal because there are so many police officers present.

7. Food Not Bombs has been here for us a lot longer and I want to continue attending sharings near the library

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5 day of January, 2024 at Houston, Texas.

Signature: Lynn M. Meade
Name: Lynn Meade

2