# EXHIBIT 6

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> The City of Houston, Texas, ) <br> ) <br> Defendant. ) | Case No. _____ <br> Jury Trial Demanded |

DECLARATION OF __David Ferguson__

I, __David Ferguson__, hereby declare and state:

1. I am over eighteen years of age and am of sound mind to make this declaration. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I reside in the Houston area.

2. I have lived in the Houston area for __44__ years.

3. __I have received food from Food Not Bombs at the Library on a weekly basis since October 2023__

4. __I've been to 61 Riesner to get food, but I stopped going because it was too far for me to walk.__

1

5. I usually spend the day at the Central Library or the Beacon, and I carry my possessions in my wheelchair

6. I had multiple strokes, and I have aneurysms, and it makes it difficult for me to walk.

7. Because Food Not Bombs serves food closer to where I spend the day and my difficulty walking, I get food from Food Not Bombs instead of Gl Riesner

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5 day of January at Houston, Texas.

Signature: David Ferguson

Name: David Ferguson

2