# EXHIBIT 7

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston<br><br>Plaintiff,<br><br>v.<br><br>The City of Houston, Texas,<br><br>Defendant. | Case No. _____<br>Jury Trial Demanded |

DECLARATION OF **Christopher Steven Tull**

I, **Christopher Tull**, hereby declare and state:

1. I am over eighteen years of age and am of sound mind to make this declaration. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I reside in the Houston area.

2. I have lived in the Houston area for **2** years.

3. **I have been going to Food Not Bombs food sharings to receive food multiple times a week for the last 2 years**

4. **Sometimes, I have gone to 61 Riesner to receive food, but I don't like going there**

1


5. I feel uncomfortable getting food at 61 Riesner because of all the police presence. I feel like an animal in the zoo
6. I feel uncomfortable with the police presence at 61 Riesner because I have had negative interactions with the police in the past.
7. I like Food Not Bombs because they offer a non judgmental place to get food for people from all walks of life

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10 day of January at Houston, Texas.

Signature: _Christopher Tull_

Name: _Christopher Steven Tull_

2