# EXHIBIT 9

| | |
|---|---|
| From: | Gray, Carolyn - HHD |
| Sent: | Thursday, May 12, 2016 11:04 AM CDT |
| To: | \* |
| CC: | Macias, Naomi - HHD; McCoy, David - HHS |
| Subject: | FW: Charitable Food Service Participation Form and Information about Parks and Bridges |
| Attachments: | Charitable Feeding Ordinance 2012-269.pdf, Charitable food service participation form revised 07-26-2012 (2) (2) map of parks.doc |

Hello Pastor Lee,

Hope you are doing well today. Following up on your request for information. Attached is the charitable food service participation form and the ordinance governing charitable feeding. The Charitable Feeding Ordinance requires that you have advanced written permission from the property owner if you feed the homeless on public or private property. Please contact me if you wish to schedule a City Park for charitable feeding. Here is the list of parks available for charitable feeding.

Little Tranquility Park*** 700 Bagby, 400 Rusk, 400 Travis
Hennessey ****1900 Lyons Ave, Houston, TX 77020
Brewster ***1800 Des Chaumes, Houston TX 77026
Henderson *** Henderson is close to a homeless shelter--4250 Elysian, 77009
Peggy's Point Plaza***4240 Main Street, Houston, TX 77020
Eastwood Park***5000 Harrisburg, Houston, TX 77011
Library Plaza*** 521 Lamar.

The following parks are not designated for charitable feeding: Hermann, Memorial, Moody, Irvington.

If feeding more than 5 persons under bridges, a person needs to obtain advanced written permission from TXDOT. TXDOT's Office of Public Affairs may be reached by calling Raquelle Lewis, 713-802-5071, or Karen Othon, 713-354-1532, or Danny Perez, 713-802-5077, or Deldrea Samuels, 713-802-5072 for additional information about the property under bridges.

In order to obtain a charitable food safety certificate which is valid for 5 years, you will need to register for and attend the free charitable food safety class held on the 3rd Saturday of each month at The Beacon. The next available class is May 21, 2016:

| |
|---|
| May 21, 2016 |
| Charitable Feeding Class Training |
| The Beacon |
| 1212 Prairie Street Houston, TX 77002 |
| Dunn Center Conference Room B |
| 12:00 P.M. – 1:30 P.M. |
| ( 3rd Saturday, each month) |

Class attendance is voluntary. However, if your organization chooses to become a recognized charitable food service provider (as listed on the Houston Health Department website), then you will need to submit the attached participation form and attend the charitable feeding class training.

COH 025283

If you have additional questions, please visit our website at
http://www.houstontx.gov/health/Food/index.html or feel free to contact me.

Thank you,


Carolyn Gray, RS
Chief Sanitarian
Retail Food Inspection
Houston Health Department
832-393-5131
713-376-0381