# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. _____ ) ) |
| City of Houston, Texas, | ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF LATOYA LANE

I, LATOYA LANE, hereby declare and state:

1. I am a paralegal with the Texas Civil Rights Project. I was given the assignment to access, print out, and verify the contents of the websites listed in the table below. These print outs are now Exhibits attached to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Exhibits 1, 11, 12, 13, 14, 15, and 16 fairly and accurately reflect what I perceived when I accessed these websites. Exhibit 17 fairly and accurately reflects the report I downloaded from the website.

| Exhibit No. | Date Accessed | Description |
|---|---|---|
| 1 | January 22, 2024 | City of Houston, Code of Ordinances, Chapter 20 – Food and Drugs, Article V. – Charitable Food Services https://library.municode.com/tx/houston/codes/code_of_ordinances?nodeId=COOR_CH20FODR_ARTVCHFOSE |
| 11 | January 17, 2024 | City of Houston CitizensNet; Facts about Voluntary Homeless Feeding Registration Program, City of Houston Clarifies Misinformation; dated September 5, 2012 https://www.houstontx.gov/citizensnet/HomelessFeedingProgram090512.html |

| 12 | January 17, 2024 | Houston Health Department; Charitable Feeding Service Provider Program information https://www.houstonhealth.org/services/permits/food-permits/charitable-feeding |
| 13 | January 22, 2024 | Houston Chronicle; Read Houston Mayor John Whitmire's full inauguration speech; dated January 2, 2024 https://www.houstonchronicle.com/politics/houston/article/mayor-john-whitmire-inauguration-speech-18585705.php |
| 14 | January 22, 2024 | City of Houston, Mayor's Office for Homeless Initiatives https://www.houstontx.gov/homeless/ |
| 15 | January 22, 2024 | City of Houston Texas, City Council Committees and Agendas, Housing and Community Affairs https://www.houstontx.gov/council/committees/housing.html |
| 16 | January 17, 2024 | City of Houston CitizensNet; Community Charrette on Homelessness Community Action Plan Meetings August 20,21,23 and 28; dates August 16, 2012 https://www.houstontx.gov/citizensnet/HomelessnessCharrette081612.html |
| 17 | January 22, 2024 | Rice University Kinder Institute for Urban Research, Election 2023: Priorities and Concerns of Houston Residents; dated September 5, 2023 https://kinder.rice.edu/research/election-2023-priorities-and-concerns-houston-residents |

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/25/2024 _____ in Dallas, Texas.

_____
LaToya Lane