# EXHIBIT 14

Select



RESIDENTS    BUSINESS    VISITORS                                    GOVERNMENT    SERVICES    CONTACT / SEARCH

# MAYOR'S OFFICE FOR HOMELESS INITIATIVES

 > Mayor's Office for Homeless Initiatives

## MAYOR'S OFFICE FOR HOMELESS INITIATIVES

**Please note:** The Mayor's Office for Homeless Initiatives does NOT provide direct services.

The Mayor's Office for Homeless Initiatives (MOHI) manages the City of Houston's response to homelessness by coordinating the efforts of various City agencies, including the Housing and Community Development Department, the Health and Human Services Department, the Houston Police Department and others. The MOHI develops best practice-oriented public policy for the City of Houston, while guiding the City's participation in ongoing regional planning activities.

Externally, the MOHI coordinates directly with the federal, state and regional governments, national experts and local housing authorities. Additionally, the office works closely with private, philanthropic, faith-based, neighborhood and local homeless service organizations to advance Houston's regional response to homelessness known as 'The Way Home.'

The MOHI provides vital leadership to The Way Home and works closely with its' lead agency, the Coalition for the Homeless, and over 100 public and private agencies to prevent and reduce homelessness using the data-driven, national best practice of 'Housing First.' By providing supportive housing to the homeless, Housing First breaks and ends the cycle of homelessness. Since 2012, The Way Home and its' partners have permanently housed over 16,000 individuals and families, with 90% still housed to this day, resulting in an overall reduction in homelessness of over 50% since 2011 and making The Way Home arguably the most successful big city homeless response initiative in the United States.

- Mayor: City & Non-Profit Partners Housing More Homeless People as Workers Close and Remove Hazards from Wheeler Encampment Today
- Mayor Responds to Resident's Open Letter About Homeless People's Encampments
- Mayor and Non-Profit Agencies Announce Major Achievement in Housing the Homeless
- City Exploring New Downtown Option for Homeless People
- Houston's regional plan – The Way Home Action Plan
- Homelessness Facts and Info
- Catalog of homeless supportive services in Houston

### CONTACT OUR OFFICE

*Mayor's Office for Homeless Initiatives*
City of Houston
901 Bagby St., 4th Floor, Houston, TX 7
Office: 832.393.0959
marc.eichenbaum@houstontx.gov

- Title VI Information