# EXHIBIT 15



RESIDENTS    BUSINESS    VISITORS             GOVERNMENT    SERVICES    CONTACT / SEARCH

Select

# CITY COUNCIL COMMITTEES AND AGENDAS

 > City Council > Committees and Agendas > Housing and Community Affairs

## CITY COUNCIL COMMITTEES AND AGENDAS

### Housing And Community Affairs

The Housing and Community Affairs (HCA) committee considers recommendations, financing, and policies that promote affordable housing and neighborhood revitalization in Houston. The committee oversees the Housing and Community Development Department (HCDD), which administers over $100 million annually in neighborhood parks, multi-family, and single-family programs. Chaired by Council Member Tiffany D. Thomas, the committee also oversees homeless initiatives and veteran's affairs. Meetings for the Housing and Community Affairs Committee will occur on the third Tuesday of each month at 10:00 a.m. unless noted otherwise. All meetings are open and accessible to the public and will include an opportunity for public comment related to the items presented during that meeting.

- 2024 HCA Meeting Calendar (.pdf, updated 01.11.2024)

The links below are .pdf files unless otherwise indicated.

- January 30, 2024 -- Special called meeting about 9% tax credits ... *Agenda coming soon*
- December 19, 2023 -- Agenda | Housing Dept Presentation | Houston Community Land Trust
- November 13, 2023 -- *No meeting*
- October 17, 2023 -- Agenda | Housing Dept. Presentation
- September 19, 2023 -- Agenda | Housing Dept. Presentation
- August 22, 2023 -- Agenda | Housing Dept. Presentation (.pptx)
- June 20, 2023 -- Agenda | Housing Dept. Presentation
- May 16, 2023 -- Agenda
- April 18, 2023 -- Agenda | Housing Dept. Presentation
- March 21, 2023 – Agenda | Housing Dept. Presentation
- February 21, 2023 -- Agenda | Housing Dept. Presentation
- February 7, 2023 -- Agenda | 9% Housing Tax Credits
- January 17, 2023 -- Agenda | Housing Dept Presentation
- December 14, 2022 -- Agenda | Housing Dept Presentation
- November 15, 2022 -- Agenda Packet | Housing Dept Presentation

## CITY COUNCIL COMMITTEES LI

Council Committees Home Page

Budget and Fiscal Affairs

Childhood and Youth

Economic Development

Ethics, Elections and Council Governa

Housing and Community Affairs

Public Safety and Homeland Security

Quality of Life

Regulatory and Neighborhood Affairs

Transportation, Technology, and Infrastructure

## CITY COUNCIL LINKS

City Council Home Page

Admin. Office of City Council

Agenda Backup

Agenda of City Council

Campaign Finance Reports (Electron

Campaign Finance Reports (Historic

Conflict of Interest Forms

- October 18, 2022 -- [Agenda Packet](#) | [Housing Dept Presentation](#)
- September 28, 2022 -- [Agenda](#) | [Housing Dept Presentation](#)
- August 16, 2022 -- [Agenda Packet](#) | [Housing Dept Presentation](#)
- July 19, 2022 -- [Agenda](#) | [Housing Dept Presentation](#) | [Houston's Homeless Response System](#)
- June 21, 2022 -- [Agenda](#) | [Housing Dept. Presentation (.pptx)](#) | [Harvey Grant Update (.pptx)](#)
- April 19, 2022 -- [Agenda](#) | [Housing Dept. Presentation](#)
- March 31, 2022 *(rescheduled from March 22)* -- [Agenda](#) | [Housing Dept. Presentation](#)
- February 15, 2022 -- [Agenda](#) | [Housing Dept Presentation](#)
- January 25, 2022 *(special called meeting)* -- [Agenda and Backup Packet](#) | [Housing Tax Credits Presentation](#)
- January 18, 2022 -- [Agenda Packet](#) | [Housing Dept Presentation](#)
- December 13, 2021 -- [Agenda](#) | [Housing Dept Presentation](#)
- November 16, 2021 -- [Agenda](#) | [Housing Dept. Presentation](#)
- October 19, 2021 -- [Agenda](#) | [Housing Dept Presentation](#) | [Emergency Rental Assistance Program Fact Sheet](#)
- October 7, 2021 -- [Agenda](#) | [Housing Dept. Presentation](#)
- September 21, 2021 -- [Agenda](#) | [Housing Dept Presentation](#) | [Solid Waste Dept FY22 Budget Amendment Presentation (.pptx)](#)
- August 31, 2021 -- [Agenda](#) | [Housing Dept Presentation (.pptx)](#)
- June 15, 2021 -- [Agenda](#) | [Housing Dept. Presentation](#)
- May 27, 2021 -- [Agenda](#) | [Housing Dept Presentation](#)
- April 20, 2021 -- [Agenda](#) | [Housing Dept Presentation](#)
- March 23, 2021 -- [Agenda](#) | [Housing Department Presentation](#)
- February 23, 2021 ... Joint Committee Meeting: Housing & Community Affairs | Transportation, Technology, And Infrastructure | Economic Development -- [Agenda](#) | [Housing Department Presentation](#)
- February 3, 2021 (special called meeting) -- [Agenda](#) | [Housing Tax Credits](#) | [9% Tax Credit Applications Map for 2021](#)
- January 26, 2021 -- [Agenda Packet](#) | [Housing Dept Presentation](#)
- November 17, 2020 -- [Agenda Packet](#) | [Housing Dept Presentation](#)
- September 15, 2020 -- [Agenda Packet](#) | [Housing Department Presentation (.pptx)](#)
- August 18, 2020 -- [Agenda Packet](#) | [Housing Department Presentation (.pptx)](#)
  To join the meeting, type this link into your browser: [https://bit.ly/HCAAugust](https://bit.ly/HCAAugust). To sign up for Public Comment, email [Cherrelle.Duncan@houstontx.gov](mailto:Cherrelle.Duncan@houstontx.gov) before 10 a.m. on Monday, August 17th.
- June 22, 2020 -- [Agenda Packet](#) | [Housing Department Presentation](#)
- May 26, 2020 -- [Agenda](#) | [Housing Dept Presentation](#)
- April 27, 2020 (rescheduled from April 21) -- [Agenda Packet](#) | [Housing Dept Presentation](#)
- February 18, 2020 -- [Agenda Packet](#) | [Housing Dept. Presentation](#)
- February 3, 2020 -- [Agenda Packet](#) | [Housing Department Presentation](#) | [Agenda Items](#)
- December 17, 2019 -- [Agenda Packet](#) | [Housing Department Presentation](#)
- October 15, 2019 -- [Agenda Packet](#) | [Housing Dept. Presentation (.pptx)](#) | [Homeowner Assistance Program September Report](#)
- September 17, 2019 -- [Agenda Packet](#) | [Housing Department Presentation](#)
- August 20, 2019 -- [Agenda Packet](#) | [Housing Department Presentation (.pptx)](#) | [Area Median Income Chart](#) (updated 07.14.2020)
- July 16, 2019 -- [Agenda Packet](#) | [HCA Presentation with Production Data](#) | [PC Booklet HCDD 2018 Annual Report](#)
- June 18, 2019 -- [Agenda Packet](#)
- May 22, 2019 -- [Agenda Packet](#) | [Housing Department – HCA Presentation](#) | [Veterans Affairs Office – SAMHSA Presentation (.pptx)](#) | [Veterans Affairs Office – Training & Education Committee](#) Handout
- April 16, 2019 -- [Agenda Packet](#)

- [Council Committee Agendas](#)
- [County Clerk's Office](#)
- [District Boundaries Ordinance](#)
- [Maps of Council Districts](#)
- [Meetings Information, Etc.](#)
- [Voter Registration Info](#)
- [Who Is My Council Member?](#)

- March 19, 2019 -- Agenda Packet | HCA Presentation (.pptx) | Office of Veterans Affairs Presentation (.pptx) | Office of Veterans Affairs Facts Sheet
- February 19, 2019 -- Agenda Packet | Housing Dept. Presentation
- January 29, 2019 -- Agenda Packet | Housing Dept. Presentation
- January 22, 2019 -- Agenda Packet
- December 18, 2018 -- Agenda Packet | Housing Dept. Presentation
- November 27, 2018 -- Agenda Packet | Housing Dept. Presentation
- November 7, 2018 -- Agenda Packet | Housing Dept. Presentation
- September 18, 2018 -- Agenda | Housing Dept. Presentation
- August 21, 2018 -- Agenda and Cover Sheets| Housing Committee Presentation
- June 19, 2018 -- Agenda | Housing Committee Presentation
- May 15, 2018 -- Agenda and Cover Sheets | Housing Department Presentation
- April 17, 2018 -- Agenda and Cover Sheets | Housing Department Presentation
- March 20, 2018 -- Agenda and Backup | Housing Department Presentation
- February 20, 2018 (special called meeting) -- Agenda and Backup | Housing Dept Presentation
- January 31, 2018 (special called meeting) -- Agenda and Backup | Housing Dept. Presentation | LIHTC Application - City of Houston Review Document
- Tuesday, January 16th 2018 - The 10:00 a.m. Housing and Community Affairs Committee meeting for today has been canceled due to weather.
- December 12, 2017 -- Agenda | Disaster Recovery | Housing Dept. Director's Report
- November 28, 2017 -- Agenda | Housing Dept. Presentation | Housing Items Backup Material | Single Stream Recycling Processing Services Contract
- October 24, 2017 (special called meeting) -- Agenda
- October 17, 2017 -- Agenda Packet and Backup
- September 19, 2017 -- Agenda Packet and Backup
- August 15, 2017 -- Agenda Packet and Backup | Housing Director's Report |
- July 18, 2017 -- Agenda Packet and Backup | Single Stream Recycling | Updated Single Stream RCA | Housing Director's Report
- June 27, 2017 (special called meeting) -- Agenda Packet and Backup | Single Stream Recycling Processing Services Ordinance
- June 20, 2017 -- Agenda Packet and Backup | Housing Dept. Presentation (.pptx)
- May 16, 2017 -- Agenda Packet and Backup | TIRZ Presentation
- April 18, 2017 -- Agenda Packet and Backup | Committee Presentations | MVA Booklet Report
- March 21, 2017 -- Agenda and RCA's | 2017 Annual Action Plan | Housing Dept Presentation
- February 21, 2017 -- Agenda and Packet | Housing Dept Presentation
- February 1, 2017 -- Agenda and Backup | Low Income Housing Tax Credit Applications 2017 9% Cycle - City of Houston | Low Income Housing Tax Credit Applications 2017 9% Cycle - City of Houston ETJ | Community Land Trust | Housing Dept. Power Point Presentation
- November 15, 2016 -- Agenda and Packet | Housing Dept Presentation (.pptx)
- October 18, 2016 -- Agenda and Backup | Hurricane Ike Disaster Recovery Overview of Activities
- September 20, 2016 -- Agenda and Backup
- August 23, 2016 -- Agenda | Packet
- July 19, 2016 -- Agenda and Packet
- June 14, 2016 -- Agenda and Packet
- May 24, 2016 -- Agenda and Packet
- April 19, 2016 -- No Meeting
- March 22, 2016 -- Agenda Packet
- March 1, 2016 -- Agenda Packet
- February 16, 2016 -- Agenda Packet
- February 3, 2016 -- Agenda | Pre-application Summary (2016), for Housing Tax Credits (.xlsx) | Application Summary | 9% Housing Tax Credit applications Resolutions of Support and Resolutions of No Objection

- December 15, 2015 -- Agenda Packet
- November 17, 2015 -- Agenda Packet | City Demolition Efforts | Creative Ways of Assessing Nuisance Abatement
- October 20, 2015 -- Agenda Packet
- September 15, 2015 -- Agenda Packet
- July 21, 2015 -- Agenda Packet
- June 16, 2015 *(rescheduled for June 24 at 2:00 p.m.)* -- Agenda Packet
- May 13, 2015 -- Agenda Packet
- April 8, 2015 -- Agenda Packet
- March 24, 2015 -- Agenda Packet
- March 4, 2015 -- Agenda | Agenda Packet
- February 17, 2015 -- Agenda Packet
- January 20, 2015 -- Agenda | Agenda Packet
- November 18, 2014 -- Agenda Packet
- October 21, 2014 -- Agenda Packet
- July 15, 2014 -- Agenda Packet
- June 17, 2014 -- Agenda Packet
- April 15, 2014 -- Agenda Packet
- March 4, 2014 -- Agenda | Agenda Packet | Proposed Agenda Items
- February 18, 2014 -- Agenda | Proposed Agenda Items

Home • 311 Help & Info • Contact Us • FAQs • Privacy Policy • CitizensNet

© 2024. All rights reserved. City of Houston.