# EXHIBIT 16

**August 16, 2012**

## Community Charrette on Homelessness
### *Community Action Plan Meetings August 20, 21, 23 and 28*

Experts from across the country will speak at a four-day Community Charrette on Homelessness to help develop a plan to prevent and end homelessness in Houston, Harris County and Fort Bend County. A Charrette is an intensive planning process that jumpstarts and streamlines how a community develops or updates its Community Action Plan.

The public is invited to attend all of the **free** Charrette sessions which will address the causes and propose solutions to the multiple facets of homelessness. The four-day meetings will be held at the Harris County Department of Education, 6300 Irvington Boulevard, Conference Room 502 (located in the parking garage), Houston 77002 on Monday, August 20, 9 a.m. - 5 p.m., Tuesday, August 21, 9 a.m. - 5 p.m. Thursday, August 23, 10 a.m. - 4:30 p.m. and the final report will be presented Tuesday, August 28, 10 a.m. - noon. (See full schedule below.) **Free** parking is available in both the Department of Education garage and its parking lot across the street.

Mayor Annise Parker will give an opening address to Charrette participants on Monday, August 20 at 9:15 a.m.

For information on how to participate in the Charrette, contact Mary Itz, City of Houston Housing and Community Development at mary.itz@houstontx.gov or call 713.865.9314, or contact Gary Grier, Director of Community Engagement, Coalition for the Homeless of Houston/Harris County at ggrier@homelesshouston.org or call 713.739.7514.

To learn more about the City of Houston Department of Housing and Community Development, visit www.houstontx.gov/housing/. The Charrette is sponsored by the Coalition for the Homeless, with support from the Corporation for Supportive Housing. For additional information visit www.homelesshouston.org.

**Charrette Schedule and Topics**

Monday, August 20, 2012
9 a.m. - 9:30 a.m. Welcome and Overview
9:30 a.m.- 11:30 a.m. Integrating Housing and Services
12:30 p.m. - 2:30 p.m. Performance and Accountability
3 p.m. - 5 p.m. Right Sizing Continuum of Care Housing Models

Tuesday, August 21, 2012
9 a.m. - 9:30 a.m. Welcome and Overview
9:30 a.m. - 11:30 a.m. Prevention and Diversion
12:30 p.m. - 2:30 p.m. Coordinated Access
3 p.m. - 5 p.m. Building Political Will/Advocacy

Thursday, August 23, 2012
10 a.m. - noon Open office hours for Community Feedback
2:30 p.m. - 4:30 p.m. Presentation of Initial Findings/Community Feedback Session

Tuesday, August 28, 2012
10:00 a.m. - noon Presentation of the Final Report

*Register for CitizensNet*

Add *cityofhouston@houstontx.gov* to your address book to ensure proper delivery of CitizensNet emails and to prevent spam filters from blocking the emails. Follow these *instructions.*

*Change your email address or Update your record*

View *CitizensNet Archive*

Go to *www.houstontx.gov* for information about City of Houston activities/events.

 Fan Us, Mayor's Facebook ●   Follow Us on Twitter ●   Watch Us on YouTube

Disclaimer: All information, excluding your email address, is generally subject to public disclosure under the Texas Public Information Act (*See* Chapter 552 of the Texas Government Code).

Thank you for your interest in CitizensNet.
Mailing Address:  City of Houston | P.O. Box 1562 | Houston, Texas 77251
City Hall Address:  City of Houston | 901 Bagby | Houston, Texas 77002

*Unsubscribe from CitizensNet*

Council Members:      Helena Brown ● Jerry Davis ● Ellen R. Cohen ● Wanda Adams ● Mike Sullivan ● Al Hoang ● Oliver Pennington ● Edward Gonzalez ● James G. Rodriguez ● Mike Laster ● Larry V. Green ● Stephen C. Costello ● Andrew C. Burks, Jr. ● Melissa Noriega ● C.O. "Brad" Bradford ● Jack Christie

Controller:      Ronald C. Green