# EXHIBIT 18

**Registered Charitable Food Service Groups December 12, 2015**

City-owned property

1. True Vine Missions, Inc. George T. Nelson Park, 3820 Yellowstone
2. Sugar Land United Methodist, 205 Chartres, (vacant city owned lot)
3. PBJ Ministry, 205 Chartres
4. Church Without Walls, Tranquility Park , 400 Rusk
5. Faithful Givers Foundation, 205 Chartres
6. Sherita Harmon, Peggy's Point Plaza, 4240 Main
7. Word of Life Ministries/Sarah's Haven, Inc., 205 Chartres
8. Mount Vernon Baptist Church, 205 Chartres
9. Langdon and Jessica Cassidy, 205 Chartres
10. God's Hands, 205 Chartres
11. Tom Waggoner, Allen's Landing, 1001 Commerce
12. Melissa Davila, Peggy's Point Plaza, 4240 Main
13. Double Portion Baptist Church, 205 Chartres
14. New Community Baptist Church, 1404 Witte Rd., Haden Park
15. Sons of Hiram Lodge #29, Peggy's Point Plaza, 4240 Main
16. Dedric K. Myers & Associates, LLC, Peggy's Point Plaza, 4240 Main and 205 Chartres
17. Lakewood United Methodist Church, 205 Chartres
18. Coalition for the Homeless, Hermann Square/City Hall, 901 Bagby
19. Voice of Evangelism International, 1001 Commerce
20. Aunties Place International, 205 Chartres
21. Rodolfo Rodriguez, 205 Chartres
22. Pride of Maple Leaf #43, 205 Chartres
23. Garden Oaks Church of Christ, 205 Chartres
24. Milky Way Community and Youth Centre, 205 Chartres
25. Islamic Circle of North America (ICNA), 205 Chartres, Peggy's Point Plaza, 4240 Main and Allen's Landing, 1001 Commerce
26. New Start Community Church and Outreach Services, 205 Chartres
27. Dwendol And Lawanna Nelson, Allen's Landing, 1001 Commerce
28. Treasures Out of Darkness Ministries, 205 Chartres
29. St. Andrews Episcopal Church (Boy Scouts of America), 205 Chartres
30. Christian Bethel Center, 205 Chartres
31. Eden's Hands, 1001 Commerce
32. Roy's Safe Haven, 1001 Commerce
33. Upper Room Assembly, 205 Chartres
34. His Compassion Ministry 205 Chartres
35. Shekinah Glory International 205 Chartres
36. Oasis of Love Foundation 205 Chartres
37. De Mi Mano a la Tuya 205 Chartres

38. The LightHouse Church and Ministries Little Tranquility Park (700 Bagby between Rusk and Capitol)
39. Listen to the Cries of the Children/Streets of Gold, Guadalupe Plaza Park, 2311 Runnels Street
40. Bound 4 Glory Ministries, 205 Chartres
41. Dorcas Chapter #330, 205 Chartres
42. Christ Restoration Ministry, 205 Chartres
43. Mike Ortiz, 205 Chartres
44. Divinity Expressions Outreach Center, 205 Chartres
45. Houston Elf Society, 205 Chartres
46. Baytown Church, 205 Chartres
47. God's Neighborhood Church, 205 Chartres
48. Miles for Missions aka Sidewalk Talkz, Eastwood Park, 5020 Harrisburg
49. SHSU UHBC Bridge Ministry, 205 Chartres
50. His Healing House, 205 Chartres
51. South Wesley AME Church, 205 Chartres
52. The King's Touch Ministry, Little Tranquility Park
53. Emmanuel Cares, Peggy's Point Plaza
54. New Mount Calvary Missionary Baptist Church, 205 Chartres
55. MDC Brown Bags, 205 Chartres
56. Hash Tag Lunch Bags, Peggy's Point Plaza
57. Daughters of God, 205 Chartres
58. Tyson Angel Heart, Peggy's Point Plaza
59. Torrey Randall, Peggy's Point Plaza
60. Liliana Guevara, 205 Chartres
61. Willing Workers Club, 205 Chartres
62. Operation Good Citizen, 205 Chartres
63. Foam Brothers, Inc., Peggy's Point Plaza
64. Crystal Armstrong, Peggy's Point Plaza
65. Food Crews Houston, Peggy's Point Plaza
66. Promulgate, 205 Chartres
67. The Church of Abundance
68. Redeemed Christian Church of God National Revival Center
69. A Splice of Life, Addie Edwards
70. James Greenwood and Elisa Noreiga
71. The Word Church
72. The Church on Fire Christian Center
73. Queens of 3703, 205 Chartres
74. Vivian, 205 Chartres Street
75. Truc Lam Mediation Center, 205 Chartres
76. Victories of Faith Community Church, Peggy's Point Plaza
77. Sons of Hiram, Miklos Hawthorne, Little Tranquility
78. Diversity United, Yolanda Miles, Peggy's Point Plaza

79. Christ the King Lutheran Church, Peggy's Point Plaza
80. New Faith Community Outreach, Peggy's Point Plaza
81. Old Crow Parlor, Peggy's Point Plaza
82. Current Christian Church, Peggy's Point Plaza
83. Truc Lam Meditation Center, Ana Munoz and Maria Dominguez, Peggy's Park
84. Lotus Scott, Peggy's Point Plaza
85. Rice Family and Friends, Peggy's Point Plaza
86. Steve Jordan, Peggy's Point Plaza
87. Cameron Feeds the Homeless, Josie Smith, Peggy's Point Plaza
88. Ezele Briscoe, Peggy's Point Plaza
89. Truc Lam Mediation Center, Dulce Garcia, Peggy's Point Plaza
90. Direct Hope, Delaina Mulcahy, Little Tranquility
91. Joseph Lackey, Peggy's Point Plaza
92. Kimberly Bryant, Peggy's Point Plaza
93. Nadia Granados, Peggy's Point Plaza


94. Victory Hunger Mission Program every 2nd Saturday of the month from 1:30 p.m. to 5:30 p.m. through December 2014 at Cleme Manor Apartments at 5300 Coke St., 1714 Collingsworth and Missionary Village Apartments at 4002 Corder Street.
95. In Memory of Juanita and Francisco Umana, 9805 S. Main
96. Star Bethel Outreach Ministry, 7615 W. Montgomery Rd. @ W. Little York
97. St. Mary's United Methodist Church—The Bridge Ministry, 6731 Scott Street.
98. New Faith Unity Outreach—Reverend Raymond Thompson, 1714 Collingsworth

COH 028434