# EXHIBIT 20

| | |
|---|---|
| **From:** | McCoy, David - HHD |
| **Sent:** | Tuesday, November 28, 2017 11:21 AM CST |
| **To:** | [redacted] * |
| **CC:** | Macias, Naomi - HHD |
| **Subject:** | Re: Charitable food service location |

Good morning, Ms. Navarrete,
Although some city parks, including Peggys Point Plaza, were available in the past to hold charitable feeding events, this is no longer the case as City of Houston park usage was disallowed back in the Fall of 2016. I'm sure you will have additional questions or concerns so feel free to contact me directly via email or at 832-393-4953 regarding charitable feeding event information or guidelines.
David A. McCoy, RS
Chief Sanitarian, HHD
**From:** Macias, Naomi - HHD
**Sent:** Tuesday, November 28, 2017 10:59:42 AM
**To:** McCoy, David - HHD
**Subject:** Fwd: Charitable food service location

David
Please respond and CC me.

Sent from my iPhone

Begin forwarded message:

> **From:** Marlene N [PII][redacted]
> **Date:** November 28, 2017 at 8:38:39 AM CST
> **To:** naomi.macias@houstontx.gov
> **Subject: Charitable food service location**
>
>
> Hello good morning,
> I am Marlene Navarrete. I am interested in feeding the homeless of our city on a Sunday in December. Our group from our community participated in this event in 2013 and 2014. In 2014 it was held at Peggy's Point Plaza (4240 Main St Houston,TX 77002). One of our members obtained the Charitable Feeder Certificate (Liliana Guevara) and was given permission by the previous Chief Sanitarian Ms. Carolyn Gray to help our homeless of our great city at Peggy's Point Plaza. A Property Owner Agreement Form was given by the city and gave us permission so we may feed our homeless community at Peggy's Point Plaza. My community would be very appreciated if we may be given this location to feed the homeless of our city. To whom may I contact in regards to have the approved property owner agreement at Peggy's Point Plaza?
> Thank your for taking my email into consideration and look forward in coming to terms for this great cause.
> Thank you,

Marlene Navarrete
PII