# EXHIBIT 22

| | |
|---|---|
| **From:** | Koski, James - MYR |
| **Sent:** | Tuesday, March 31, 2020 4:05 PM CDT |
| **To:** | Finner, Troy - HPD |
| **CC:** | Assiff, Charles - HPD; Eichenbaum, Marc - HCD; Icken, Andy - MYR; Hunter, Marvalette - MYR; Wright, Steve - PRD; Messiah, C. J. - GSD; Lawson, Rhea - HPL |
| **Subject:** | RE: Food Not Bombs Feeding |

Thank you, Chief.

**James Koski**
**Deputy Chief of Staff**
**Office of Mayor Sylvester Turner**
832.393.0833, james.koski@houstontx.gov

---

**From:** Finner, Troy <Troy.Finner@HoustonPolice.Org>
**Sent:** Tuesday, March 31, 2020 4:03 PM
**To:** Koski, James - MYR <James.Koski@houstontx.gov>
**Cc:** Assiff, Charles - HPD <Charles.Assiff@HoustonPolice.Org>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>; Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>; Wright, Steve - PRD <Steve.Wright@houstontx.gov>; Messiah, C. J. - GSD <cjmessiah@houstontx.gov>; Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Subject:** Re: Food Not Bombs Feeding

[Message Came from Outside the City of Houston Mail System]


Thanks James, I just spoke with Mrs Dora and informed her the feeding needs to take place at the Library Plaza.

Sent from my iPhone



On Mar 31, 2020, at 3:44 PM, Koski, James - MYR <James.Koski@houstontx.gov> wrote:


Chief Finner and Sergeant Assiff,
Thank you for the updates about the unauthorized feedings at Hermann Square. Any feeding requires the property owners permission. The City does not authorize feedings at Hermann Square.

For years, the City has authorized feedings at the Central Library Plaza and adjacent sidewalks along Lamar Street. That continues to be an authorized area and that's where Food Not Bombs or other organizations should be directed to go, which is consistent with where they have provided feedings for years.

The City is sensitive to the fact that with the Library closure as a result of the coronavirus that shelter and restroom facilities are not currently available for the homeless in that area. The City is coordinating to provide some port-a-pots and portable handwashing stations to be located in that area.

Please contact me if you have any questions. Thank you.

| | |
|---|---|
| <image001.jpg> | **James Koski, Deputy Chief of Staff** |
| | Office of Mayor Sylvester Turner |
| | 901 Bagby, 3rd Floor<br>Houston, Texas 77002<br>Direct: 832-393-0833<br>Cell:   713-447-7925<br>Fax:   832-393-0836<br>Email: james.koski@houstontx.gov |
| | Partnering to better serve Houston |