# EXHIBIT 24

HOUSTON FOOD NOT BOMBS
150,000+ HEALTHY VEGETARIAN MEALS SHARED WITH THE HUNGRY SINCE 1994

NO GOVERNMENT FUNDING / BUREAUCRACY / PERMISSION!

Home    Media    About    Profiles of our People    Donate

# About



# Agreements

We, participants in Food Not Bombs Houston (FNBH), agree;

1. to use sharing of free food, exchange of information, and dialogue as a means of promoting social justice, cultural exchange, horizontal organizing, and mutual aid

2. not to use or tolerate sexual, racial, or any other form of harassment, authoritarianism, assault, or threat thereof in conjunction with FNBH — If anyone who has been asked to leave by the group for sexual harassment or assault returns and tries to volunteer, we will circle up and let everyone know that this person has been asked to leave

3. to bring only vegan (containing no animal products) or ovo-lacto freegan (may contain dairy or egg, but obtained for free) food that is safe for consumption, and to indicate any non-vegan ingredients

4. to respect each other's privacy and views, to try to contribute constructively to the group, and to refrain from disparaging the contributions of others

5. not to sell food or otherwise profit from any kind of donations given to FNBH

6. not to represent our personal viewpoints as viewpoints of FNBH, or make decisions on behalf of FNBH

7. to establish a group decision before: inviting the media to FNBH sharings, giving interviews as a FNBH volunteer, giving the media names or any other information about those coming to share or eat (everyone can choose whether or not to speak for themselves)

8. to act in a friendly and calm manner when police visit FNB, and to explain to officers that we are just trying to help people

9. to encourage each other to call for a circle at any meal sharing to make proposals, work on group decisions, or raise concerns, including those about individuals not respecting these agreements

10. no members under the age of 18 will be allowed in the group chat, and minors will need a responsible adult present to be able to volunteer

11. to practice awareness of our own privileges as volunteers and to maintain appropriate respectful and non-exploitative relationships with the community members we serve

# Vision

If we were to spend the amount of money we spend on weaponry on feeding the homeless. We could eliminate the homeless problem the world over. Poverty is a form of violence. We often assume that poverty is inevitable for some people, but with the surplus of food in this country alone, no one should have to go hungry. Poverty is, instead, a way of maintaining the status quo in a society. If everyone had equal access to the necessities of life, as well as equal opportunity to education, work, etc., some very powerful people would suddenly find themselves with a little bit less due to the fact that they no longer control such a large piece of the economic pie. As an organization, Food Not Bombs simply tries to redistribute a tiny portion of the wealth (in this case, food) that so many seem to not want to give up. The name "Food Not Bombs" means just that. With so many people at home and abroad going hungry, and so much of our wealth controlled by so few, and going towards such terrible things as weaponry, it's insane to assume that we can't redistribute some of that wealth to those who need it.

# International Food Not Bombs Mission Statement

Food Not Bombs recovers and shares free vegan or vegetarian food with the public without restriction in over 1,000 cities around the world to protest war, poverty and the destruction of the environment. Each group is independent and invites everyone to participate in making decisions for their local chapter using the consensus process. Food Not Bombs is dedicated to taking nonviolent direct action to change society so no one is forced to stand in line to eat at a soup kitchen expressing a commitment to the fact that food is a right and not a privilege. With over a billion people going hungry each day how can we spend another dollar on war?

