# EXHIBIT 25



# NOTICE

The Houston Health Department rules and regulations governing charitable food service events on public property have been updated, and can be viewed at:

**www.houstonhealth.org/services/permits/food-permits/charitable-feeding**

To comply with the updated rules and regulations, Houston has an approved, charitable food service location that offers port-a-cans, handwashing station(s), adequate trash receptacles, electrical outlets, and volunteer parking. If you want to conduct charitable food service on City property, you must do so at the nearby, downtown location of **61 Riesner Street, Houston, Texas 77002.**

If you do not comply with these rules and regulations, beyond **7:00 p.m. on Friday, February 24th**, you run the risk of violating the law.

The city supports, and is grateful for, the charitable food services provided throughout the city. To assist efforts, we are now providing a dedicated location with the appropriate needed space and infrastructure/amenities to serve Houstonians with the dignity they deserve.

COH 000001

