# EXHIBIT 26



# CITY OF HOUSTON - CITY COUNCIL
Meeting Date:
ALL
Item Creation Date: 5/11/2023

L32680 Dinner to Home (Bread of Life, Inc.) ORDINANCE

Agenda Item#:

### Summary:
**NOT A REAL CAPTION**
ORDINANCE awarding a contract to Bread of Life, Inc. for an initial funding amount of $150,000.00 and a maximum contract amount of $187,200.00 for the Dinner to Home Program for the Mayor's Office for Homeless Initiatives Development - 1 year with 1 one-year option.

### Background:
Formal Bids Received April 20, 2023, for P18-S32680 - Approve an ordinance awarding a contract to Bread of Life, Inc. for an initial funding amount of $150,000.00 and a maximum contract amount of $187,200.00 for the Dinner to Home Program for the Mayor's Office for Homeless Initiatives.

### SPECIFIC EXPLANATION
The Mayor's Office of Homeless Initiatives and the Chief Procurement Officer recommend that City Council approve an ordinance awarding a **one-year contract with one one-year option to renew to Bread of Life, Inc.** for an initial funding amount of $150,000.00 and a maximum contract amount of $187,200.00 for the Dinner to Home Program for the Mayor's Office for Homeless Initiatives.  The initial funding amount will fund the first year and a portion of the one-year renewal option; the Mayor's Office for Homeless Initiatives will return to City Council if additional funding becomes available to fund the remaining term of the renewal.  The Special Assistant to the Mayor for Homeless Initiatives may terminate the contract at any time by giving thirty (30) days written notice to the Contractor, with a copy of the notice to the CPO.

The American Rescue Plan Act (ARPA) is a federal law that was signed into law on March 11, 2021 and was purposed to address the COVID-19 pandemic disaster relief on a national level. ARPA funds will be utilized for the services set out in this agreement. Contractor will be required to comply with all laws and regulations associated with these funds.

Bread of Life, Inc., through the Dinner to Home Program, will provide a hot meal to approximately 100 individuals who are homeless at a city-owned location at 61 Reisner St., Houston, TX 77002 for  four (4) days of the week (Sun, Mon, Wed, Fri).  Dinner will be served from 7:00 pm – 8:00 pm.  The Contractor will provide tables, chairs, trash receptacles, water, and portable restrooms during each meal service.  The Contractor will also conduct onsite housing assessments for those individuals receiving meals who may not otherwise have an opportunity to engage with the housing system.

The project was advertised in accordance with the State of Texas bid laws.  Seven prospective bidders downloaded the solicitation document from SPD's e-bidding website and four bids were received as outlined below:

Company            Total Amount
**1. Bread of Life, Inc.      $187,200.00**
2. Careers Recovery Resources       $270,400.00
3. AYG Food Services DBA The Halal Guys    $477,984.00
4. Charmains Southern Food Flare      $202,945,600.00

### MWBE Participation:
Zero-Percentage Goal document approved by the Office of Business Opportunity.

### Hire Houston First:
Hire Houston First does not apply to this expenditure because it involves the use of federal funds and is subject to specific procurement rules of the federal government.

### Fiscal Note:
No Fiscal Note is required on grant items.

The American Rescue Plan Act (ARPA) is a federal law that was signed into law on March 11, 2021 and was purposed to address the COVID-19 pandemic disaster relief on a national level. ARPA funds will be utilized for the services set out in this agreement. The Contractors will be

required to comply with all laws and regulations associated with these funds.

_____    _____
**Jedediah Greenfield, Chief Procurement Officer**   **Department Approval Authority**

| Estimated Spending Authority | | | |
|---|---|---|---|
| Department | FY24 | Out Years | Total |
| Mayor's Office | $150,000.00 | $37,200.00 | $187,200.00 |

### Amount and Source of Funding:
$150,000.00 - ARPA Recovery Fund (Fund 5039)

### Contact Information:

| | |
|---|---|
| Lena Farris | 832-393-8729 |
| Candice Gambrell, | 832-393-9129 |
| Jedediah Greenfield | 832-393-9126 |

### ATTACHMENTS:

| Description | Type |
|---|---|
| Certification of Funds | Financial Information |
| Fiscal Form A | Financial Information |
| L32680 MWBE Waiver | Backup Material |
| Ownership Forms | Backup Material |
| Bid Tabulation | Backup Material |
| Conflict of Interest COI | Backup Material |
| Cleared Tax Report | Backup Material |
| Insurance | Backup Material |
| Drug Policy Compliance | Backup Material |
| Delinquent Tax Receipt | Backup Material |

COH 094059