# EXHIBIT 27

# Permit Master Report

Reservation Date: From Oct 1, 2012 through Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30618<br>May 17, 2016<br>Sonya Ellis | David Alan McCoy<br>Houston Department Of Health & Human Serv. (City of Houston)<br>W: 832.393.4953<br>H: 832.298.7635 | 8000 N. Stadium Drive<br>Houston, TX 77054 | N/A<br>Approved<br>City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Helping Our Peers Evolve - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | May 28, 2016 9:00 AM-12:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30619<br>May 17, 2016<br>Sonya Ellis | David Alan McCoy<br>Houston Department Of Health & Human Serv. (City of Houston)<br>W: 832.393.4953<br>H: 832.298.7635 | 8000 N. Stadium Drive<br>Houston, TX 77054 | N/A<br>Approved<br>City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Rego Torivio of Iglesia Evangelica Redimidos-Charitable Feed | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | May 29, 2016 12:00 PM-2:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30620<br>May 17, 2016<br>Sonya Ellis | David Alan McCoy<br>Houston Department Of Health & Human Serv. (City of Houston)<br>W: 832.393.4953<br>H: 832.298.7635 | 8000 N. Stadium Drive<br>Houston, TX 77054 | N/A<br>Approved<br>City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Moved to Compassion-Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | May 21, 2016 3:30 PM-6:30 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30625<br>May 17, 2016<br>Sonya Ellis | David Alan McCoy<br>Houston Department Of Health & Human Serv. (City of Houston)<br>W: 832.393.4953<br>H: 832.298.7635 | 8000 N. Stadium Drive<br>Houston, TX 77054 | N/A<br>Approved<br>City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Ismail Paligu of the Islamic Institute - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 11, 2016 10:30 AM-11:30 AM |

**COH 000182**

# Permit Master Report

Reservation Date: From Oct 1, 2012  through  Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

12:21 PM

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30626 | David Alan McCoy | 8000 N. Stadium Drive | N/A | | $0.00 | 0 |
| May 17, 2016 | Houston Department Of Health & Human Serv. (City of Houston) | Houston, TX 77054 | Approved | | | |
| Sonya Ellis | W: 832.393.4953 H: 832.298.7635 | | City of Houston Parks and Recreation (HQ) | | | |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Cameron Cares - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 22, 2016 4:00 PM-7:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30687 | David Alan McCoy | 8000 N. Stadium Drive | N/A | | $0.00 | 0 |
| May 20, 2016 | Houston Department Of Health & Human Serv. (City of Houston) | Houston, TX 77054 | Approved | | | |
| Sonya Ellis | W: 832.393.4953 H: 832.298.7635 | | City of Houston Parks and Recreation (HQ) | | | |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Hebron SDA Church - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | May 22, 2016 11:00 AM-12:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30688 | David Alan McCoy | 8000 N. Stadium Drive | N/A | | $0.00 | 0 |
| May 20, 2016 | Houston Department Of Health & Human Serv. (City of Houston) | Houston, TX 77054 | Approved | | | |
| Sonya Ellis | W: 832.393.4953 H: 832.298.7635 | | City of Houston Parks and Recreation (HQ) | | | |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Hard Head Royalty Club - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | May 22, 2016 1:00 PM-3:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30689 | David Alan McCoy | 8000 N. Stadium Drive | N/A | | $0.00 | 0 |
| May 20, 2016 | Houston Department Of Health & Human Serv. (City of Houston) | Houston, TX 77054 | Approved | | | |
| Sonya Ellis | W: 832.393.4953 H: 832.298.7635 | | City of Houston Parks and Recreation (HQ) | | | |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | New Perspective Development - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 4, 2016 1:00 PM-4:00 PM |

**COH 000183**

# Permit Master Report

12:21 PM

Reservation Date: From Oct 1, 2012 through Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30808 May 26, 2016 | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) Shawna Baldwin   W: 832.393.4953   H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | His Compassion/ Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | May 28, 2016 1:00 PM-3:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30811 May 26, 2016 | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) Shawna Baldwin   W: 832.393.4953   H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Truc Lam Meditation Center/ Charitable Feeding #30811 | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 2, 2016 9:00 AM-10:30 AM<br>Jun 9, 2016 9:00 AM-10:30 AM<br>Jun 16, 2016 9:00 AM-10:30 AM<br>Jun 23, 2016 9:00 AM-10:30 AM<br>Jun 30, 2016 9:00 AM-10:30 AM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30825 May 26, 2016 | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) Shawna Baldwin   W: 832.393.4953   H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Truc Lam Meditation Center/ Charitable Feeding #30825 | Henderson (Earl) Park: Open Area Space | Henderson (Earl) Park | Jun 5, 2016 7:30 AM-9:00 AM<br>Jun 12, 2016 7:30 AM-9:00 AM<br>Jun 19, 2016 7:30 AM-9:00 AM<br>Jun 26, 2016 7:30 AM-9:00 AM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30827 May 26, 2016 | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) Shawna Baldwin   W: 832.393.4953   H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Christ Temple/Charitable | Peggy's Point Plaza: Open | Peggy's Point Plaza Park | Jun 17, 2016 6:00 PM-7:00 PM |

**COH 000184**

# Permit Master Report

Reservation Date: From Oct 1, 2012 through Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| | Feeding | Area Space | | | | |
| 30842 | David Alan McCoy | 8000 N. Stadium Drive | N/A | | $0.00 | 0 |
| May 26, 2016 | Houston Department Of Health & Human Serv. (City of Houston) | Houston, TX 77054 | Approved | | | |
| Shawna Baldwin | W: 832.393.4953  H: 832.298.7635 | | City of Houston Parks and Recreation (HQ) | | | |

| | Event List | Event | Facility / Equipment / Instructor | Center | Date(s) | |
|---|---|---|---|---|---|---|
| | | Club Ministry/ Charitable Feeding #30842 | Tranquillity Park:Lower Open Area Space | Tranquillity Park | Jun 18, 2016 8:00 AM-11:00 AM | |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30848 | David Alan McCoy | 8000 N. Stadium Drive | N/A | | $0.00 | 0 |
| May 27, 2016 | Houston Department Of Health & Human Serv. (City of Houston) | Houston, TX 77054 | Approved | | | |
| Shawna Baldwin | W: 832.393.4953  H: 832.298.7635 | | City of Houston Parks and Recreation (HQ) | | | |

| | Event List | Event | Facility / Equipment / Instructor | Center | Date(s) | |
|---|---|---|---|---|---|---|
| | | Breakfast Club Ministry/ Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 4, 2016 8:00 AM-11:00 AM | |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30895 | David Alan McCoy | 8000 N. Stadium Drive | N/A | | $0.00 | 0 |
| May 31, 2016 | Houston Department Of Health & Human Serv. (City of Houston) | Houston, TX 77054 | Approved | | | |
| Marisela Blanco | W: 832.393.4953  H: 832.298.7635 | | City of Houston Parks and Recreation (HQ) | | | |

| | Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|---|
| | | Eloisa Vivian/ Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 1, 2016 8:00 AM-10:00 AM  Jun 5, 2016 8:00 AM-10:00 AM  Jun 8, 2016 8:00 AM-10:00 AM  Jun 12, 2016 8:00 AM-10:00 AM  Jun 15, 2016 8:00 AM-10:00 AM  Jun 19, 2016 8:00 AM-10:00 AM  Jun 22, 2016 8:00 AM-10:00 AM  Jun 26, 2016 8:00 AM-10:00 AM  Jun 29, 2016 8:00 AM-10:00 AM |

COH 000185

# Permit Master Report

Reservation Date: From Oct 1, 2012 through Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30924 Jun 1, 2016 Marisela Blanco | David Alan McCoy (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Dr. Suite 200 Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | King's Touch / Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 2, 2016 11:30 AM-12:30 PM Jun 9, 2016 11:30 AM-12:30 PM Jun 16, 2016 11:30 AM-12:30 PM Jun 23, 2016 11:30 AM-12:30 PM Jun 30, 2016 11:30 AM-12:30 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30926 Jun 1, 2016 Marisela Blanco | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Zaheer Zahidi/Charitable Feeding | Henderson (Earl) Park: Picnic Pavilion | Henderson (Earl) Park | Jun 12, 2016 10:00 AM-12:00 PM Jun 19, 2016 10:00 AM-12:00 PM Jun 26, 2016 10:00 AM-12:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30957 Jun 3, 2016 Shawna Baldwin | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Cecilia Alegandre/ Charitable Feeding #30957 | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 11, 2016 12:30 PM-2:30 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 30983 Jun 6, 2016 Sonya Ellis | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Moved to Compassion - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 25, 2016 4:00 PM-7:00 PM |

COH 000186

# Permit Master Report

Reservation Date: From Oct 1, 2012 through Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31014 Jun 7, 2016 Sonya Ellis | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Yewon Missions - Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 7, 2016 7:30 AM-10:00 AM
Jun 14, 2016 7:30 AM-10:00 AM
Jun 21, 2016 7:30 AM-10:00 AM
Jun 28, 2016 7:30 AM-10:00 AM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31156 Jun 14, 2016 Sonya Ellis | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Helping Our Peers Evolve-Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 18, 2016 9:00 AM-12:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31177 Jun 15, 2016 Shawna Baldwin | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | The Oasis of Love/ Charitable Feeding #31177 | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jul 4, 2016 10:30 AM-1:30 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31212 Jun 17, 2016 Sonya Ellis | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Calvery Church-Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 18, 2016 5:00 PM-6:00 PM |

# Permit Master Report

Reservation Date: From Oct 1, 2012 through Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

12:21 PM

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31213 Jun 17, 2016 Sonya Ellis | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Elva Ramos-Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jun 18, 2016 1:00 PM-3:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31255 Jun 21, 2016 Marisela Blanco | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Solution House / Charitable Feeding | Peggy's Point Plaza: Open Area Space | Peggy's Point Plaza Park | Jul 2, 2016 9:00 AM-12:00 PM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31257 Jun 22, 2016 Sonya Ellis | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | Truc Lam Meditation Center -Charitable Feeding | Henderson (Earl) Park: Picnic Pavilion | Henderson (Earl) Park | Jul 3, 2016 9:00 AM-10:30 AM Jul 10, 2016 9:00 AM-10:30 AM |
| | Truc Lam Meditation Center -Charitable Feeding | Henderson (Earl) Park: Open Area Space | Henderson (Earl) Park | Jul 3, 2016 9:00 AM-10:30 AM Jul 10, 2016 9:00 AM-10:30 AM |

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| 31297 Jun 23, 2016 Sonya Ellis | David Alan McCoy Houston Department Of Health & Human Serv. (City of Houston) W: 832.393.4953 H: 832.298.7635 | 8000 N. Stadium Drive Houston, TX 77054 | N/A Approved City of Houston Parks and Recreation (HQ) | | $0.00 | 0 |

| Event List | Event | Facility / Equipment / Instructor | Center | Date(s) |
|---|---|---|---|---|
| | New Perspective Development | Henderson (Earl) Park: Picnic Pavilion | Henderson (Earl) Park | Jun 25, 2016 12:00 PM-3:00 PM |
| | New Perspective Development | Henderson (Earl) Park: Open | Henderson (Earl) Park | Jun 25, 2016 12:00 PM-3:00 PM |

**COH 000188**

# Permit Master Report

Reservation Date: From Oct 1, 2012 through Oct 1, 2023
Reservation Site: City of Houston Parks and Recreation (HQ)
Customer: David Alan McCoy

| Permit # | Agent / Organization / Phone | Address | Expiration Date / Status / Site | Permit Notes | Total Charges | Balance Due |
|---|---|---|---|---|---|---|
| | | | Area Space | | | |
| | | | Total # of Permits: 170 | Grand Total: | $0.00 | $0.00 |

W = Work Phone   H = Home Phone

RS II

**COH 000189**