# EXHIBIT 28

| | |
|---|---|
| **From:** | Hunter, Marvalette - MYR |
| **Sent:** | Thursday, August 12, 2021 1:50 PM CDT |
| **To:** | Icken, Andy - MYR |
| **CC:** | Koski, James - MYR; Eichenbaum, Marc - HCD |
| **Subject:** | Re: Potential feeding options |

Noted.
Thank you,
Marvalette Hunter
Mayor's Chief of Staff
(832) 393-1050 Office
(281) 714-8327 Cell

**From:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Sent:** Thursday, August 12, 2021 8:44:10 AM
**To:** Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>
**Cc:** Koski, James - MYR <James.Koski@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>
**Subject:** Re: Potential feeding options

Marvallette

Filling you in on meeting yesterday with mayor, Rhea and Troy. Mayor pushed hard on the St John's option. We share your concerns on the area with the McDonalds and underpasses at Fannin and san jac being persistent problems and frankly often HPD call outs. That said we promised the mayor we would look at it.

The conversation shifted to muni courts and like you the mayor expressed some support to include putting up a shade structure to make it more appealing to FNB. Our comment on 'out of sight' will be the push back from FNB - which we will need to deal with.

Lastly the Heritage Center site came after the meeting with the mayor. It does have the virtue of a larger site and generally less conflict with city working facilities. ( mayor had pushed hard on finding all available options not connected to library, city hall,611 and tranquility).

When you are back we can talk more specifically.

Sent from my iPhone

On Aug 12, 2021, at 7:25 AM, Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov> wrote:

My recommendation is the Municipal Courthouse area (#2). It has already been assessed and is functionally appropriate. Being out of sight should not be a determinate of an appropriate location.
The St. John location would bring added issues/concerns.
Thank you,
Marvalette Hunter
Mayor's Chief of Staff

(832) 393-1050 Office
(281) 714-8327 Cell
**From:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Sent:** Wednesday, August 11, 2021 10:15:25 PM
**To:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>; Hunter, Marvalette - MYR
<Marvalette.Hunter@houstontx.gov>
**Cc:** Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>; Koski, James - MYR
<James.Koski@houstontx.gov>
**Subject:** Fwd: Potential feeding options

Mayor
After our call this afternoon, James, Marc and I got together to be sure we focused on possible
feeding sites that met the criteria we discussed.  We plan on focusing on three different sites
that potentially meet the needs:
1- St John's/Pastor Rudy facilities in the southeast quadrant of the CBD- just south of the
Pierce elevated.
2- municipal court house area. In the first map  below there is a triangular  area  shaded area
bounded by Lubbock, Reisner and Artesian. It is a small parking lot and has several trees. The
challenge will be the perception it is 'out of sight'  but if this is acceptable we are prepared to
assess exactly what else is needed to make it workable.
3- heritage parking lot behind the Kelling Noble house. It is shown in the second photo below
and labeled as the Heritage Society Parking.  This is city property and the parking lot is quite
large , accessible  and likely we could create a specific area that is separated from others in
the vicinity. There will also be a 'out of sight' challenge here.
If you agree these three should all be fully examined I'll contact Chief Finner to be sure we
have his support. After that we will immediately assess what is needed at each site.
After that we will assess the best means of approaching Food Not Bombs(FNB) making it
clear that the site on Lamar next to the Central Library is no longer available.
Sent from my iPad

Begin forwarded message:

> **From:** "Koski, James - MYR" <James.Koski@houstontx.gov>
> **Date:** August 11, 2021 at 4:11:44 PM CDT
> **To:** "Icken, Andy - MYR" <Andy.Icken@houstontx.gov>, "Eichenbaum, Marc - HCD"
> <Marc.Eichenbaum@houstontx.gov>
> **Cc:** "Messiah, C. J. - GSD" <cjmessiah@houstontx.gov>, "Koski, James - MYR"
> <James.Koski@houstontx.gov>
> **Subject: Potential feeding options**



James Koski
Deputy Chief of Staff
Office of Mayor Sylvester Turner
832.393.0833, james.koski@houstontx.gov



COH-084928