# EXHIBIT 29

| City of Houston "Food Service Events" Violations | | | |
|---|---|---|---|
| Date | Citation # | Report # | Defendant |
| Wednesday, March 1, 2023 | M70984085 | 0301285-23 | Benjamin Craft-Rendon |
| Friday, March 3, 2023 | N38925616 | 0312317-23 | Phillip Picone |
| Monday, March 6, 2023 | M70984090 | 0326390-23 | Sheri Dore |
| Tuesday, March 7, 2023 | N38821501 | 0331626-23 | Mirza Soufia |
| Wednesday, March 8, 2023 | M70984094 | 0337224-23 | Rebecca Lavergne |
| Monday, March 13, 2023 | M70984096 | 0362908-23 | Sheri Dore |
| Tuesday, March 14, 2023 | N38821544 | 0367686-23 | Mohammed Pathan |
| Wednesday, March 15, 2023 | N38819435 | 0373030-23 | Elisa Meadows |
| Friday, March 17, 2023 | N38925661 | 0383540-23 | Jamaiya Miller |
| Monday, March 20, 2023 | M70984098 | 0397255-23 | Nicholas Cooper |
| Wednesday, March 22, 2023 | M70984100 | 0407778-23 | Sheri Dore |
| Monday, March 27, 2023 | M70984105 | 0433254-23 | Rebecca Lavergne |
| Wednesday, March 29, 2023 | N38821553 | 0443890-23 | Sheri Dore |
| Thursday, March 30, 2023 | N36527845 | 0450099-23 | Austin Lewis |
| Friday, March 31, 2023 | M70984109 | 0455416-23 | Sheri Dore |
| Sunday, April 2, 2023 | M70984110 | 0464761-23 | Jacob Woody |
| Monday, April 3, 2023 | M70984112 | 0470077-23 | Sheri Dore |
| Wednesday, April 5, 2023 | N38821562 | 0479961-23 | Nicholas Cooper |
| Monday, April 10, 2023 | N38820625 | 0504582-23 | Jacob Woody |
| Wednesday, April 12, 2023 | N38821571 | 0515036-23 | Jacob Woody |
| Monday, April 17, 2023 | N38821587 | 0541009-23 | Lena Craven |
| Wednesday, April 19, 2023 | M70984123 | 0551220-23 | Russel Adams |
| Monday, April 24, 2023 | M70984125 | 0576290-23 | Russel Adams |
| Wednesday, April 26, 2023 | M70984130 | 0587593-23 | Aliene Adams |
| Monday, May 1, 2023 | M70984134 | 0614295-23 | Sheri Dore |
| Wednesday, May 3, 2023 | M70984143 | 0625972-23 | Jacob Woody |
| Monday, May 8, 2023 | M70984149 | 0651660-23 | Sheri Dore |
| Wednesday, May 10, 2023 | M70984150 | 0661815-23 | Jacob Woody |
| Monday, May 15, 2023 | M70984158 | 0687884-23 | Sheri Dore |
| Wednesday, May 17, 2023 | N38560094 | 0698760-23 | Rebecca Lavergne |
| Monday, May 22, 2023 | M70984170 | 0724982-23 | Benjamin Craft-Rendon |
| Wednesday, May 24, 2023 | M70984175 | 0736302-23 | Alan J. Foster |
| Monday, June 5, 2023 | N38554652 | 0798768-23 | Elisa Meadows |
| Wednesday, June 7, 2023 | M70984190 | 0809026-23 | Sheri Dore |

| Date | Number | Case | Officer |
|---|---|---|---|
| Monday, June 12, 2023 | M70984194 | 0835745-23 | Jacob Woody |
| Wednesday, June 14, 2023 | M70984196 | 0846692-23 | Alan J. Foster |
| Wednesday, June 21, 2023 | M70984200 | 0881981-23 | Jacob Woody |
| Monday, June 26, 2023 | M70984209 | 0907499-23 | Elisa Meadows |
| Wednesday, June 28, 2023 | M70984210 | 0918232-23 | Sheri Dore |
| Wednesday, July 5, 2023 | M70984213 | 0953789-23 | Alan J. Foster |
| Monday, July 10, 2023 | M70984214 | 0978248-23 | Sheri Dore |
| Wednesday, July 12, 2023 | M80012006 | 0989732-23 | Jacob Woody |
| Monday, July 17, 2023 | M80012012 | 1014956-23 | Sheri Dore |
| Wednesday, July 19, 2023 | M80012017 | 1026297-23 | Alan J. Foster |
| Monday, July 24, 2023 | M80012018 | 1052397-23 | Sheri Dore |
| Wednesday, July 26, 2023 | M80012020 | 1062964-23 | John Brian Locke |
| Monday, July 31, 2023 | M80012024 | 1087573-23 | Elisa Meadows |
| Wednesday, August 2, 2023 | M80012025 | 1098103-23 | Alan J. Foster |
| Monday, August 7, 2023 | M80012026 | 1124428-23 | Elisa Meadows |
| Wednesday, August 9, 2023 | M80012027 | 1134368-23 | Derek Huddleston |
| Monday, August 14, 2023 | M80012038 | 1160817-23 | Judith Hoffhien |
| Wednesday, August 16, 2023 | M80012041 | 1171472-23 | Lena Craven |
| Monday, August 21, 2023 | M80012046 | 1197341-23 | Sheri Dore |
| Wednesday, August 23, 2023 | N38820643 | 1207909-23 | John Brian Locke |
| Monday, August 28, 2023 | M80012052 | 1233735-23 | Renee Hernandez |
| Wednesday, August 30, 2023 | N38555937 | 1243758-23 | Jennifer Watson |
| Wednesday, September 6, 2023 | M80012072 | 1278898-23 | John Brian Locke |
| Monday, September 11, 2023 | M80012082 | 1305306-23 | John Brian Locke |
| Wednesday, September 13, 2023 | M80012085 | 1315738-23 | Jennifer Watson |
| Monday, September 18, 2023 | M80012090 | 1341372-23 | Mary Marcia Wior |
| Wednesday, September 20, 2023 | M80012096 | 1352378-23 | Ashley Greco Ellis |
| Monday, September 25, 2023 | M80012104 | 1378340-23 | David Robert Monk |
| Wednesday, September 27, 2023 | N39273044 | 1388962-23 | Russell Nasrallah |
| Monday, October 2, 2023 | M80012115 | 1415118-23 | Tracy Hamblin |
| Wednesday, October 4, 2023 | M80012116 | 1425181-23 | Alan J. Foster |
| Monday, October 9, 2023 | N38554661 | 1450354-23 | Mary Marcia Wior |
| Wednesday, October 11, 2023 | M80012151 | 1460632-23 | Alan J. Foster |
| Monday, October 16, 2023 | M80012164 | 1485460-23 | John Brian Locke |
| Wednesday, October 18, 2023 | M80012166 | 1495988-23 | John Brian Locke |
| Monday, October 23, 2023 | M80012177 | 1521867-23 | John Brian Locke |
| Wednesday, October 25, 2023 | N34179381 | 1531973-23 | Mary Marcia Wior |

| Date | Number | Case Number | Officer |
|---|---|---|---|
| Monday, October 30, 2023 | M80012191 | 1557790-23 | John Brian Locke |
| Wednesday, November 1, 2023 | N39274417 | 1567375-23 | John Brian Locke |
| Monday, November 6, 2023 | M80012201 | 1592910-23 | Nicholas Cooper |
| Wednesday, November 8, 2023 | N38559841 | 1603476-23 | John Brian Locke |
| Monday, November 13, 2023 | M81007907 | 1625868-23 | John Brian Locke |
| Wednesday, November 15, 2023 | N34179397 | 1636166-23 | John Brian Locke |
| Monday, November 20, 2023 | N8554677 | 1660759-23 | John Brian Locke |
| Monday, November 27, 2023 | N38554686 | 1691490-23 | John Brian Locke |
| Wednesday, November 29, 2023 | M81007909 | 1701904-23 | John Brian Locke |
| Monday, December 4, 2023 | M81007919 | 1727273-23 | John Brian Locke |
| Wednesday, December 6, 2023 | N38560137 | 1737557-23 | John Brian Locke |
| Monday, December 11, 2023 | M70919384 | 1761687-23 | John Brian Locke |
| Wednesday, December 13, 2023 | N39273071 | 1771521-23 | John Brian Locke |
| Monday, December 18, 2023 | M1791986 | 1795958-23 | John Brian Locke |
| Wednesday, December 20, 2023 | M70919387 | 1806036-23 | John Brian Locke |
| Wednesday, December 27, 2023 | M70919403 | 1837716-23 | John Brian Locke |
| Wednesday, January 3, 2024 | M70919407 | 0012874-24 | John Brian Locke |
| Monday, January 8, 2024 | M81007980 | 0037691-24 | John Brian Locke |
| Wednesday, January 10, 2024 | M70919408 | 0047755-24 | John Brian Locke |
| Wednesday, January 17, 2024 | M81007993 | 0081422-24 | John Brian Locke |
| Monday, January 22, 2024 | M70919419 | 0105562-24 | Sheri Dore |
| Wednesday, January 24, 2024 | N38554704 | 0114963-24 | John Brian Locke |
| Monday, January 29, 2024 | M70919420 | 0140662-24 | John Brian Locke |
| Wednesday, January 31, 2024 | M70919421 | 0151280-24 | John Brian Locke |
| Monday, February 5, 2024 | M81008068 | 0177030-24 | John Brian Locke |
| Wednesday, February 7, 2024 | M70919430 | 0187947-24 | John Brian Locke |
| Monday, February 12, 2024 | M70919435 | 0212857-24 | John Brian Locke |