# EXHIBIT 30

# HOUSTON POLICE DEPARTMENT

1098103-23
Suppl No: ORIG



**Houston Police Department**
1200 Travis Street
Houston, Texas 77002
713-884-3131 Emergency Dial 9-1-1

Reported Date
08/02/2023

Offense Report Title
Feeding Homeless w/o Consent of Prop Owner

Officer Name
CHAPA, A

## Administrative Information

| Agency | Incident # | Suppl. No. | Reported Date | Reported Time |
|---|---|---|---|---|
| HOUSTON POLICE DEPARTMENT | 1098103-23 | ORIG | 08/02/2023 | 16:55 |

| Status | Offense Report Title |
|---|---|
| Report Written or to Follow | Feeding Homeless w/o Consent of Prop Owner |

| CAD Call Type | Special Event Code |
|---|---|
| 8106 | |

| Address | Offense County | City | Zip Code |
|---|---|---|---|
| 1100 SMITH ST | HARRIS | HOUSTON | 77002 |

| Dist/Beat | Station | District | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|
| 1A10 | SO | 01 | 08/02/2023 | 16:55 | | | 92Y16 |

| Officer Name/Employee # | Division |
|---|---|
| CHAPA, A / | Downtown - ASRT |

| Second Officer Name/Employee # | Division |
|---|---|
| FRANKLIN, C G / | Downtown - ASRT |

| Report Entered By/Employee # | Division |
|---|---|
| CHAPA, A / | Downtown - ASRT |

| RMS Transfer | Property | Property Trans Stat | Weather |
|---|---|---|---|
| Pending | Unk | Unknown | CLEAR |

| Esimated Loss Value |
|---|
| None or Not Applicable |

| Language Translator | Gang Crime | Hate Crime | Family Violence | Foster Care Fac. | Mental Illness | Metal Theft |
|---|---|---|---|---|---|---|
| NONE | NO | NO | NO | NO | NO | NO |

| Approval Officer/Empoloyee # | Approval date | Approval Time |
|---|---|---|
| CHAPA, A / | 08/02/2023 | 19:57 |

## PERSON SUMMARY

| Invl | Invl # | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| CAB | 1 | S | CITY OF HOUSTON | | | | |
| CIT | 2 | I | FOSTER, JAMES ALEN | 4010270 | W | M | * |

## Complainant - Business / Government 1: CITY OF HOUSTON

| Involvement | Invl No | Type | Reported Date |
|---|---|---|---|
| Complainant - Business / Government | 1 | Society(COH/State of Texas) | 08/02/2023 |

| Name | MNI |
|---|---|
| CITY OF HOUSTON | |

| Saw Susp Oper Veh? | Susp/Pass Intox. | Susp In Acc?/Wit Saw Acc? | Dispo Of Pass |
|---|---|---|---|
| | | | |

| Report Officer | Printed At | |
|---|---|---|
| / CHAPA, A | 11/09/2024 01:51 | Page 1 of 5 |

# HOUSTON POLICE DEPARTMENT      1098103-23

## Cited and Released 2: FOSTER, JAMES ALEN

| Involvement | | Invl No | Type | Reported Date |
|---|---|---|---|---|
| Cited and Released | | 2 | Individual | 08/02/2023 |

| Name (Last, First, MI) | MNI | Race | Sex |
|---|---|---|---|
| FOSTER, JAMES ALEN | 4010270 | White or White Hispanic | Male |

| DOB | Age | Hispanic | Juvenile | Height | Weight |
|---|---|---|---|---|---|
|  | 40 | Not Hispanic/Latino    (N) | No | ' " | # |

| Hair Color | Eye Color | Complexion | Build |
|---|---|---|---|
|  |  |  |  |

| Glasses | Extent of Injury |
|---|---|
|  |  |

| DWI Involved? | Marital Status | Citizen of | Nationality |
|---|---|---|---|
|  |  |  |  |

| Address Type | Address | Date |
|---|---|---|
| Home |  | 08/02/2023 |

| City | State | Zip Code | Map Coordinates |
|---|---|---|---|
|  |  |  |  |

| Phone Type | Phone Number | Date |
|---|---|---|
| Home | (000)000-0000 | 08/02/2023 |

| E-Mail Type | Email |
|---|---|
| Home | none |

| ID Type | Number | Issued By |
|---|---|---|
| State Issued Drivers License / ID Card # |  | Texas |

| Saw Susp Oper Veh? | Susp/Pass Intox. | Susp In Acc?/Wit Saw Acc? | Dispo Of Pass |
|---|---|---|---|
|  |  |  |  |

| Vic/Off Age | Residence Status | Domestiv Violence | OFN_INVL | Sexual Assault | Sexual Assault Injury |
|---|---|---|---|---|---|
| 40 | Resident |  | 1 | N |  |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Status |
|---|---|---|---|---|---|
| Cited | Cite & Released (Not Taken Into Custody) | 08/02/2023 | 19:30 | #Error | Cited (Issued A Ticket / Released) |

| Disposition | Arrest Location | City | Reporting District | Beat |
|---|---|---|---|---|
| Misdemeanor | 1000 SMITH ST | HOUSTON | 1A10 | 01 |

| Armed With | Transported By |
|---|---|
| Unarmed | 000000 / UNASSIGNED, U |

| Physical Condition |
|---|
|  |

| Place of Birth | City of Birth | Multiple Charges | Multiple Arrests |
|---|---|---|---|
| Texas | HOUSTON |  | N |

| BAC | Time | BAC2 | Time | BAC3 | Time | Attitude | Balance | Eyes | Odor | Speech |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |

| Physical Condition | Breath | Walking | Turning |
|---|---|---|---|
|  |  |  |  |

| Report Officer | Printed At | |
|---|---|---|
| / CHAPA, A | 11/09/2024 01:51 | Page 2 of 5 |

COH 112604

# HOUSTON POLICE DEPARTMENT  1098103-23

| Charge Code<br>MUNICIPAL ORDINANCE | Charge<br>Municipal Ordinance (Non-Traffic) | Level<br>MC | Attempt | Counts |
|---|---|---|---|---|
| Authorized By | Hold Dvision | Other Booking No | | |

Arrest Details

## Modus Operandi

| Gang Act<br>N | Gang Name | | Victim's Sex | Victim's Race |
|---|---|---|---|---|
| Entry Location | | Arson Inhabited | Alarm | Oddity |
| Premise Type<br>Road, Street, or Sidewalk | | | | |
| Hate Crime Date | Cargo Theft | Body Worn Video<br>Body Video Not Reviewed | | Victim's Age Group |

## Brief Incident Summary

Suspect detained and cited for violation of sec. 20-252 of Houston Code of Ordinances.

## Incident Narrative

```
Introduction:
************
On Wednesday, August 2, 2023, Officer's A.Chapa, F. Mata, P.Aranda and C. Franklin, with
 the Downtown Differential Response Team conducted a DRT investigation at 1000 Smith
St., Houston, Texas for violation of a City consent of the property owner.

Complainant:
***********

Dr. Rhea Lawson, Director of the Houston Public Library System
500 McKinney
Houston, TX 77002



Witnesses:
*********
None



Reportee:
********
None



Officer's Paragraph:
*******************
The location was in the 1000 block of Smith and McKinney on the southwest corner of the
intersection. The listed suspect was seen serving food to more than five individuals.

Officer's Actions:
*****************
On this date, Officers of the Downtown Division DRT were directed to the Houston Public
Library Downtown to conduct a DRT investigation regarding the group "Food not Bombs"
```

| Report Officer<br>/ CHAPA, A | Printed At<br>11/09/2024 01:51 | Page 3 of 5 |
|---|---|---|

COH 112605

# HOUSTON POLICE DEPARTMENT        1098103-23

organized by Sheri Dore.

Officers arrived in the 500 block of McKinney and observed a line of homeless people on the south side of McKinney waiting to receive food. Officers observed several individuals take food items and cases of water bottles from separate motor vehicles which were parked on Smith Street. The individuals were preparing to conduct a "Food Service Event".

Officers A. Chapa and F. Mata walked to the corner of Smith and McKinney and observed approximately eight people setting up to serve food to the homeless. Officers approached the listed suspect and advised the suspect that signs were posted prohibiting a "Food Service Event" and provided them with a copy of the written warning.  Officers also advised the suspect that a new proposed location of 61 Reisner is the preferred location and offered to provide assistance with moving if she wanted.  The suspect stated he declined to move and would stay at the current location of 1000 Smith Street.  Officer Mata confirmed with the suspect that he would be the one receiving the citation and he stated yes.

The listed suspect (James Foster)  and the organization (Food not Bombs) conducted a "Food Service Event" by serving individuals on property without consent.  We observed the listed suspect standing at the end of the line handing out approximately 100 meals to the homeless.  The suspect violated the City of Houston Code of Ordnance "Conducted a food service event without the consent of the property owner".

As the suspect was nearing the completion of the "Food Service Event", Officer Mata  issued the citation M80012025, Conduct a food service event without consent of the property owner. The suspect was given a copy of the citation and advised that the court date was listed on the top of the citation.

Officers then left the location without incident and completed this report.

Body worn cameras were worn and activated by Officer Mata and Officer Chapa.


Suspect:
*******
1 suspect / 1 citation

James Foster


Disposition:
**********
Report made and citation issued.


Evidence:
********
None


Property:
********
None


Officers on scene
*************

| Report Officer | Printed At | |
|---|---|---|
| / CHAPA, A | 11/09/2024 01:51 | Page 4 of 5 |

COH 112606

# HOUSTON POLICE DEPARTMENT  1098103-23

```
A.Chapa-
F. Mata
P.Aranda
C. Franklin-
```

| Report Officer | Printed At | |
|---|---|---|
| / CHAPA, A | 11/09/2024 01:51 | Page 5 of 5 |

COH 112607