# EXHIBIT 32



FNB010746