# EXHIBIT 33

**From:** Beckham, Renee - HHD
**Sent:** Thursday, February 23, 2023 8:58 AM CST
**To:** HHD - CHS [redacted]
**Subject:** Re: Need permit
**Attachments:** Guidelines 2023.pdf, Classes 2023.pdf

Good morning Ms. Coleman.
Thank you for your inquiry regarding feeding the homeless community in Houston.
There are 2 options available:

- **PRIVATE PROPERTY**

1. Obtain written permission from the property owner to use the site
2. Provide receptacles for trash containment and removal of litter, unused foods, from the property after the feeding event
3. Free food handling training for one or more members of the food service group provided by the Houston Health Department.

- **CITY OF HOUSTON PROPERTY - 61 Riesner St., Houston, TX 77002**

1. Provide adequate personnel to conduct the food service event and restore the site at the conclusion of the food service event.

2. Provide adequate trash receptacles, trash containment and removal measures to contain all trash, refuse, and litter on the site of the food service event and to properly dispose of all trash, refuse, litter and remove unused foods from the site at the conclusion of the food service event.

3. Adherence to guidelines for food preparation, transport, serving, handling, storage and packaging in accordance with the FDA model food code/Houston Food Ordinance. Free food handling training for one or more members of the food service group provided by the Houston Health Department.

Please contact us if you have any questions.
Thank you,

**Renee L. Beckham, RS**
*Chief Sanitarian*
Houston Health Department
Bureau of Consumer Health Services
832-393-5133 (office) | 713-502-0378 (cell)
8000 N. Stadium Drive | Houston, TX 77054
HoustonConsumer.org | Facebook | Twitter

*CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.*

**From:** HHD - CHS <CHS@houstontx.gov>
**Sent:** Wednesday, February 22, 2023 3:52 PM
**To:** Beckham, Renee - HHD <Renee.Beckham@houstontx.gov>
**Subject:** FW: Need permit

????

Please respond to the customer's request and let me know at chs@houstontx.gov when contact is made.

Thanks,

Conrad

---

**From:** Parish Coleman PII
**Sent:** Wednesday, February 22, 2023 11:45 AM
**To:** HHD - CHS <CHS@houstontx.gov>
**Subject:** Need permit

[This message came from outside the City of Houston email system. Please be careful while clicking links, opening attachments, or replying to this email.]

Sent from my iPhone



Angel Wing Ministry
Word for today
Be a blessing
March 11, 2023
Feeding the less
fortunate

COH 034178

COH 034179