# EXHIBIT 34

# Jan. 10 2024 Video

FNBH January 10, 2024 Food Sharing Video (FNB010996)
Video file delivered via USB along with the file-stamped courtesy hard copy to:
Rhonda S. Hawkins, Case Manager
United States District Clerk
515 Rusk Street, Room 9110
Houston, Texas 77002