# EXHIBIT 37

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF TEXAS
 2                           HOUSTON DIVISION

 3    FOOD NOT BOMBS HOUSTON,    §
      ET AL.,                    §
 4                               §
      PLAINTIFFS,                §   Case No. 4:24-cv-338
 5                               §
      v.                         §   (Consolidated Case No.
 6                               §    4:23-cv-1206)
      CITY OF HOUSTON, TEXAS.    §
 7                               §
      DEFENDANT.                 §
 8

 9

10                        ORAL DEPOSITION OF

11                            SAIMA KADIR

12                         JANUARY 23, 2025

13

14

15       ORAL DEPOSITION OF SAIMA KADIR, produced as a

16   witness at the instance of the Plaintiffs and duly

17   sworn, was taken in the above styled and numbered cause

18   on Thursday, January 23, 2025, from 9:32 a.m. to

19   3:34 p.m., before DONNA QUALLS, Notary Public in and for

20   the State of Texas, Notary ID No. 12161359, reported by

21   computerized stenotype machine, at the offices of

22   Houston City Hall Annex, 900 Bagby Street, 4th Floor,

23   Houston, Texas, pursuant to the Federal Rules of Civil

24   Procedure, and any provisions stated on the record or

25   attached hereto.
```

Saima Kadir												January 23, 2025
																		Page 2

```
 1                    A P P E A R A N C E S

 2

     FOR THE PLAINTIFF, FOOD NOT BOMBS:
 3       MOLLY PETCHENIK
         RANDALL HIROSHIGE
 4       TRAVIS WALKER FIFE
         TEXAS CIVIL RIGHTS PROJECT
 5       1405 Montopolis
         Austin, Texas  78741
 6       (512) 474-5073
         randy@texascivilrightsproject.org
 7       travis@texascivilrightsproject.org

 8
     FOR THE PLAINTIFF, PHILLIP PICONE:
 9       RANDALL L. KALLINEN
         KALLINEN LAW FIRM
10       511 Broadway Street
         Houston, Texas  77012
11       (713) 320-3785
         attorneykallinen@aol.com
12

13   FOR THE DEFENDANT, CITY OF HOUSTON:
         LUCILLE ANDERSON
14       KENNETH S. SOH
         CITY OF HOUSTON LEGAL DEPARTMENT
15       P.O. Box 368
         Houston, Texas  77001-0368
16       (832) 393-6491
         mlucille.anderson@houstontx.gov
17       kenneth.soh@houstontx.gov

18

19   Also Present:
         KAREN QUINTANILLA, COH
20

21

22

23

24

25
```



```
 1         A.   About a year.
 2         Q.   And then did you move back to the Houston area?
 3         A.   Yes, I did.
 4         Q.   What was your job after that?
 5         A.   I -- I was -- I currently am chief of Central
 6   Library with Houston Public Library.
 7         Q.   So you came back to the Houston Library --
 8   Houston Public Library and then immediately became chief
 9   of the Central Library?
10         A.   I was hired as the chief of Central Library.
11         Q.   When were you hired?
12         A.   November 2022.
13         Q.   And that's your current position?
14         A.   That is correct.
15         Q.   So you've been in that role just over two years
16   now?
17         A.   That is correct.
18         Q.   Did you ever have a job in the Houston Public
19   Library where your office wasn't in the Central Library?
20         A.   I have not.
21         Q.   Okay.  Let's take a step back now.
22              Why did you decide to work in library?
23         A.   There are many reasons.  I have a passion for
24   helping people, especially when it comes to connecting
25   people with their information needs.
```



1      Q.   What do you mean by their information needs?
2      A.   Information needs can vary.  It can include
3  somebody looking for a book.  It can include somebody
4  trying to fix their car.  It can include somebody trying
5  to trace their family history.  It's like solving a
6  puzzle.
7      Q.   What do you see as the role of libraries in a
8  community?
9      A.   Public libraries, especially public libraries
10 in the US, I feel that it's that bastion of democracy
11 where people from all walks of life are welcome, all
12 ages, all demographics.  These are safe and secure
13 places where people can find information in a variety of
14 platforms.
15     Q.   And why did you decide to come to the Houston
16 Public Library specifically?
17     A.   It was a matter of finding a job at that time.
18 But I was also aware that Houston Public Library is a
19 large library system that means something to people like
20 me who are entering the profession, especially at that
21 time, many years ago when I first got my job.  I also
22 wanted to work in a large library system where there are
23 plenty of opportunities to serve Houstonians from
24 various walks of life.
25     Q.   Who does the Houston Public Library serve?



```
 1          A.   The Houston Public Library serves Houstonians,
 2   Texans, anybody that walks in our buildings, anybody
 3   that accesses our platforms.
 4          Q.   What do you see as the role of the Houston
 5   Public Library specifically?
 6          A.   There are many roles -- being a safe place in
 7   the community, providing access to different resources,
 8   providing a safe place for the citizens in that
 9   community, connecting people with many types of
10   educational resources.
11          Q.   What kinds of resources do you connect people
12   with?
13          A.   It really depends on the type of needs that
14   they have, for example, children's resources, books,
15   preparing for college for young adults, job resources.
16          Q.   So then the library has a role outside of just
17   providing books and literacy resources?
18          A.   Can you clarify that question, please?
19          Q.   Does the library have a role other than being a
20   place where people can get books out?
21          A.   I'm not sure I understand the question.
22          Q.   Okay.  It sounds like the library does a lot
23   more than only focus on providing books; is that right?
24          A.   Yes, it's a safe place for people.
25          Q.   Okay.  Does the library act as a hub for
```



1  COUNTY OF HARRIS )

2  STATE  OF  TEXAS )

3

4              REPORTER'S CERTIFICATION

5

6       I, Donna Qualls, Notary Public in and for the State

7  of Texas, Notary ID No. 12161359, hereby certify that

8  this transcript is a true record of the testimony given

9  and that the witness was duly sworn by the notary.

10      I further certify that I am neither attorney nor

11 counsel for, related to, nor employed by any of the

12 parties to the action in which this testimony was taken.

13      Further, I am not a relative or employee of any

14 attorney of record in this cause, nor do I have a

15 financial interest in the action.

16      Subscribed and sworn to on this the 5th day of

17 February, 2025.

18      *[signature: Donna Qualls]*

19

20      _____
        DONNA QUALLS
        Notary Public in and for
21      The State of Texas, Notary ID 12161359
        My Commission expires 11/06/2026
22
        Magna Legal Services
23      Firm Registration No. 633
        16414 San Pedro, Suite 900
24      San Antonio, Texas 78232
        (210) 697-3400
25

