## First Amendment Expression - Tranquillity Park



Feeding near "Reflecting Pool" near Bagby & along Rusk.

The area inside of the red square only is considered the First Amendment Expression Area. This is a 10ft x 10ft square located at Latitude: 29°45'39.71"N  Longitude: 95°22'7.50"W

These areas are open to users for exercise of First Amendment rights during park hours. Users must register with HPARD Permits Office in order to reserve the area in advance. Although not a requirement of the area's use, it is recommended that all users register to avoid conflicts.

0  55  110  220 Feet

houston PARKS & recreation department
www.houstonparks.org
A CAPRA Accredited Agency


EXHIBIT C(8)

COH 001018