| | |
|---|---|
| **From:** | Key, Patrick - HHS |
| **Sent:** | Friday, January 23, 2015 1:15 PM CST |
| **To:** | Koski, James - MYR |
| **CC:** | Williams, Stephen - HHS; Barton, Kathy - HHS; Gray, Carolyn - HHS |
| **Subject:** | Charitable Feeding |
| **Attachments:** | Charitable Feeding discussion points.docx |

James,

Please see attached discussion points on charitable feeding. Let me know if more information is needed. Thanks.

Patrick

EXHIBIT
C(10)

COH 002138

Charitable Feeding

The desire to better coordinate street feeding operations came to our attention during the Bill White administration. An ordinance was drafted and almost placed on the agenda before Frank Michel pulled it back.

The prime interested parties in the White and Parker administrations included:

- Convention Center
- Houston Public Library
- GSD
- PARD
- HPD
- St. Joseph's Hospital and medical plaza
- Metro
- Advantage BMW
- 2016 Main residents
- CM Rodriguez
- Bob Eury

There were multiple meetings of these people and organizations seeking to resolve the problems including a Saturday morning trip to observe feeding with CM Rodriguez, Stephen Williams, Patrick Key, and HPD officers and staff.

Observations from stakeholders:

- On weekend mornings multiple organizations would stop at the same location and feed meals to the same 100 people up to a dozen times before noon.
- Excess food and trash was discarded on the streets causing significant litter and pest problems.
- Every organization cited feces on sidewalks at feeding sites and on private property.
- There was no training of the feeders on safe food handling; they had no training on working with the homeless or the mentally ill; they had no information/referral resources.
- The recurrent feeding operations at certain locations made them (Root Park, Tranquility Park, Ideson Library) less attractive to the general public.
- CM Rodriguez vigorously encouraged measures to reduce the litter and feces on the east side of downtown where significant townhome development had occurred.

The current ordinance was drafted to help charitable feeders to safely serve the needed amount of food at the appropriate time and location. Training for charitable feeders includes safe food preparation, handling, transportation, and serving. There is also a representative at each training session from the Coalition for the Homeless to discuss additional resources for the feeders and homeless individuals.

The only requirement that is enforced in the "feeding ordinance" is that feeders must have written permission from the property owner/manager. This has always been a requirement for food operations, specifically mobile food units. All other aspects of the ordinance, registration, clean-up plan and training, are voluntary.

No one has received a ticket for violating the ordinance.

There are 70 organizations that have registered with HDHHS to conduct charitable feeding. These organizations feed multiple times during the year.

There are 21 organizations that have been approved to feed but have not submitted property owner agreements.

No organization has been denied registration from HDHHS but some have not been able to get permission from Parks or other property owners at the time and location requested. These groups are always offered the option to feed at the city owned property at 205 Chartres.

Several organizations have requested to feed at Harris County's James Bute Park on McKee St. but have not been granted permission. Harris County authorizes only Thousand Hills Ministry to use the park for feeding.

430 people have attended the Charitable Feeding Food Safety Class. The next class is scheduled on February 21, 2015 at The Beacon. The people that have attended the training express appreciation to know that their efforts have greater impact when feeding is spread out at different times and areas. Some of them say they are going to start volunteering at The Beacon and other facilities that care for homeless.

Complaints about homeless feeding have greatly decreased and when we get a complaint about trash left behind, we contact the organization to correct the problem.

HDHHS has not had any complaints from the stakeholders since the ordinance passed and believes this demonstrates positive results.