| | |
|---|---|
| **From:** | Koski, James - MYR |
| **Sent:** | Wednesday, February 11, 2015 4:09 PM CST |
| **To:** | Parker, Annise - MYR |
| **CC:** | Icken, Andy - MYR; Turner, Joe - PR; Newport, Christopher - MYR |
| **Subject:** | FW: Bute park |

FYI – The County has formally denied any further charitable feeding at Bute Park. The county has notified the Health Department and the previously approved organizations.

**James Koski**
**Deputy Chief of Staff**
**Office of Mayor Annise Parker**
**832.393.0833,** james.koski@houstontx.gov

**From:** Williams, Stephen - HHS
**Sent:** Wednesday, February 11, 2015 3:39 PM
**To:** Koski, James - MYR
**Subject:** Fwd: Bute park


Sent from my iPhone

Begin forwarded message:

> **From:** "Key, Patrick - HHS" <Patrick.Key@houstontx.gov>
> **Date:** February 11, 2015 at 2:47:57 PM CST
> **To:** "Williams, Stephen - HHS" <Stephen.Williams@houstontx.gov>
> **Subject: Bute park**
>
> Stephen,
> I just received a message from Gilbert Smith at Harris County Parks saying they are no longer allowing any feeding at James Bute Park.
> Patrick

EXHIBIT
C(12)

COH 002198