| | |
|---|---|
| **From:** | Key, Patrick - HHD |
| **Sent:** | Monday, November 16, 2015 4:17 PM CST |
| **To:** | Macias, Naomi - HHD; Gray, Carolyn - HHD |
| **Subject:** | FW: Issues |

Let's remove any addresses that are no longer approved for feeding from our web page. I still want to state boldly that 205 Chartres is no longer available as a feeding site. Thanks.

Patrick

**From:** Davis, Tom - MYR
**Sent:** Monday, November 16, 2015 4:08 PM
**To:** Key, Patrick - HHD
**Subject:** FW: Issues

Patrick,

I will call you about the issue below.

# Tom Davis

Special Projects Manager for the Chief Development Officer
Mayor's Office, City of Houston
832-393-1044  office
281-795-9396  cell
Tom.Davis@HoustonTX.gov

**From:** Quitzau, Sean - MYR
**Sent:** Monday, November 16, 2015 3:42 PM
**To:** Davis, Tom - MYR
**Subject:** FW: Issues

Hi Tom,

The two people with the Health Dept. that I spoke to re: the website list of Charitable Feeding Providers are:

- Carolyn Gray, Chief Sanitarian - Carolyn.Gray@houstontx.gov
- Naomi Macias, Administration Manager - Naomi.Macias@houstontx.gov

Marc was working on an email to Carolyn to clarify some things around the ordinance, so it may be worth connecting with him to see if he's learned anything new/made any progress.

**Sean Quitzau**
*Asst. Mayor's Offices for Homeless Initiatives and Eco. Dev.*
City of Houston
901 Bagby St., 4th Floor, Houston, TX 77002
Office: 832-393-0870
Cell: 832-677-5725

EXHIBIT C(13)

COH 003065

Sean.Quitzau@houstontx.gov

---

**From:** Gray, Carolyn - HHD
**Sent:** Monday, November 16, 2015 12:51 PM
**To:** Quitzau, Sean - MYR
**Cc:** Macias, Naomi - HHD
**Subject:** FW: Issues

Sean,

Naomi requested that I send a response to your inquiry.

Once an organization has been recognized, its name and the originally approved food location remains on the website. The recognition does not need to be renewed. A number of locations are no longer in use. For example,205 Chartres, 1001 Commerce, and 4101 Almeda are no longer in use. All the participants have been notified that the locations are no longer available. Each time a charitable organization or individual makes a request to use a certain location for a homeless feeding event , the name of the organization, date(s) and times, and location are recorded on the Health Department Charitable Feeding Calendar. Before each event or series of events (i.e., every Monday of a particular month, occurring at the same time), we send the requesting organization or individual a property owner agreement detailing the event (s) for their signature. The requestor signs the form, returning it to the Health Department by email or fax. The signed property owner agreement is then either sent to the Department of Parks and Recreation or the Library to obtain the required authorizations to use the property. The authorization is sent back to the Houston Department of Health and Human Services which in turn forwards the authorized property owner agreement to the organization by fax, email or snail mail. The Department of Parks and Recreation will only authorize an event or series of events by the same organization for a month at a time. The library will only authorize one date at a time, provided no other function is scheduled at the library. Once authorized, the feeding organization is asked to take a copy of the signed property owner agreement and their food safety certificates with them to the event(s) in case law enforcement personnel ask to see the documentation.

If you have other questions, please let me know.

Thank you,

Carolyn Gray, RS
Chief Sanitarian
Retail Food Inspection
Houston Health Department
832-393-5131
713-376-0381 (cell)

**Naomi Macias**
Direct: 832.393.5113



---

**From:** Quitzau, Sean - MYR
**Sent:** Monday, November 16, 2015 11:29 AM
**To:** Macias, Naomi - HHD
**Cc:** Gray, Carolyn - HHD; Key, Patrick - HHD
**Subject:** RE: Issues

Naomi,

Thank you so much for the prompt reply – this information is very helpful. Regarding the 205 Chartres property – since it is no longer COH property, have the charitable feeding groups that were assigned to this location been informed that it is no longer available to them? I ask because the list of approved charitable feeding groups on the City of Houston website links many of them to the 205 Chartres location (http://www.houstontx.gov/health/feeding-homeless-information ). Have these groups been provided with an alternative feeding location or is the Health Dept. waiting for the feeding area at US59 and Runnels St. to be approved?

Thank you once again for all of your assistance  - it is sincerely appreciated.

Best,

**Sean Quitzau**
*Asst. Mayor's Offices for Homeless Initiatives and Eco. Dev.*
City of Houston
901 Bagby St., 4th Floor, Houston, TX 77002
Office: 832-393-0870
Cell: 832-677-5725
Sean.Quitzau@houstontx.gov

---

**From:** Macias, Naomi - HHD
**Sent:** Monday, November 16, 2015 11:03 AM
**To:** Quitzau, Sean - MYR
**Cc:** Gray, Carolyn - HHD; Key, Patrick - HHD
**Subject:** RE: Issues

Sean,
Hebron Seventh-day Adventist Church is a Recognized Charitable Food Service provider. The last approved property agreement issued to this entity was for James Butte Park which is no longer available. The location you mentioned in your email is near 205 Chartres which at one time, the Health Department allow feeding on the property. This is no longer COH property and we have not provided authorization to use this property since earlier this year.
Please let me know if you need any additional information before your meeting.

Warm regards,

**Naomi Macias** | Bureau Chief of Public Health
Bureau of Consumer Health | Environmental Health Division

Main: 832.393.5100
Direct: 832.393.5113
www.HoustonConsumer.org



---

**From:** Quitzau, Sean - MYR
**Sent:** Monday, November 16, 2015 10:45 AM
**To:** Macias, Naomi - HHD
**Subject:** FW: Issues

Hi Naomi,

Thank you again for your time over the phone. The email below contains the photo documentation of the church in question (Hebron Seventh-Day Adventist Church) feeding the homeless. The feeding below is taking place on St. Emmanuel Street between Preston St. and Congress Ave.

Any information you can provide on current regulations re: feeding in the area and on permissions provided to the church group in question would be very much appreciated.

Thank you!

**Sean Quitzau**
*Asst. Mayor's Offices for Homeless Initiatives and Eco. Dev.*
City of Houston
901 Bagby St., 4th Floor, Houston, TX 77002
Office: 832-393-0870
Cell: 832-677-5725
Sean.Quitzau@houstontx.gov

---

**From:** Vinod Ramani [mailto:vramani@urbanliving.com]
**Sent:** Sunday, November 15, 2015 12:43 PM
**To:** Mandy Chapman Semple
**Subject:** Issues

Pastor William is telling me the City of Houston has approved them to do what they are doing.

Hebron Seventh-day Adventist Church

7902 Wheatley St
Houston, TX 77088-6204
Phone: 281-931-6021
Fax: 281-931-1016

==Pastor: Gilbert Williams==
Phone: 713-702-3637
Email: pastorgilbert@sbcglobal.net

Church Clerk:  Brenda Davis
Email: bcarol@swbell.net



COH 003070



COH 003071



Vinod Ramani
CEO

5023 Washington Avenue
Houston, Texas 77007

Cell: 713-213-7241
Office: 713-868-7226
Fax: 713-868-7239
Email: vramani@urbanliving.com
Web: www.UrbanLiving.com

**COH 003073**