**From:** Houston Public Information Request Center <houstontx@govqa.us>
**Sent:** Friday, October 27, 2023 10:52 AM
**To:** Janus, Conrad - HHD <Conrad.Janus@houstontx.gov>
**Subject:** [GovQA] New Request Assignment - H143330-102623

[This message came from outside the City of Houston email system. Please be careful while clicking links, opening attachments, or replying to this email.]

*RECORD FOUND  11/1/23  CR*

A request has been assigned to you:  Health and Human Services Public Information / H143330-102623

**Request Information**
**Assigned Staff:** Conrad Janus
**Status:** Assigned
**Create Date:** 10/26/2023 10:43:46 AM
**Record(s) Requested:** 1. All records reflecting food safety complaints or incidents arising from the distribution of food to those in need at 500 McKinney St, Houston, TX 77002 between January 1, 2000 and October 25, 2023;
2. All records pertaining to the rules, regulations, and criteria developed by the Director of the Houston Health and Human Services Department for the use of Houston city property for food service events pursuant to Houston City Ordinance Sec. 20-257;
3. All records pertaining to requests for permission or consent to sponsor or conduct charitable food service events on City of Houston property, including the requestor's name, requestor's organization, requestor's phone number, the date of the request, the requested location, and the City of Houston's response, including letters or electronic mail communications, for each request between April 1, 2012 and October 25, 2023;
4. A list of the name, contact information, address, phone number, email address, certification status of individuals or organizations that have registered as charitable food service providers under Houston City Ordinance Sec. 20-254;
5. A list of the name, contact information, address, phone number, email address, certification status of individuals or organizations that have participate in the food handling training;
6. A list of all City of Houston properties that are currently approved or were formerly approved as charitable food service locations;
7. A list of the name, contact information, address, phone number, email address, certification status of individuals or organizations who have received permission from the City of Houston to use city property or city parks as charitable food service locations;
8. All records pertaining to the City of Houston's consent to the use of 500 McKinney, Houston, TX 77002 as an approved charitable food service location;
9. All records, data, and reports related to the quality, quantity, and distribution of food provided outdoors and the environmental impact of food service operations on public and private property that the Houston Health and Human Services Department provided to the Houston City Council while the Council was

2

# Houston, TX - Complaint Investigation

Complaint ID: **0914039**
Priority: 4   Territory: 515
Taken By: Derek Martinez   Date Received: 04/01/2020 08:55 AM
EHS Assigned: Jerry Bradshaw

## Facility Information

Account #: 432775
Facility Name: CENTRAL LIBRARY
Address: 500 MCKINNEY STE HOUSTON, TX 77002
HOUSTON, TX 77002
Phone:

## Owner Information

Owner: HOUSTON PUBLIC LIBRARY
Address: ATTN:
500 MCKINNEY ST
HOUSTON, TX 77002
Phone:

Service Requested: Id like to report unsanitary conditions at a food distribution site at the Houston Public Library, 500 McKinney Street, Houston, Texas 77002. There is a group that sets up and distributes food to the homeless every Monday, Wednesday and Friday at 7:30 PM at the Main Downtown library. Until last night they were distributing food in front of City Hall but are now back at the Library. They also distribute lunch every day at 4:00 PM They are set up on the Lamar Street of the Library near the intersection of Lamar Street and Brazos. The issue is that the site where the food is distributed is totally unsanitary. It totally reeks of urine on the brick walls and pavement and there are human feces in the flower beds and along the perimeter of the library property. Basically this group is serving food in a toilet. You can easily smell the noxious odors. The group does not enforce quarantine spacing requirements, and there are about 200 people our there every night confined to a small unsanitary area. Some of the people that food recipients are obviously sick with coughing, spitting, and sneezing. The people serving the foods do not have gowns, or proper masks, but they do wear gloves. The homeless may serve to infect the people serving the food, who spread the infection on to others Im requesting that you inspect this food distribution site and have the area sanitized with power washers and feces removal, and until such time that the unsanitary conditions are resolved, halt the distribution of food in these unsanitary conditions.

## Caller Information

Caller Name:
Address: TX

Home Phone:
Work Phone:
Cell Phone:
Email Address:

Directions to Property:

## Foodborne Illness Information

Programs:
Request Code:

Related Illness?: No Related Illness

## Investigation Report Records

Investigator: Jerry Bradshaw
Investigation Date: 04/03/2020
Findings: Surveyed downtown library site for homelessness feeding event. Observed sidewalk with separating lines of chalk with the distances of 6 to 7 ft. increments. Observed men and women standing waiting for food service. I interviewed the person in charge of the organization Food not Bombs subgroup Corona Virus Relief Meals Shere Dore. Ms. Dore stated a wait for food to be delivered for the feeding. I explain to Ms. Dore the need for separation of the recipients of the food as a order from the mayor. Ms. Dore was in agreement and will work it insure social distant rule. There was average around 95 people waiting for food from Express in Spring TX. The food temperature was 103*F. The food was packaged in hinge d carry out styro-foam containers covered in a plastic tee shirt styled carry bag. Ms. Dore group gave out numbers to the men and women respective to the number of meals. There was only 65 meals given. Ms. Dore group insured social distant was maintain as the recipient number was called. Ms. Dore group insured waste was removed while in our present. I observed Ms. Dore group was not listed on the approved charitable feeding list. I email her the information on obtaining approval.

Time Spent:   12:00 - 12:00

**Outcome**

NOV Issue Date:
Court Summons Filed:
Court Date:
Outcome of Court Action:

Date Closed: 04/05/2020
Request Disposition: Resolved

FNB010389