| | |
|---|---|
| **From:** | Kadir, Saima - HPL |
| **Sent:** | Monday, January 9, 2023 3:48 PM CST |
| **To:** | Lawson, Rhea - HPL; Peralez, Ricardo - HPL; Zapata, Roberto - HPL; Middleton, John - HPL |
| **Subject:** | RE: Houston PL's response to homelessness |

Good afternoon,

We have not seen any changes – folks are still lining up outside JIB in the evenings; many times, they leave a small "rock" on the sidewalk, to mark their queue while they wait across the street in Hermann Square. Parks staff continue to clean up the aftermath in the mornings – cleaning up food waste, paper, boxes etc.

If we could get the location address and schedule, we'd be happy to share it with our customers and add it to Community Service Center's resource list.

Thank you,
Saima

**From:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Sent:** Monday, January 9, 2023 2:33 PM
**To:** Peralez, Ricardo - HPL <Ricardo.Peralez@houstontx.gov>; Zapata, Roberto - HPL <Roberto.Zapata@houstontx.gov>; Kadir, Saima - HPL <Saima.Kadir@houstontx.gov>; Middleton, John - HPL <John.Middleton@houstontx.gov>
**Subject:** FW: Houston PL's response to homelessness

Team,
Please send me your observations regarding any changes to the homeless feeding situation at the JIB since the Dinner to Home operation began.   Thanks.

RBL

**From:** Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>
**Sent:** Monday, January 9, 2023 1:35 PM
**To:** Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>; Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Cc:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Subject:** RE: Houston PL's response to homelessness

The Dinner to Home program has been operating since mid-November, providing a warm, nutritious dinners four nights a week.  After a start-up week, word spread quickly and the program feeds on average 100 individuals a night/feeding.  Housing navigators are on site monthly and the city is working with Harris County Commissioners Pct. 2 to provide onsite employment services as well.  ==Director Lawson, what is HPL's observations at the Library?==

Thank you.
-Marc





EXHIBIT

C(19)

EXHIBIT

8

COH 091789

**From:** Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>
**Sent:** Monday, January 9, 2023 9:35 AM
**To:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>; Eichenbaum, Marc - HCD
<Marc.Eichenbaum@houstontx.gov>
**Cc:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Subject:** RE: Houston PL's response to homelessness

Marc,

Can you give Dr. Lawson an update.

Walter Hambrick
Deputy Chief of Staff
Office of Mayor Sylvester Turner
Direct: 832-393-0833
Cell: 832-470-5104


**From:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Sent:** Friday, January 6, 2023 10:56 AM
**To:** Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>
**Subject:** FW: Houston PL's response to homelessness

Hello Walter,
Happy New Year!
Before I respond to my colleague at the Urban Libraries Council regarding the Mayor's Dinner for the
Homeless initiative, could you please give me an update. Thanks

RBL

**From:** Colleen Morsli <cmorsli@urbanlibraries.org>
**Sent:** Friday, January 6, 2023 10:43 AM
**To:** Jenkins, Antoinette - HPL <antoinette.jenkins@houstontx.gov>
**Cc:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Subject:** Re: Houston PL's response to homelessness

[This message came from outside the City of Houston email system. Please be careful while clicking links, opening
attachments, or replying to this email.]
Thank you, Toni!

**Colleen Morsli** (she/her/hers) | Director of Community Engagement | Urban Libraries Council
1333 H Street, NW Suite 1000 West | Washington, DC 20005
202-750-8654 | cmorsli@urbanlibraries.org | urbanlibraries.org



**From:** Jenkins, Antoinette - HPL <antoinette.jenkins@houstontx.gov>
**Date:** Friday, January 6, 2023 at 10:23 AM
**To:** Colleen Morsli <cmorsli@urbanlibraries.org>
**Cc:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Subject:** RE: Houston PL's response to homelessness

Happy New Year Colleen,

Thanks for your email below.  Everyone is great at HPL…thanks for asking.

I will run your request by Dr. Lawson first and get back to you soon.

Stay Tuned…..Toni

**From:** Colleen Morsli <cmorsli@urbanlibraries.org>
**Sent:** Thursday, January 5, 2023 2:42 PM
**To:** Jenkins, Antoinette - HPL <antoinette.jenkins@houstontx.gov>
**Cc:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Subject:** Houston PL's response to homelessness

[This message came from outside the City of Houston email system. Please be careful while clicking links, opening attachments, or replying to this email.]
Toni!

Happy New Year! I hope that you and your family had a lovely holiday season! How is the HPL team?

I was just on a call with a member of the Spokane Public Library team and they are having issues with their homeless population in the library.  Last time I was in the company of Dr. Lawson I remember her talking about the effective solutions HPL and the Mayor had initiated.
https://www.houstonpublicmedia.org/articles/news/city-of-houston/2022/11/03/436721/new-city-initiative-aims-to-provide-free-meals-during-housing-process-for-homeless-population/

Could you please introduce me to the library team or the person that worked with the mayor's office to get this work done so I could introduce them to the Spokane team? Also, I think we should host an ULC webinar in February on the topic and highlight HPL's work here. Thoughts?

Thank you, Toni!

COH 091791

Colleen

**Colleen Morsli** (she/her/hers) | Director of Community Engagement | Urban Libraries Council
1333 H Street, NW Suite 1000 West | Washington, DC 20005
202-750-8654 | cmorsli@urbanlibraries.org | urbanlibraries.org



COH 091792