| | |
|---|---|
| **From:** | Finner, Troy |
| **Sent:** | Sunday, November 7, 2021 10:24 PM CST |
| **To:** | Lawson, Rhea - HPL |
| **CC:** | Messiah, C. J. - GSD; Sylvester Turner - MYR; Hunter, Marvalette - MYR; Koski, James - MYR; Eichenbaum, Marc - HCD; Cantu, Patricia; Edwards, Daryn |
| **Subject:** | Re: Mayor, I really need your help ... |

[Message Came from Outside the City of Houston Mail System]

Dr. Brown, we will address this tomorrow.

Sent from my iPhone

On Nov 6, 2021, at 6:30 PM, Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov> wrote:

> [Message Came from Outside the Houston Police Department Mail System]
>
> Dear Chief Finner and CJ,
> The Mayor asked that I alert you to the current situation regarding homeless feedings. Please see the emails below. Thank you for your help.
>
> My Best,
> Rhea Brown Lawson, Director
> Houston Public Library
>
> ---
>
> **From:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
> **Sent:** Saturday, November 6, 2021 5:53 PM
> **To:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>
> **Cc:** Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>; Koski, James - MYR <James.Koski@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>
> **Subject:** Re: Mayor, I really need your help ...
>
> Mayor
> You asked for the feedings to be moved from the library to another more suitable location? We have been waiting for that move to happen. Is that still the plan?
> Rhea
> Get Outlook for iOS
>
> ---
>
> **From:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>
> **Sent:** Saturday, November 6, 2021 4:24:35 PM
> **To:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
> **Cc:** Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>; Koski, James - MYR <James.Koski@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>
> **Subject:** Re: Mayor, I really need your help ...

EXHIBIT
C(21)

I thought these feedings were at a set time and limited during the week. If they are occurring now more frequently that must stop. Please get with GSD and HPD.

Sent from my iPhone

On Nov 5, 2021, at 4:09 PM, Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov> wrote:

Dear Mayor,
Welcome back! I hope your travel abroad was safe, enjoyable and productive.

I am writing you to again seek your support and guidance regarding the homeless situation at our Central Library and the historic Julia Ideson Building. Since our last conversation, the feeding activity and related ramifications have increased.

- The feedings are occurring more regularly, almost every day. Participants along with their belongings start lining up on sidewalks as early as 3PM.
    - ***The feeding schedule is unpredictable, which in itself is a problem. At any time a planned or impromptu library event can become impacted by a feeding event or potential library visitors can be deterred.***

- Many homeless residents who gather in large numbers hours before feedings or lay on the library walls, stairs, ADA ramp, and lawn and cause damages to the landscaping around the JIB and Central
    - ***Parks staff, who maintains the grounds, asked today if they could just not replant the roses along Smith St. because they have been destroyed multiple times by people trampling them while waiting for or participating in the feedings.***

- Homeless residents also gather for feedings on Saturdays during times when most weddings occur. These gatherings do not make for a good wedding backdrop and may likely impede JIB future rentals.
    - ***Last Saturday a large wedding party that rented the JIB for $22,000, held their ceremony outside in front of the building. When asked if the feeding could move around the corner during the ceremony, the group conducting the feeding refused.***
    - ***Feedings have also interfered with valet parking for library events, and participants have confronted vendors working our events.***

- Trash and food remnants are left thrown around and left on the library grounds and must be cleaned by COH staff the next morning.

- o *Food waste being thrown into the landscape exacerbates the already out of control rodent infestations*

- Human waste is regularly left on the grounds.
    - o **One women openly defecated on the JIB grounds just as my staff member was about to tour people interested in renting the JIB for a wedding.**

- Phoebe Tutor and Minnette Boesel visited and toured the new plaza last week, noted evidence of the feedings and were surprised that the problem persists.

Mayor, staff are looking to me for solutions. I really, really need your help resolving this – especially with resources being destroyed and with the investments that have been made to make our library a family friendly place for all.
 I appreciate your continued support. Thank you.

*Rhea*

Rhea Brown Lawson, MLS, PhD, Director
Houston Public Library
500 McKinney Street
Houston, TX 77002