| | |
|---|---|
| **From:** | Crimmins, Brian - MYR |
| **Sent:** | Tuesday, February 28, 2023 11:08 AM CST |
| **To:** | Davis, Veronica - HPW; Middleton, John - HPL; Icken, Andy - MYR |
| **CC:** | Bocanegra, Ruth - HPW; Capillo, Fabio - HPW; Nickerson, Brandon - HPW; Gonzales, Antonio - HPW; Marquez, Veronica - MYR; Stephens, Jason - HPL |
| **Subject:** | RE: Feeding Signage Request |

Glad we solved this Tuesday morning mystery!

Thank you HPW for helping with this effort. The quick (and wow, do I mean quick!) turnaround on this request was greatly appreciated.

---

**Brian J. Crimmins**
City of Houston Office of the Mayor
Direct:**832.393.1044**  |  Cell: **281.795.9396**  |  Email: **brian.crimmins@houstontx.gov**
Pronouns: he, him, his

Houston is in the Central Time Zone.

---

**From:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 11:04 AM
**To:** Middleton, John - HPL <John.Middleton@houstontx.gov>; Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Crimmins, Brian - MYR <Brian.Crimmins@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>; Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>; Stephens, Jason - HPL <Jason.Stephens@houstontx.gov>
**Subject:** RE: Feeding Signage Request

Apologies for the confusion. Our team works faster than our system. ☺ Glad it all worked out and we could assist.

Veronica

**Veronica O. Davis, PE**
Director, Transportation & Drainage Operations
832.395.2461 | Cell 281.387.1125



**From:** Middleton, John - HPL <John.Middleton@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 10:57 AM
**To:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Crimmins, Brian - MYR <Brian.Crimmins@houstontx.gov>; Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW

EXHIBIT

C(22)

EXHIBIT

7

COH 110561

<Fabio.Capillo@houstonx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>;
Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>; Marquez, Veronica - MYR
<Veronica.Marquez@houstontx.gov>; Stephens, Jason - HPL <Jason.Stephens@houstontx.gov>
**Subject:** Re: Feeding Signage Request

HPL received four metal signs, not six.

Get Outlook for iOS

---

**From:** Middleton, John - HPL <John.Middleton@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 10:42 AM
**To:** Icken, Andy - MYR; Crimmins, Brian - MYR; Davis, Veronica - HPW
**Cc:** Bocanegra, Ruth - HPW; Capillo, Fabio - HPW; Nickerson, Brandon - HPW; Gonzales, Antonio -
HPW; Marquez, Veronica - MYR; Stephens, Jason - HPL
**Subject:** Re: Feeding Signage Request

Yes, and we installed as requested.

Get Outlook for iOS

---

**From:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 10:39 AM
**To:** Crimmins, Brian - MYR; Davis, Veronica - HPW; Middleton, John - HPL
**Cc:** Bocanegra, Ruth - HPW; Capillo, Fabio - HPW; Nickerson, Brandon - HPW; Gonzales, Antonio -
HPW; Marquez, Veronica - MYR; Stephens, Jason - HPL
**Subject:** Re: Feeding Signage Request

I'm confused. Last Friday 6 metal signs ( looking great) were delivered to Veronica and she took
them over to john Middleton at the library to hang. John said he would take it from there.

Get Outlook for iOS

---

**From:** Crimmins, Brian - MYR <Brian.Crimmins@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 10:35:57 AM
**To:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>; Middleton, John - HPL
<John.Middleton@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW
<Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>;
Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>; Marquez, Veronica - MYR
<Veronica.Marquez@houstontx.gov>; Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Stephens,
Jason - HPL <Jason.Stephens@houstontx.gov>
**Subject:** RE: Feeding Signage Request

Veronica,

There appear to be at least two "all-weather" signs along McKinney in front of the library. I'm not sure where they came from or how they were created if it wasn't HPW.


I've looped in John Middleton with HPL in hopes he can help solve the origan of these mysterious signs.


Brian

---

**Brian J. Crimmins**

City of Houston Office of the Mayor

Direct:**832.393.1044**  |  Cell: **281.795.9396**  |  Email: **brian.crimmins@houstontx.gov**

Pronouns: he, him, his


Houston is in the Central Time Zone.

---

**From:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 10:11 AM
**To:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Crimmins, Brian - MYR <Brian.Crimmins@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>; Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>
**Subject:** RE: Feeding Signage Request


Andy/Brian,


Touching base. We are awaiting confirmation that everyone is good with the sign sample we provided. Once we have written confirmation we will produce the signs.

Warmly,


Veronica



**Veronica O. Davis, PE**

Director, Transportation & Drainage Operations

832.395.2461 | Cell 281.387.1125





---

**From:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Sent:** Friday, February 17, 2023 10:48 PM
**To:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>; Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>
**Subject:** Re: Feeding Signage Request


Good catch. Thank you.


Get Outlook for iOS

---

**From:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Sent:** Friday, February 17, 2023 1:35:41 PM
**To:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW

<Antonio.Gonzales@houstontx.gov>
**Subject:** RE: Feeding Signage Request


Great. We'll add the year, so the start date is clear.

---

**From:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Sent:** Friday, February 17, 2023 1:33 PM
**To:** Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>; Davis, Veronica - HPW
<Veronica.Davis2@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW
<Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW
<Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW
<Antonio.Gonzales@houstontx.gov>
**Subject:** RE: Feeding Signage Request


We have createdtemporary signs that will go up Monday feb 20. We want signs that are
permanent and the words are appropriate since it says after 2/24.

---

**From:** Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>
**Sent:** Friday, February 17, 2023 1:00 PM
**To:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>; Icken, Andy - MYR
<Andy.Icken@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW
<Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW
<Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW
<Antonio.Gonzales@houstontx.gov>
**Subject:** RE: Feeding Signage Request


Hi Veronica,


I am looping Andy into this email. I believe we would like to keep the date. The notice has been
vetted by HPD, Legal and reviewed by the Mayor.


Andy – your thoughts?

Thank you,

Veronica Marquez

Office of Mayor Sylvester Turner

City of Houston ℓ  Chief Development Office

901 Bagby Street, 4th Floor

Houston, TX  77002

832-393-1032

**From:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Sent:** Friday, February 17, 2023 12:57 PM
**To:** Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>; Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>
**Subject:** RE: Feeding Signage Request

Unless required by legal, my recommendation is to remove the 3rd paragraph with the date. It will be around or after the 24th by the time we get the sign up.

**From:** Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>
**Sent:** Friday, February 17, 2023 12:08 PM
**To:** Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>; Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>
**Cc:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>; Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>
**Subject:** RE: Feeding Signage Request

Antonio - Please fabricate this sign (18"x 24" or similar available size). When ready, please have it delivered to Veronica Marquez at 901 Bagby Street, 4th Floor

She will have MST review and approve. Once we have it approved, we will need 7 more signs fabricated.

---

**From:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Sent:** Friday, February 17, 2023 10:52 AM
**To:** Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>
**Subject:** Fwd: Feeding Signage Request

Get Outlook for iOS

---

**From:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>
**Sent:** Friday, February 17, 2023 10:50:36 AM
**To:** Haddock, Carol - HPW <Carol.Haddock@houstontx.gov>; Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Subject:** FW: Feeding Signage Request

Please see request from the Mayor's office for a permanent sign(s) of the attached Charitable Feeding Notice be posted outside and around the central public library across City Hall.

Effective date mentioned in the notice is February 24th (year not mentioned).

Thanks,

**Ruth Bocanegra**

Administrative Coordinator

City of Houston | Houston Public Works

832.395.2451



---

**From:** Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>
**Sent:** Friday, February 17, 2023 10:22 AM
**To:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>
**Subject:** MST: Feeding Signage Request
**Importance:** High


Ruth,


Andy is looking to convert the attached Charitable Feeding Notice into a permanent sign to be posted outside and around the library across City Hall. We were told that HPW can assist in making these signs. Can you please help us with this request? The Mayor is wanting to get this done as soon as possible.


Thank you,


Veronica Marquez

Office of Mayor Sylvester Turner

City of Houston ℓ  Chief Development Office

901 Bagby Street, 4th Floor

Houston, TX  77002

832-393-1032

---

**From:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>
**Sent:** Sunday, January 15, 2023 9:48 PM
**To:** Messiah, C. J. - GSD <cjmessiah@houstontx.gov>; Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>; Cheeks, Jane - HR <Jane.Cheeks@houstontx.gov>; Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>

**Cc:** Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>; Peralez, Ricardo - HPL <Ricardo.Peralez@houstontx.gov>; Middleton, John - HPL <John.Middleton@houstontx.gov>; Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>; Helton, Darien - HR <Darien.Helton@houstontx.gov>; Vaughn, Annetta - HR <Annetta.Vaughn@houstontx.gov>
**Subject:** Re: Central incidents today

I will strongly consider metal detector and not allowing the homeless to congregate around the library. That includes moving the feeding programs elsewhere.

Get Outlook for iOS

---

**From:** Messiah, C. J. - GSD <cjmessiah@houstontx.gov>
**Sent:** Sunday, January 15, 2023 8:09:08 PM
**To:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>; Sylvester Turner - MYR <Mayor.ST@houstontx.gov>; Cheeks, Jane - HR <Jane.Cheeks@houstontx.gov>; Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>
**Cc:** Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>; Peralez, Ricardo - HPL <Ricardo.Peralez@houstontx.gov>; Middleton, John - HPL <John.Middleton@houstontx.gov>; Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>; Helton, Darien - HR <Darien.Helton@houstontx.gov>; Vaughn, Annetta - HR <Annetta.Vaughn@houstontx.gov>
**Subject:** Re: Central incidents today

What are your thoughts of adding Security personnel with a metal detection wand to scan all visitors and search all hand carried bags. We can research purchasing a metal detector (walk through type similar to City Hall) and X-ray machine. Thoughts?

Get Outlook for iOS

---

**From:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Sent:** Sunday, January 15, 2023 1:03:41 PM
**To:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>; Cheeks, Jane - HR <Jane.Cheeks@houstontx.gov>; Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>; Messiah, C. J. - GSD <cjmessiah@houstontx.gov>
**Cc:** Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>; Peralez, Ricardo - HPL <Ricardo.Peralez@houstontx.gov>; Middleton, John - HPL <John.Middleton@houstontx.gov>; Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>; Helton, Darien - HR <Darien.Helton@houstontx.gov>;

Vaughn, Annetta - HR <Annetta.Vaughn@houstontx.gov>
**Subject:** Re: Central incidents today


I would very much appreciate that. That would be awesome. Thank you Mayor


Get Outlook for iOS

---

**From:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>
**Sent:** Sunday, January 15, 2023 5:46:02 AM
**To:** Cheeks, Jane - HR <Jane.Cheeks@houstontx.gov>; Hambrick, Walter - MYR
<Walter.Hambrick@houstontx.gov>; Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>;
Messiah, C. J. - GSD <cjmessiah@houstontx.gov>
**Cc:** Hunter, Marvalette - MYR <Marvalette.Hunter@houstontx.gov>; Peralez, Ricardo - HPL
<Ricardo.Peralez@houstontx.gov>; Middleton, John - HPL <John.Middleton@houstontx.gov>;
Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Eichenbaum, Marc - HCD
<Marc.Eichenbaum@houstontx.gov>; Helton, Darien - HR <Darien.Helton@houstontx.gov>;
Vaughn, Annetta - HR <Annetta.Vaughn@houstontx.gov>
**Subject:** Re: Central incidents today


I am no longer going to allow the homeless to congregate around the library. We will enhance
security around the library.


Get Outlook for iOS

---

**From:** Cheeks, Jane - HR <Jane.Cheeks@houstontx.gov>
**Sent:** Saturday, January 14, 2023 11:16:47 PM
**To:** Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>; Lawson, Rhea - HPL
<Rhea.Lawson@houstontx.gov>; Messiah, C. J. - GSD <cjmessiah@houstontx.gov>
**Cc:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>; Hunter, Marvalette - MYR
<Marvalette.Hunter@houstontx.gov>; Peralez, Ricardo - HPL <Ricardo.Peralez@houstontx.gov>;
Middleton, John - HPL <John.Middleton@houstontx.gov>; Icken, Andy - MYR
<Andy.Icken@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>;
Helton, Darien - HR <Darien.Helton@houstontx.gov>; Vaughn, Annetta - HR
<Annetta.Vaughn@houstontx.gov>
**Subject:** Re: Central incidents today


I've copied my Deputy Director and EAP Manager to assist as needed. Please let us know if we
can give anything further.

J.E. Cheeks (iPad)

---

**From:** Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>
**Sent:** Saturday, January 14, 2023 8:14:57 PM
**To:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>; Messiah, C. J. - GSD
<cjmessiah@houstontx.gov>; Cheeks, Jane - HR <Jane.Cheeks@houstontx.gov>
**Cc:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>; Hunter, Marvalette - MYR
<Marvalette.Hunter@houstontx.gov>; Peralez, Ricardo - HPL <Ricardo.Peralez@houstontx.gov>;
Middleton, John - HPL <John.Middleton@houstontx.gov>; Icken, Andy - MYR
<Andy.Icken@houstontx.gov>; Eichenbaum, Marc - HCD <Marc.Eichenbaum@houstontx.gov>
**Subject:** Re: Central incidents today


Dr. Lawson,


I will continue to work with you and your team on solutions.  I am so sorry that staff had to
encounter these incidents today. I have copied Director Cheeks to facilitate EAP to be onsite
next week to counsel employees as needed.


I will reconvene the group of Department stakeholders that previously met on security around
the central library to take the necessary steps to ensure operations safety.


WWH



Get Outlook for iOS

---

**From:** Lawson, Rhea - HPL <Rhea.Lawson@houstontx.gov>
**Sent:** Saturday, January 14, 2023 6:59 PM
**To:** Hambrick, Walter - MYR <Walter.Hambrick@houstontx.gov>; Messiah, C. J. - GSD
<cjmessiah@houstontx.gov>
**Cc:** Sylvester Turner - MYR <Mayor.ST@houstontx.gov>; Hunter, Marvalette - MYR
<Marvalette.Hunter@houstontx.gov>; Peralez, Ricardo - HPL <Ricardo.Peralez@houstontx.gov>;
Middleton, John - HPL <John.Middleton@houstontx.gov>
**Subject:** Central incidents today

There were 2 incidents at Central Library today

1.  A homeless customer who was being disruptive and loud was asked to leave. Before leaving, the customer pulled a knife on a staff member in an elevator. The customer was arrested by HPD.

While no one was physically hurt, however Central Library Staff are understandably upset.

2. Close to 400 people (mostly families with children)were in attendance and enjoying the Lunar New Year celebration on the Barbara Bush Literacy Plaza when the festivities were disrupted by a Black Lives Matter protest that came over from City Hall. The protesters surrounded a police officer for a while but eventually moved on.

With increasing violent episodes at the downtown library, I am requesting that more be done to discourage the homeless from threatening my staff with weapons. If we don't address the homeless situation more aggressively I am simply going to lose staff. I don't want to wait until someone gets hurt. The staff feels unsafe and vulnerable.

I am requesting for the Central JIB complex  - a level of security commensurate with the level that discourages the homeless from threatening other COH staff and violating properties surrounding the library.

Thank you.

Rhea Lawson

Get Outlook for iOSwas

COH 110572