2:05 





Matt

has been identified and tomorrow we will start contacting the contractor for the jail door upgrade. Will JP be the contact person in your office?

Sep 9, 2020 at 8:01 PM

Yes. And thanks very much.

I'll touch bases with him tomorrow

Oct 6, 2020 at 12:20 PM

Are you available for a quick call?

In a loudermill. Call you when done.

Disregard. It's figured out.

Delivered

10-4

Text Message • SMS
Jul 13, 2021 at 3:16 PM

HEC is on generator power. Dispatch is having power issues again. Contractors are in route

Sep 2, 2021 at 10:12 AM

Matt, did you ever find out anything about the use of the 61 Riesner parking lot for Food Not Bombs?

Text Message • SMS



EXHIBIT
C(23)

COH 112774

2:30

2 People

Jan 14, 2023 at 3:39 PM

> I getting a report of a homeless individual attempted to cut a HPL employee with a knife at the Jones Library. I'll update you as additional info comes in. The suspect was arrested by HPD.

**Sylvester Turner**
Is the employee ok?

> Yes sir

**Sylvester Turner**
I want the homeless people away from the library.

> I'll talk to Arturo and Troy.



COH 112775

2:30 .ıl LTE 71



**2 People**

**ST:** from the library.

**Me:** I'll talk to Arturo and Troy.



**Me:** It has been confirmed the suspect was arrested. Here's a picture of the weapon/knife

Sylvester Turner

**ST:** I will follow up. They cannot congregate there.

**Me:** I agree

Text Message • SMS

COH 112776