**Incident ID:** 0000003387
**Date/Time:** 06/27/2022 05:10 pm
**Location:** Central Library
**Reported By:** Jason Stephens
**Incident Status:** Submitted

Printed by Saima Kadir on 01/13/2025 at 04:28 pm

## Infractions

- Indefinite Systemwide Suspension
    - Acts that are subject to prosecution under criminal or civil codes of law

## Description

After leaving the Central Library parking garage, Jason Stephens was in the right lane to turn from McKinney Street onto Smith Street when a man began throwing bricks at vehicles. The man threw two bricks at the vehicle preceding Jason Stephens and Jason Stephens shifted into another lane and kept driving. While looking in the rearview mirror, Jason Stephens noticed the man picking up another brick and throwing it at another vehicle. The man is assumed to be homeless and was congregating around the area where the daily feedings take place.

Jason Stephens called 911 and filed a report as he was driving and requested immediate police action. Jason Stephens then called Assistant Director John Middleton at 5:15pm to notify him of the issue and subsequently called HPL Security at 5:17pm to notify the guards on the Library Plaza to help redirect staff that might be walking to catch a bus to keep them from getting attacked or injured. HPL Security contacted Jason Stephens back at 5:24pm to let him know the perpetrator was apprehended and two of the drivers that sustained damage to their vehicles were on site talking to HPD.

Jason Stephens subsequently found out that one of the affected drivers was HPL staff member Chatrice Lange.

Entered by: Jason Stephens on 06/28/2022 09:38 am

## Perpetrators

**Perpetrator 1: Unknown_1496_06/28/2022**
*Library Card #:*                               *Aliases*
*Currently Suspended:* NO                        NONE
                                                *Alternate Library Cards*
                                                 NONE

**Description of Unknown_1496_06/28/2022**
*Height:* 5.5 to 6 feet
*Weight:*
*Age:*
*Race:* African American
*Gender:*
*Skin Color:*
*Hair Color:*

EXHIBIT
C(24)

COH 112963

*Hair Length:*
*Text Description:* He is either African-American or of mixed race, less than 6' tall, lean, wearing no shirt and dark pants.

**Images of Unknown_1496_06/28/2022**
There are no images associated with Unknown_1496_06/28/2022.

**Documents for Unknown_1496_06/28/2022**
There are no documents for Unknown_1496_06/28/2022.

**Followup Actions for Unknown_1496_06/28/2022**
No Followup Actions Imposed on Unknown_1496_06/28/2022 for this Incident

## Victims

There are no victims associated with this incident

## Witnesses

There are no witnesses associated with this incident

## Support

**Staff**
*Called Additional Staff?:* **Yes**
*Staff Names:* **John Middleton**

**Guard_Provider**
*Called Guard?:* **Yes**
*Guard Name:* **Did not get security personnel's name**

**Police**
*Called Police?:* **Yes**
*Officer Name:* **Did not stay to get officer's name**

## Comments

There are no comments associated with this incident

## Incident Attachments

## Notifications

Notification sent on **06/28/2022 09:39 am**
Submitted By: **Jason Stephens**
Notifcation Type: **Submit Report**
Recipients: Central Incidents (hplcenincrep@houstontx.gov)
            Central Library (cen.library@houstontx.gov)

**Followup Actions NOT Associated with a specific Perpetrator**

No Followup Actions NOT associated with a specific perpetrator for this Incident

COH 112965