|                      |                      |
|---------------------:|:---------------------|
| **Incident ID:**     | 0000003391           |
| **Date/Time:**       | 06/27/2022 05:20 pm  |
| **Location:**        | Central Library      |
| **Reported By:**     | Chatrice Lange       |
| **Incident Status:** | Submitted            |

Printed by Saima Kadir on 01/13/2025 at 04:27 pm

## Infractions

- Indefinite Systemwide Suspension
    - Damaging, destroying, or stealing library or personal property including tampering with security or safety devices

## Description

At 5:20pm Chatrice Lange leaving the parking garage Central Library going down McKinney to make a right on smith and coming to the red light an gentlemen pick up rocks and starts to hit the car. One rock hit the passenger side front window shattering it and glass went everywhere inside the car and another rock hit the same side and put an dent on passenger door. Ms. Lange continue to drive and turned right on smith and stopped. Immediately looking back to make sure she was safe she witness the same guy throwing another rock and hitting another white car. While on the phone with dispatcher he ask her if she can still see the guy and she told him yes by that time he was throwing rocks at a person that was sitting near bus stop and she started to thrown them back. By this time police arrived and Ms. Lange drove around to meet them where they was and the guy was still throwing rocks. Police arrested the guy immediately and started asking questions and ask if she wanted to press charges and she said yes along with the other victim. Police said they DA will be in touch to follow up on the case.

Entered by: Chatrice Lange on 06/28/2022 02:26 pm

## Perpetrators

**Perpetrator 1: Unknown_1496_06/28/2022**

| | | |
|---:|:---|:---|
| *Library Card #:* | | *Aliases* |
| *Currently Suspended:* | **NO** | **NONE** |
| | | *Alternate Library Cards* |
| | | **NONE** |

**Description of Unknown_1496_06/28/2022**

|                         |                                                                             |
|------------------------:|:----------------------------------------------------------------------------|
| *Height:*               | 5.5 to 6 feet                                                               |
| *Weight:*               | 200 to 220 lbs                                                              |
| *Age:*                  | 40 - 45                                                                     |
| *Race:*                 | African American                                                            |
| *Gender:*               | Male                                                                        |
| *Skin Color:*           |                                                                             |
| *Hair Color:*           | Black                                                                       |
| *Hair Length:*          | Medium                                                                      |
| *Text Description:*     | I remember the police saying he didn't speak English so maybe can be hispanic. |

**Images of Unknown_1496_06/28/2022**
There are no images associated with Unknown_1496_06/28/2022.

**Documents for Unknown_1496_06/28/2022**
There are no documents for Unknown_1496_06/28/2022.

**Followup Actions for Unknown_1496_06/28/2022**
No Followup Actions Imposed on Unknown_1496_06/28/2022 for this Incident

## Victims

### Victim 1
*Name:* Chatrice Lange
*Phone:*
*Email:*

## Witnesses

### Witness 1
*Name:* Jason Stephens

## Support

### Police
*Called Police?:* Yes
*Officer Name:* Dobbin
*Police Report #:* 0850906-22A

## Comments

There are no comments associated with this incident

## Incident Attachments



PITS File: PFI_1656444757.jpg
Filename: IMG-1124.jpg
Size: 3.64 MB

## Notifications

Notification sent on **06/28/2022 02:33 pm**
Submitted By: **Chatrice Lange**
Notifcation Type: **Submit Report**
Recipients: Central Incidents (hplcenincrep@houstontx.gov)
　　　　　　Central Library (cen.library@houstontx.gov)

## Followup Actions NOT Associated with a specific Perpetrator

No Followup Actions NOT associated with a specific perpetrator for this Incident