| | |
|---|---|
| **From:** | Crimmins, Brian - MYR |
| **Sent:** | Tuesday, February 28, 2023 11:08 AM CST |
| **To:** | Davis, Veronica - HPW; Middleton, John - HPL; Icken, Andy - MYR |
| **Cc:** | Bocanegra, Ruth - HPW; Capillo, Fabio - HPW; Nickerson, Brandon - HPW; Gonzales, Antonio - HPW; Marquez, Veronica - MYR; Stephens, Jason - HPL |
| **Subject:** | RE: Feeding Signage Request |

Glad we solved this Tuesday morning mystery!

Thank you HPW for helping with this effort. The quick (and wow, do I mean quick!) turnaround on this request was greatly appreciated.

**Brian J. Crimmins**
City of Houston Office of the Mayor
Direct: **832.393.1044**  |  Cell: **281.795.9396**  |  Email: **brian.crimmins@houstontx.gov**
Pronouns: he, him, his

Houston is in the Central Time Zone.

**From:** Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 11:04 AM
**To:** Middleton, John - HPL <John.Middleton@houstontx.gov>; Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Crimmins, Brian - MYR <Brian.Crimmins@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW <Fabio.Capillo@houstontx.gov>; Nickerson, Brandon - HPW <Brandon.Nickerson@houstontx.gov>; Gonzales, Antonio - HPW <Antonio.Gonzales@houstontx.gov>; Marquez, Veronica - MYR <Veronica.Marquez@houstontx.gov>; Stephens, Jason - HPL <Jason.Stephens@houstontx.gov>
**Subject:** RE: Feeding Signage Request

Apologies for the confusion. Our team works faster than our system. ☺ Glad it all worked out and we could assist.

Veronica

**Veronica O. Davis, PE**
Director, Transportation & Drainage Operations
832.395.2461 | Cell 281.387.1125



**From:** Middleton, John - HPL <John.Middleton@houstontx.gov>
**Sent:** Tuesday, February 28, 2023 10:57 AM
**To:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>; Crimmins, Brian - MYR <Brian.Crimmins@houstontx.gov>; Davis, Veronica - HPW <Veronica.Davis2@houstontx.gov>
**Cc:** Bocanegra, Ruth - HPW <Ruth.Bocanegra@houstontx.gov>; Capillo, Fabio - HPW



EXHIBIT C(26)

EXHIBIT 7

COH 110561