





# Houston Food Not Bombs volunteers ticketed for feeding hungry people in public

Houston Food Not Bombs under attack by Houston Mayor Turner and the Houston Police Department for a Charitable Feeding Ordinance issued 10 years ago that has never been enforced until now. The HPD is on record as now threatening to arrest volunteers if they do not move to the new location. The offered location is not safe for houseless people. Please follow latest updates on our Facebook Page.

