# HOUSTON POLICE DEPARTMENT

**170160-25**
**DRAFT**

Suppl No: ORIG

Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date: 02/07/2025
Offense Report Title: Harassment - By Other Means (T)
Officer Name: CHAU, P V

## Administrative Information

| Field | Value |
|---|---|
| Agency | HOUSTON POLICE DEPARTMENT |
| Incident # | 170160-25 |
| Suppl No | ORIG |
| Reported Date | 02/07/2025 |
| Reported Time | 11:33 |
| Status | Report Written or to Follow |
| Offense Report Title | Harassment - By Other Means (T) |
| CAD Call Type | 3000 |
| Address | 500 MCKINNEY ST |
| City | Houston |
| ZIP Code | 77002 |
| Dist/Beat | 1A10 |
| Station | SO |
| District | 01 |
| From Date | 02/05/2025 |
| From Time | 19:10 |
| Primary Unit | 1Y44D |
| Officer Name / Employee# | CHAU, P V / * |
| Division | Downtown - Days - Patrol |
| Report Entered By / Employee# | CHAU, P V / * |
| Division | Downtown - Days - Patrol |
| RMS Transfer | Pending |
| Weather | Clear |
| Estimated Loss Value | None or Not Applicable |
| Language Translator | No Translator Used |
| Gang Crime | No |
| Hate Crime | No |
| Family violence | No |
| Foster Care Facility | No |
| Mental Illness | No |
| Metal Theft | No |
| Offense County | Harris County |
| Approving Officer | * |
| Approval Date | 02/07/2025 |
| Approval Time | 14:03:36 |
| # Offenses | 1 |
| Offense | 08103 |
| Description | Harassment - By Othe |
| Complaint Type | Dispatched |

## Person Summary

| Invl | Invl No | Type | Name (Last, First MI) | MNI |
|---|---|---|---|---|
| CAB | 1 | S | HOUSTON PUBLIC LIBRARY | 1541630 |
| Race | Sex | DOB | | |
| | | | | |
| COM | 1 | I | KUEHN, SHAWN EDWARD | 5466079 |
| Race: W | Sex: M | DOB: 01/02/1988 | | |
| SUS | 1 | I | UNKNOWN | |
| Race: B | Sex: M | DOB: | | |
| SUS | 2 | I | UNKNOWN | |
| Race: U | Sex: M | DOB: | | |

EXHIBIT C(28)

Report Officer: */ CHAU, P V
Printed At: 02/07/2025 14:56
Page 1 of 7

# HOUSTON POLICE DEPARTMENT

**170160-25**
**DRAFT**

Suppl No: ORIG

## Complainant - Business / Government 1: HOUSTON PUBLIC LIBRARY

| Field | Value |
|---|---|
| Involvement | Complainant - Business / Government |
| Invl No | 1 |
| Type | Society(COH/State of Texas) |
| Name (Last,First MI) | HOUSTON PUBLIC LIBRARY |
| MNI | 1541630 |
| Use Of Force By Officer? | No |
| Reported Date | 02/07/2025 |
| Type | Work / Business |
| Address | 500 MCKINNEY ST |
| Dist/Beat | 1A10 |
| City | Houston |
| State | Texas |
| ZIP Code | 77002 |
| Date | 02/07/2025 |
| Type | Other |
| EMail | UNK |

### IBRS Info

| Victim Invl No | NIBRS |
|---|---|
| 1 | 13C |

Related Offenses: 13C

## Complainant 1: KUEHN, SHAWN EDWARD

| Field | Value |
|---|---|
| Involvement | Complainant |
| Invl No | 1 |
| Type | Individual |
| Name (Last,First MI) | KUEHN,SHAWN EDWARD |
| MNI | 5466079 |
| Race | White or White Hispanic |
| Sex | Male |
| DOB | * |
| Age | 37 |
| Hispanic | Not Hispanic/Latino (N) |
| Juvenile? | No |
| Height | 5'10" |
| Weight | 180# |
| Hair Color | Brown |
| Eye Color | Brown |
| Use Of Force By Officer? | No |
| Reported Date | 02/07/2025 |
| Vic/Ofnd Age | 00 |
| Residence | Resident |
| Means of Attack | None or Not Applicable |
| Extent of Injury | Uninjured or No Injury |
| Domestic Violence? | No |
| Sexual Assault? | No |
| Type | Home |
| Address | * |
| City | * |
| State | * |
| ZIP Code | * |
| Date | 02/07/2025 |
| Type | Mailing |
| Address | * |
| City | * |
| State | * |
| ZIP Code | * |
| Date | 02/07/2025 |
| Type | State Issued Drivers License / ID Card # |
| ID No | * |
| ST | TX |
| Phone Type | Cell - Mobile |
| Phone No | * |
| Date | 02/07/2025 |
| Type | Other |
| EMail | UNK |

### IBRS Info

| Victim Invl No | NIBRS |
|---|---|
| 1 | 13C |

Related Offenses: 13C

| Rel | Involvement | Invl No | Name (Last,First MI) | Race | Sex |
|---|---|---|---|---|---|
| ST | SUS | 1 | UNKNOWN | B | M |
| DOB | | | | | |
| ST | SUS | 2 | UNKNOWN | U | M |
| DOB | | | | | |

| Report Officer | Printed At | |
|---|---|---|
| */CHAU, P V | 02/07/2025 14:56 | Page 2 of 7 |

* Attorney Client

# HOUSTON POLICE DEPARTMENT

**170160-25**  Suppl No: **ORIG**
**DRAFT**

## Suspect 1: UNKNOWN

| Involvement | Invl No | Type | Name (Last, First MI) | | | |
|---|---|---|---|---|---|---|
| Suspect | 1 | Individual | UNKNOWN | | | |

| Race | Sex | Age | To Age |
|---|---|---|---|
| Black, Black Hispanic or African American | Male | 30 | 39 |

| Hispanic |
|---|
| Not Hispanic/Latino   (N) |

| Facial Features | Clothing Description | Clothing Desc 1 |
|---|---|---|
| FACIAL - HEAVY BEARD | Black | Shirt T-Shirt |

| Clothing Color 2 | Clothing Desc 2 | OFN_INVL | Use Of Force By Officer? | Reported Date | Vic/Ofnd Age | Vic/Ofnd Age | Residence | Sexual Assault? |
|---|---|---|---|---|---|---|---|---|
| Gray | Pants Short | 1 | No | 02/07/2025 | 30 | 39 | Unknown | No |

## Suspect 2: UNKNOWN

| Involvement | Invl No | Type | Name (Last, First MI) |
|---|---|---|---|
| Suspect | 2 | Individual | UNKNOWN |

| Race | Sex | Hispanic | OFN_INVL | Use Of Force By Officer? | Reported Date | Vic/Ofnd Age | Residence | Sexual Assault? |
|---|---|---|---|---|---|---|---|---|
| Unknown | Male | Unknown | 2 | No | 02/07/2025 | 00 | Unknown | No |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell - Mobile | * | 02/07/2025 |

| Type | EMail |
|---|---|
| Other | UNK |

## Modus Operandi

| Gang Act? | Premise Type |
|---|---|
| No | Libraries, Museums |

| NIBRS |
|---|
| BVNR |

| BWC Video(s) |
|---|
| Body Video Not Reviewed |

## Brief Summary

Complainant was harassed over the phone after his information was exposed over social media.

## Narrative

**BWC**
1Y44D 163352 P. Chau

**Introduction**
I, Officer P. Chau, riding unit 1Y44D on 2/7/2025 at 1133 hours, received a Harassment call from the dispatcher at 500 McKinney St within the limits of Harris County, Texas. Upon arriving at 1141 hours, I started my investigation.

**Complainant**
Houston Public Library

**Complainant**
Kuehn, Shawn Edward is the complainant who stated the following:

Complainant is a City of Houston's employee, currently working at City of Houston Public Library as a division manager for special event.

Complainant reported an incident occurred on 2/5/2025 around 1910 hours, when he asked a male suspect who was feeding foods to homeless people on City of Houston's property. The suspect was blocking the exit ramp which violates fire code from the city and was not allowed on city property after hours.

During the conversation, the suspect was holding his cellphone to record the complainant while asking for complainant's name. Days later, the complainant discovered his private information about his name, cellphone, work phone, and others were posted on social media.

On Reddit, it was posted under account named, Professional-Mall678
On Instagram, it was posted under account named, johnlocke713

Complainant then received two calls from number (215) 586-8741 harassing him. Complainant called the police

| Report Officer | Printed At | |
|---|---|---|
| /CHAU, P V | 02/07/2025 14:56 | Page 3 of 7 |

COH 122176

* Attorney Client

# HOUSTON POLICE DEPARTMENT

**170160-25**
**DRAFT**

Suppl No
ORIG

## Narrative
and wanted to press charges.

## Reportee
Same as complainant

## Witness
None

## Scene description
The incident occurred at 500 McKinney St within the limits of Harris County, Texas.

## Officer's actions
Upon arrival, I made contact with the complainant to collect the story. I provided an incident number to the complainant with explanation. I left the location to complete this original report and uploaded pictures into E-Files.

## Suspects
2 unknown suspect, no arrests

## Disposition
Report completed

## Property or evidence
None

## Found or recovered property
None

---

Report Officer: CHAU, P V
Printed At: 02/07/2025 14:56
Page 4 of 7

COH 122177

* Attorney Client

# HOUSTON POLICE DEPARTMENT

**170160-25**  
Suppl No **ORIG**  
**DRAFT**

## Images

| Date | Time | Employee # | Type |
|---|---|---|---|
| 02/07/2025 | 13:58 | * | |

**Description**  
C:\Users\pvchau\Downloads\20250207_180449007_iOS.jpg

*Photograph of a phone screen showing a Reddit post in r/houston by Professional-Mali678 (23 hr. ago): "Special Event Manager for Houston Public Library, Shawn Kuehn, throwing a fit because Food Not Bombs was sharing food with Houston's homeless community in a way the courts have already approved." Link: https://www.instagram.com/reel/DFvbeUTLvvY/?igsh=MW9neGduNnpxYnlqMw== Comment: "Pretty disgusting behavior in my opinion" — 71 upvotes, 104 comments. Promoted ad for SamsungMobileUS Galaxy S25 Ultra visible below.*

**HOUSTON POLICE DEPARTMENT**

**170160-25**  Suppl No **ORIG**

**DRAFT**

### Images

| Date | Time | Employee # | Type |
|---|---|---|---|
| 02/07/2025 | 13:59 | | |

**Description**
C:\Users\pvchau\Downloads\20250206_165025000_iOS.jpg

Report Officer: AU, P V

02/07/2025 14:56

Page 6 of 7

COH 122179

* Attorney Client

**HOUSTON POLICE DEPARTMENT**

170160-25
DRAFT

Suppl No
ORIG

Images

| Date | Time | Employee # | Type |
|---|---|---|---|
| 02/07/2025 | 13:59 | 163352 | |

Description
C:\Users\pvchau\Downloads\20250206_215633000_iOS.jpg



| Report Officer | Printed At | |
|---|---|---|
| CHAU, P V | 02/07/2025 14:56 | Page 7 of 7 |

COH 122180