# HOUSTON POLICE DEPARTMENT

**170160-25**
**DRAFT**

Suppl No **0001**



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131 Emergency Dial 9-1-1

Reported Date **02/07/2025**
Offense Report Title **Harassment - By Other Means (T)**
Officer Name **BUSHFIELD, A W**

EXHIBIT C(29)

## Administrative Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Agency | HOUSTON POLICE DEPARTMENT | Incident # | 170160-25 | Suppl No | 0001 |
| | | | | Reported Date | 02/07/2025 |
| | | | | Reported Time | 17:36 |
| Status | Report Written or to Follow | Offense Report Title | Harassment - By Other Means (T) | | |
| CAD Call Type | 3000 | | | | |
| Address | 500 MCKINNEY ST | | | City | Houston |
| ZIP Code | 77002 | Dist/Beat | 1A10 | Station | SO |
| District | 01 | From Date | 02/05/2025 | From Time | 19:10 |
| Primary Unit | 80Y10E | | | | |
| Officer Name / Employee# | BUSHFIELD, A W / ▓ | | | Division | Downtown - DRT |
| Report Entered By / Employee# | BUSHFIELD, A W / ▓ | | | Division | Downtown - DRT |
| RMS Transfer | Pending | Approving Officer | ▓ | Approval Date | 02/07/2025 |
| | | | | Approval Time | 20:52:53 |
| # Offenses | 1 | Offense | 10283 | Description | Unlaw Disc of Resid |

## Modus Operandi

| Gang Act? | NIBRS |
|---|---|
| No | BVNA |

**BWC Video(s)**
Body Video No All Other(Explain in Narr)

## Brief Summary

OFFICER BUSHFIELD CONTACTED THE COMPLAINANT TO OBTAIN FURTHER INFORMATION INVOLVING A VERBAL ALTERCATION BETWEEN AN ORGANIZER OF FOOD NOT BOMBS AND THE COMPLAINANT AND WHAT TRANSPIRED AFTER THIS INCIDENT IN THE FOLLOWING DAYS.

## Narrative

   I, Officer Bushfield, Adam assigned to 80Y10E Front Desk Downtown Patrol Station 1900 Rusk Houston, TX 77002, was advised to contact the Complainant (Kuehn, Shawn) to obtain more details involving an altercation with the organization Food Not Bombs on 02/05/2025 at around 1900 hrs. I conversed with the Complainant on my City Cellphone to obtain this information.

   Comp stated that there was a private event at the Houston Public Library at 550 Mckinney on the evening of 02/05/2025. The event coordinator advised the Comp that there was a group blocking the emergency wheelchair ramp. The Comp spoke with an organizer for the group Food Not Bombs, who were feeding the Homeless and later identified as Locke, John. Mr. Locke started to record the Comp and told the Comp that they were allowed to be there. To avoid any further confrontation, the Comp approached an HPD Officer who was present at the location, and advised the Officer of the situation regarding a fire code violation for blocking the emergency ramp during an event. The Officer was able to have the group to move their table away and not block the ramp.

   Comp stated that on 02/06/2025 at around 1400 hrs. there was a post of the incident on Reddit and at the same time Mr. Locke posted the video of the incident on Instagram asking for information on the Comp. The Complainant's name, address, all social media accounts, work and personal telephone number was posted on the Instagram post by different individuals who commented on the post. At 1500 hrs. Ms. Dore, Shere posted the Comp business card on the Instagram post. There were posts stating that the Comp should be dragged from Katy to Conroe and calling the Comp Gay. The Comp also started to receive numerous harassing telephone calls constantly on his personal and work phone numbers. A group called the Black Israelites left a voice message stating that they were going to Rape the Comp.

   With the numerous telephone calls and messages left on the Comp social media sites, the Comp is fearful for his life. Comp stated that he has been looking behind him in fear that someone will try to assault him while either

| Report Officer | Printed At | |
|---|---|---|
| ▓/BUSHFIELD, A W | 02/07/2025 21:18 | Page 1 of 2 |

\* Attorney Client

**HOUSTON POLICE DEPARTMENT**

**170160-25**  Suppl No 0001

**DRAFT**

### Narrative

at work or when he is at home.

   I, Officer Bushfield, received an email from the Comp which gave a timeline of the event from 02/05/2025 to present with pictures of the Reddit, Instagram post and a few of the comments left on the site. I was not able to upload the email onto Intellinetics. I was able to download the pictures from the email onto Dataworks. I advised the Comp to save the email, pictures and voice mail onto a thumb drive to be tagged as evidence. Once all the information was obtained I made this supplement report.

| Report Officer | Printed At | |
|---|---|---|
| /BUSHFIELD, A W | 02/07/2025 21:18 | Page 2 of 2 |

COH 122182