```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION

FOOD NOT BOMBS HOUSTON       §
ET AL.,                      §
                             §
Plaintiffs,                  §   Case No. 4:24-cv-338
                             §
v.                           §   (Consolidated Case: No.
                             §    4:23-cv-1206)
CITY OF HOUSTON, TEXAS,      §
                             §
Defendant.                   §
```

                       ORAL DEPOSITION OF

                         RENEE BECKHAM

                       FEBRUARY 13, 2025

   ORAL DEPOSITION OF RENEE BECKHAM, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on Thursday, February 13, 2025, from 9:10 a.m. to 2:49 p.m., before DONNA QUALLS, Notary Public in and for the State of Texas, Notary ID No. 12161359, reported by computerized stenotype machine, at the offices of Houston City Hall Annex, 900 Bagby Street, 4th Floor, Houston, Texas, pursuant to the Federal Rules of Civil Procedure, and any provisions stated on the record or attached hereto.

EXHIBIT D

```
 1   aware that, the last time someone may have inspected,
 2   they inspected the site where the product was being
 3   prepared.
 4        Q.   Okay.  So to your knowledge, the last time that
 5   investigation happened was in 2018?
 6        A.   Only -- the only two at the -- at 500 McKinney.
 7   And I don't know if y'all have that complaint
 8   investigated by Mr. Bradshaw.
 9        Q.   Yes.  Let's turn to that.
10        A.   Right.
11        Q.   All right.  I'm handing you what I marked at
12   Exhibit No. 45.
13             (Exhibit No. 45 was marked.)
14        Q.   (BY MR. HIROSHIGE)  And I apologize.  The text
15   on here is pretty small, but this is just like the way
16   it printed.
17             Do you see at the top here there's a -- it
18   says date received 04-01-2020?
19        A.   Yes.
20        Q.   And underneath that it says "EHS assigned:
21   Jerry Bradshaw"?
22        A.   Yes.
23        Q.   Okay.  So at the very start of this deposition,
24   you mentioned that you would review some complaints in
25   preparation for your testimony today?
```

1       A.   Uh-huh.
2       Q.   Is this one of the documents you reviewed?
3       A.   Yes.
4       Q.   And just now, this is the investigation by
5  Jerry Bradshaw you were referring to?
6       A.   Yes.
7       Q.   And who is Jerry Bradshaw?
8       A.   He's -- he's one of the chief sanitarians now.
9       Q.   Okay.  And at the time in April of 2020, what
10 was his role?
11      A.   He was probably just a supervisor.  Probably
12 just a sanitarian supervisor in 2020.
13      Q.   Okay.  And then at the top here it says
14 "Facility Name:  Central Library.  Address:
15 500 McKinney."
16           Do you see that?
17      A.   Right.  Yes.
18      Q.   And under service requested it reads "I'd like
19 to report unsanitary conditions at a food distribution
20 site at the Houston Public Library.  500 McKinney
21 Street, Houston, Texas 77002.  There's a group that sets
22 up and distributes food to the homeless every Monday,
23 Wednesday, and Friday at 7:30 p.m. at the main downtown
24 library.  Until last night, they were distributing food
25 in front of city hall but are now back at the library.

```
 1   They also distribute lunch every day at 4:00 p.m.  They
 2   are set up on the Lamar Street of the library near the
 3   intersection of Lamar Street and Brazos."
 4              Have I read that correctly so far?
 5      A.   I got it.
 6      Q.   Are you following along -- okay.
 7              And then it says "The issue is the site
 8   where the food is distributed is totally unsanitary.  It
 9   totally reeks of urine on the brick wall and pavement,
10   and there are human feces in the flower beds and along
11   the perimeter of the library property.  Basically, this
12   group is serving food in a toilet.  You can easily smell
13   the noxious odors.
14              "The group does not enforce quarantine
15   spacing requirements.  And there are about 200 people
16   out there every night confined to a small unsanitary
17   area.  Some of the people that" -- "food recipients are
18   obviously sick with coughing, spitting, and sneezing.
19   The people serving the food do not have gowns or proper
20   masks, but they do wear gloves.  The homeless may serve
21   to infect the people serving the food to spread the
22   infection onto others.
23              "I'm requesting that you inspect this food
24   distribution center site and have the area sanitized
25   with power washers and feces removal.  And until such
```

1  time that the unsanitary conditions are resolved, halt
2  the distribution of food in these unsanitary
3  conditions."
4              Did I read that right?
5       A.   Yes.
6       Q.   Okay.  So this -- so this complaint isn't about
7  the food that's being provided outside the library; is
8  that right?
9       A.   Right.
10      Q.   It's about the environment where the food is
11 being provided, right?
12      A.   Yes.
13      Q.   And when this complainant refers to infection,
14 do you understand that to be referring to COVID-19?
15      A.   Yes.
16      Q.   Okay.  And as we -- so now if you turn or look
17 with me to the investigation report records.
18              Do you see that section?
19      A.   Yes.
20      Q.   And it says the investigator is Jerry Bradshaw,
21 right?
22      A.   Uh-huh.
23      Q.   And it looks like he investigated this
24 complaint on April 3rd, 2020; is that right?
25      A.   Yes.

1      Q.  I'm going to read the investigation report
2  records.  It says "Surveyed downtown library site for
3  homelessness feeding event.  Observed sidewalk with
4  separating lines of chalk with the distance of 6- to
5  7-foot increments.  Observed men and women standing,
6  waiting for food service.
7              "I interviewed the person in charge of
8  organization, Food Not Bombs subgroup Coronavirus Relief
9  Meals, Shere Dore.  Ms. Dore stated a wait for food to
10 be delivered for the feeding.  I explained to Ms. Dore
11 the need for separation of the recipients of the food as
12 a order from the mayor.  Ms. Dore was in agreement and
13 will work it and ensure social distant rule.
14             "There was average around 95 people waiting
15 for food from Express in Spring, Texas.  The food
16 temperature was 103 degrees.  The food is packaged in
17 hinged carry-out Styrofoam containers covered in a
18 plastic T-shirt-style carry bag.
19             "Ms. Dore's group gave out numbers to the
20 men and women respective to the number of meals.  There
21 were only 65 meals given.  Ms. Dore group ensured social
22 distance was maintained as the recipient number was
23 called.  Ms. Dore group ensured waste was removed while
24 in our presence.
25             "I observed Ms. Dore group was not listed

```
 1   on the approved charitable feeding list.  I e-mailed her
 2   information on obtaining approval."
 3              Did I read that correctly?
 4        A.    Yes.
 5        Q.    And so Jerry Bradshaw spoke with Ms. Dore at a
 6   feeding outside the Central Library; is that right?
 7        A.    Yes.
 8        Q.    And he observed that there were sidewalks --
 9   chalk lines in the sidewalk for social distancing?
10        A.    Uh-huh.
11        Q.    Is that --
12        A.    Yes.
13        Q.    Okay.  And Mr. Bradshaw shared with Ms. Dore
14   that there needed to be social distancing because of the
15   pandemic; is that right?
16        A.    Yes.
17        Q.    And according to Mr. Bradshaw, Ms. Dore ensured
18   that everyone in line abided by social distancing rules
19   while they were receiving food; is that right?
20        A.    Yes.
21        Q.    And according to Mr. Bradshaw, Ms. Dore ensured
22   that the waste from the charitable feeding was removed
23   at the end; is that right?
24        A.    Yes.
25        Q.    And then at the bottom of this report, it lists
```

1    outcome.  And then do you see at the very bottom it says
2    date closed, 4-5-2020?
3         A.   Yes.
4         Q.   And the request disposition, it was resolved?
5         A.   Yes.
6         Q.   What does it mean for the outcome to be
7    resolved?
8         A.   It means that the conditions may or may not
9    have existed.  And based on the inspector's
10   investigation, it's been corrected.
11        Q.   Okay.  So it means Mr. Bradshaw did not have
12   any continuing concerns about the charitable feedings
13   outside the library after his investigation, right?
14        A.   Not that I'm aware of.
15        Q.   Okay.  Now, you talked about a 2018 moment
16   where the health department -- where you investigated a
17   group that was serving meals across the street from --
18        A.   The Beacon.
19        Q.   -- The Beacon.  And then we've also reviewed
20   this 2020 investigation by Jerry Bradshaw of a Food Not
21   Bombs feeding outside the Central Library, right?
22        A.   Right.
23        Q.   Now, aside from those two instances, are you
24   aware of any other instances where the health department
25   investigated a charitable feeding?

1      A.   One ongoing.  I think I mentioned Loaves &
2   Fishes earlier.
3      Q.   Okay.
4      A.   In their -- I guess in their patio, we got a
5   complaint.  The weekend inspector went out there, and
6   they were -- the organization -- I don't remember the
7   name of the organization.  They weren't feeding them in
8   accordance with food safety.  So there was issues with
9   the manner of which the food was being provided or
10  uncovered food.  So you're serving buffet style, and you
11  have food just totally exposed.
12     Q.   And when you -- so was it -- do you know if
13  Loaves & Fishes authorizes other groups to provide
14  charitable feedings on their patio?
15     A.   This was the first that I had heard --
16     Q.   Okay.
17     A.   -- that they even had charitable feeding on
18  their property because they have a kitchen.  But I think
19  on Sundays or Sunday mornings they don't feed.  So
20  that's probably why they do that.
21     Q.   And Loaves & Fishes itself provides meals to
22  homeless people during the week, right?
23     A.   Yes.
24     Q.   But it provides those meals on their own
25  property?

Renee Beckham                                                February 13, 2025
Page 180

```
 1                        ERRATA PAGE

 2   WITNESS NAME:  RENEE BECKHAM       DATE:  02/13/2025

 3   PAGE    LINE   CHANGE                      REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24

25              _____
```

| Renee Beckham | February 13, 2025 |
|---|---:|
| | Page 181 |

```
 1        I, RENEE BECKHAM, have read the foregoing
     transcript and hereby affix my signature that same is
 2   true and correct, except as noted above on the previous
     pages(s), and that I am signing this before a Notary
 3   Public.

 4
                              RENEE BECKHAM
 5

 6   THE STATE OF              )
     COUNTY OF                 )
 7

 8
           Before me,                        , on this day
 9   personally appeared, RENEE BECKHAM, known to me or
     proved to me under oath or through
10   (description of identity card or other document), to be
     the person whose name is subscribed to the foregoing
11   instrument and acknowledged to me that they executed the
     same for the purposes and consideration therein
12   expressed.

13        Given under my hand and seal of office on this, the
     _____ day of                      , 2025.
14

15

16                           Notary Public in and for
                             The State of Texas
17                           Commission Expires: _____

18

19

20

21

22

23

24

25
```

```
 1                    REPORTER'S CERTIFICATION
                         ORAL DEPOSITION OF
 2                         RENEE BECKHAM
                       TAKEN FEBRUARY 13, 2025
 3

 4

 5            I, DONNA QUALLS, Shorthand Reporter and Notary

 6     Public in and for the State of Texas, Notary ID

 7     No. 12161359, hereby certify to the following:

 8            That the witness, RENEE BECKHAM, was duly

 9     sworn by the officer and that the transcript of the oral

10     deposition is a true record of the testimony given by

11     the witness;

12            That the original deposition was delivered to

13     RANDALL HIROSHIGE;

14            That a copy of this certificate was served on

15     all parties and/or the witness shown herein on

16     _____.

17            I further certify that pursuant to FRCP No.

18     30(f)(i) that the signature of the deponent was

19     requested by the deponent or a party before the

20     completion of the deposition and that the signature is

21     to be returned within 30 days from date of receipt of

22     the transcript.  If returned, the attached Changes and

23     Signature Page contains any changes and the reasons

24     therefor.

25            I further certify that I am neither counsel
```

```
 1   for, related to, nor employed by any of the parties in
 2   the action in which this proceeding was taken, and
 3   further that I am not financially or otherwise
 4   interested in the outcome of the action.
 5             Certified to by me this 28th day of February,
 6    2025.
 7
 8                    [signature: Donna Qualls]
 9             _____
               DONNA QUALLS
10             Notary Public in and for
               The State of Texas, Notary ID 12161359
11             My Commission expires 11/06/2026

12             Magna Legal Services
               Firm Registration No. 633
13             16414 San Pedro, Suite 900
               San Antonio, Texas 78232
14             (210) 697-3400
15
16
17
18
19
20
21
22
23
24
25
```