## Houston, TX - Complaint Investigation

Complaint ID: 0840038
Priority: 4    Territory: 615
Taken By: Derek Martinez    Date Received: 04/01/2020 08:00 AM
EHS Assigned: Jerry Bradshaw

### Facility Information

| | |
|---|---|
| Account #: | 432775 |
| Facility Name: | CENTRAL LIBRARY |
| Address: | 500 MCKINNEY STE HOUSTON, TX 77002 |
| | HOUSTON, TX 77002 |
| Phone: | |

Service Requested: I'd like to report unsanitary conditions at a food distribution site at the Houston Public Library, 500 McKinney Street, Houston, Texas 77002. There is a group that sets up and distributes food to the homeless every Monday, Wednesday and Friday at 7:30 PM at the Main Downtown library. Until last night they were distributing food in front of City Hall but are now back at the Library. They also distribute lunch every day at 4:00 PM. They are set up on the Lamar Street of the Library near the intersection of Lamar Street and Brazos. The issue is that the site where the food is distributed is totally unsanitary. It totally reeks of urine on the brick walls and pavement and there are human feces in the flower beds and along the perimeter of the library property. Basically this group is serving food in a toilet. You can easily smell the noxious odors. The group does not enforce quarantine spacing requirements, and there are about 200 people out there every night confined to a small unsanitary area. Some of the people that food recipients are obviously sick with coughing, spitting, and sneezing. The people serving the foods do not have gowns or proper masks, but they do wear gloves. The homeless may serve to infect the people serving the food, who spread the infection on to others. I'm requesting that you inspect this food distribution site and have the area sanitized with power washers and feces removal, and until such time that the unsanitary conditions are resolved, halt the distribution of food in these unsanitary conditions.

Directions to Property:

Programs:
Request Code:

### Owner Information

| | |
|---|---|
| Owner: | HOUSTON PUBLIC LIBRARY |
| Address: | ATTN |
| | 500 MCKINNEY ST |
| | HOUSTON, TX 77002 |
| Phone: | |

### Caller Information

| | |
|---|---|
| Caller Name: | BOB FUQUA |
| Address: | |
| | TX |
| Home Phone: | |
| Work Phone: | |
| Cell Phone: | |
| Email Address: | [redacted] |

### Foodborne Illness Information

Related Illness?    No Related Illness

### Investigation Report Records

Investigator: Jerry Bradshaw
Investigation Date: 04/03/2020    Time Spent: 12:00 - 12:00
Findings: Surveyed downtown library site for homelessness feeding event. Observed sidewalk with separating lines of chalk with the distances of 6 to 7 ft. increments. Observed men and women standing waiting for food service. I interviewed the person in charge of the organization Food not Bombs subgroup Corona Virus Relief Meals Shere Dore. Ms. Dore stated a wait for food to be delivered for the feeding. I explain to Ms. Dore the need for separation of the recipients of the food as a order from the mayor. Ms. Dore was in agreement and will work it insure social distant rule. There was average around 95 people waiting for food from Express in Spring TX. The food temperature was 103°F. The food was packaged in hinge d carry out styro-foam containers covered in a plastic tee shirt styled carry bag. Ms. Dore group gave out numbers to the men and women respective to the number of meals. There was only 65 meals given. Ms. Dore group insured social distant was maintain as the recipient number was called. Ms. Dore group insured waste was removed while in our present. I observed Ms. Dore group was not listed on the approved charitable feeding list. I email her the information on obtaining approval.

### Outcome

NOV Issue Date:
Court Summons Filed:
Court Date:
Outcome of Court Action:

Date Closed: 04/05/2020
Request Disposition: Resolved

EXHIBIT 45

EXHIBIT D(1)

COH 112779

Complaint ID: 0914039
Priority: 4    Territory: 515
Taken By: Derek Martinez    Date Received: 04/01/2020 08:55 AM
EHS Assigned: Jerry Bradshaw

| Facility Information | | Owner Information | |
|---|---|---|---|
| Account #: | 432775 | Owner: | HOUSTON PUBLIC LIBRARY |
| Facility Name: | CENTRAL LIBRARY | Address: | ATTN: |
| Address: | 500 MCKINNEY STE HOUSTON, TX 77002 | | 500 MCKINNEY ST |
| | HOUSTON, TX 77002 | | HOUSTON, TX 77002 |
| Phone: | | Phone: | |

| | | Caller Information | |
|---|---|---|---|
| Service Requested: | Id like to report unsanitary conditions at a food distribution site at the Houston Public Library, 500 McKinney Street, Houston, Texas 77002. There is a group that sets up and distributes food to the homeless every Monday, Wednesday and Friday at 7:30 PM at the Main Downtown library. Until last night they were distributing food in front of City Hall but are now back at the Library. They also distribute lunch every day at 4:00 PM They are set up on the Lamar Street of the Library near the intersection of Lamar Street and Brazos. The issue is that the site where the food is distributed is totally unsanitary. It totally reeks of urine on the brick walls and pavement and there are human feces in the flower beds and along the perimeter of the library property Basically this group is serving food in a toilet. You can easily smell the noxious odors. The group does not enforce quarantine spacing requirements, and there are about 200 people our there every night confined to a small unsanitary area. Some of the people that food recipients are obviously sick with coughing, spitting, and sneezing. The people serving the foods do not have gowns,or proper masks, but they do wear gloves. The homeless may serve to infect the people serving the food, who spread the infection on to others Im requesting that you inspect this food distribution site and have the area sanitized with power washers and feces removal, and until such time that the unsanitary conditions are resolved, halt the distribution of food in these unsanitary conditions. | Caller Name: | BOB FUQUA |
| | | Address: | |
| | | | TX |
| | | Home Phone: | |
| | | Work Phone: | |
| | | Cell Phone: | |
| | | Email Address | [PII redacted] |
| Directions to Property: | | | |
| Programs: | | | |
| Request Code: | | | |

| Foodborne Illness Information | |
|---|---|
| Related Illness?: | No Related Illness |

| Investigation Report Records | |
|---|---|
| Investigator: | Jerry Bradshaw |
| Investigation Date: | 04/03/2020         Time Spent:   12:00 - 12:00 |
| Findings: | Surveyed downtown library site for homelessness feeding event. Observed sidewalk with separating lines of chalk with the distances of 6 to 7 ft. increments. Observed men and women standing waiting for food service. I interviewed the person in charge of the organization Food not Bombs subgroup Corona Virus Relief Meals Shere Dore. Ms. Dore stated a wait for food to be delivered for the feeding. I explain to Ms. Dore the need for separation of the recipients of the food as a order from the mayor. Ms. Dore was in agreement and will work it insure social distant rule. There was average around 95 people waiting for food from Express in Spring TX. The food temperature was 103°F. The food was packaged in hinge d carry out styro-foam containers covered in a plastic tee shirt styled carry bag. Ms. Dore group gave out numbers to the men and women respective to the number of meals. There was only 65 meals given. Ms. Dore group insured social distant was maintain as the recipient number was called. Ms. Dore group insured waste was removed while in our present. I observed Ms. Dore group was not listed on the approved charitable feeding list. I email her the information on obtaining approval. |

| Outcome | |
|---|---|
| NOV Issue Date: | |
| Court Summons Filed: | |
| Court Date: | |
| Outcome of Court Action: | |
| Date Closed: | 04/05/2020 |
| Request Disposition: | Resolved |