Saima Kadir								January 23, 2025

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3   FOOD NOT BOMBS HOUSTON,   §
     ET AL.,                   §
 4                             §
     PLAINTIFFS,               §  Case No. 4:24-cv-338
 5                             §
     v.                        §  (Consolidated Case No.
 6                             §   4:23-cv-1206)
     CITY OF HOUSTON, TEXAS.   §
 7                             §
     DEFENDANT.                §
 8

 9

10                     ORAL DEPOSITION OF

11                        SAIMA KADIR

12                     JANUARY 23, 2025

13

14

15       ORAL DEPOSITION OF SAIMA KADIR, produced as a

16   witness at the instance of the Plaintiffs and duly

17   sworn, was taken in the above styled and numbered cause

18   on Thursday, January 23, 2025, from 9:32 a.m. to

19   3:34 p.m., before DONNA QUALLS, Notary Public in and for

20   the State of Texas, Notary ID No. 12161359, reported by

21   computerized stenotype machine, at the offices of

22   Houston City Hall Annex, 900 Bagby Street, 4th Floor,

23   Houston, Texas, pursuant to the Federal Rules of Civil

24   Procedure, and any provisions stated on the record or

25   attached hereto.
```

EXHIBIT G

Saima Kadir  
January 23, 2025  
Pages 2 to 5

**Page 2**

```
                    A P P E A R A N C E S

FOR THE PLAINTIFF, FOOD NOT BOMBS:
     MOLLY PETCHENIK
     RANDALL HIROSHIGE
     TRAVIS WALKER FIFE
     TEXAS CIVIL RIGHTS PROJECT
     1405 Montopolis
     Austin, Texas  78741
     (512) 474-5073
     randy@texascivilrightsproject.org
     travis@texascivilrightsproject.org

FOR THE PLAINTIFF, PHILLIP PICONE:
     RANDALL L. KALLINEN
     KALLINEN LAW FIRM
     511 Broadway Street
     Houston, Texas  77012
     (713) 320-3785
     attorneykallinen@aol.com

FOR THE DEFENDANT, CITY OF HOUSTON:
     LUCILLE ANDERSON
     KENNETH S. SOH
     CITY OF HOUSTON LEGAL DEPARTMENT
     P.O. Box 368
     Houston, Texas  77001-0368
     (832) 393-6491
     mlucille.anderson@houstontx.gov
     kenneth.soh@houstontx.gov

Also Present:
     KAREN QUINTANILLA, COH
```

**Page 3**

```
                      INDEX
                                              PAGE

Appearances..................................    2

SAIMA KADIR
  Examination by Ms. Petchenik...............    4

Signature waived

Reporter's Certificate......................   134

                  EXHIBIT INDEX

NUMBER      DESCRIPTION                      PAGE
Exhibit 1   Map/photograph                     36
Exhibit 2   E-mails                            50
Exhibit 3   E-mails                            57
Exhibit 4   Chart - attachment to e-mail       60
Exhibit 5   Article V. Charitable Food         71
            Services
Exhibit 6   Photograph                         86
Exhibit 7   E-mails                            89
Exhibit 8   E-mails                           101
Exhibit 9   Photograph                        117
```

**Page 4**

1       THE REPORTER: We are on the record.
2 Today's date is January 23, 2025. The time is 9:32 a.m.
3 We are here in the United States District Court for the
4 Southern District of Texas, Houston Division, Case
5 No. 4:24-cv-338 in the deposition of Saima Kadir.
6       Can I have all counsel please state your
7 name and appearance for the record.
8       MS. PETCHENIK: Molly Petchenik.
9       MR. HIROSHIGE: Randy Hiroshige for the
10 plaintiffs.
11       MR. FIFE: Travis Fife for the plaintiffs.
12       MS. ANDERSON: And Lucille Anderson for
13 defendant City of Houston.
14       MR. SOH: Ken Soh for the same.
15       MR. KALLINEN: Randall Kallinen for Phillip
16 Picone.
17       SAIMA KADIR,
18 having been duly sworn, testified as follows:
19       EXAMINATION
20 BY MS. PETCHENIK:
21   Q. So to start off, I just want to thank you for
22 taking the time to be here today. My name is Molly
23 Petchenik, and I'll be taking your deposition today. My
24 colleague Randy Hiroshige is here with me today as well
25 as Travis Fife down there. We're all attorneys for the

**Page 5**

1 Texas Civil Rights Project, and we represent the
2 plaintiffs in the case today, Food Not Bombs versus City
3 of Houston.
4       Can you please state your name again for
5 the record?
6   A. My name is Saima Kadir.
7   Q. Before we go any further, I just want to go
8 over some ground rules to make sure that we're on the
9 same page about what to expect during our conversation
10 today.
11       Have you ever been deposed before?
12   A. No.
13   Q. Have you provided other sworn testimony in
14 court before?
15   A. No, I haven't.
16   Q. In this deposition, I'll be asking you
17 questions and your answers will be recorded by the
18 court reporter here. You understand that you need to
19 speak up and answer so the court reporter can hear you
20 when you give your answers?
21   A. Yes, I do.
22   Q. If you answer with a nod or a shake of your
23 head or a nonverbal sound, I'll instruct you to verbally
24 state your answer so it's clear for the court reporter.
25       Okay?



MAGNA LEGAL SERVICES

Saima Kadir  
January 23, 2025  
Pages 106 to 109

Page 106

1  to walk towards their bus stop or walk towards the
2  garage. There were situations -- instances where staff
3  were heckled by people who were lining up.
4       Again, these are instances that staff
5  shared with me or shared with other staff who then told
6  me that this is what was happening. And staff was
7  concerned about these things happening outside the
8  building.
9    Q. Do you remember about how many times you heard
10 about someone being heckled?
11    A. I would like to say multiple times, but I can't
12 give an exact number.
13    Q. Do you remember any other specific behavior?
14    A. I don't remember anything specific around
15 January 2023 time frame.
16    Q. And at that time you also mentioned in your
17 e-mail that people sometimes leave a rock on the
18 sidewalk to mark their space in the queue; is that
19 correct?
20    A. That's what I -- that's what the e-mail shows.
21    Q. Have you seen those rocks on the sidewalk?
22    A. I have seen some object. It could be a rock.
23 It could be a brick. It could be a stone as I leave the
24 building.
25    Q. Can you describe where that would be?

Page 107

1    A. Okay. Let me think. It would be on the
2  sidewalk. And as I mentioned previously, people start
3  queuing up sometime around or before 5:00 o'clock.
4  These are in some cases a very long lines. And
5  sometimes they use a marker such as a physical object
6  like a rock or a brick to mark their spot in the queue
7  and then go elsewhere.
8    Q. How do you know what the objects were used for?
9    A. I can deduce based on other people waiting in
10 what seems to be a line formation, a line of some kind.
11   Q. And so you personally saw those objects when
12 you were leaving the building?
13   A. Yes, I have seen that.
14   Q. And that's when you take the bus to work?
15   A. No. This is -- this is when I leave the
16 parking garage.
17   Q. Leave the parking garage?
18   A. Yes.
19   Q. So you see the objects from your car?
20   A. I can, yes.
21   Q. How often would you see that?
22   A. I think I mentioned it before that the lines
23 form at least two to three times a week. So whenever
24 there's a group of people or there's a line or there's a
25 gathering of people, I see that rock or something on the

Page 108

1  sidewalk as well.
2    Q. So you see the rocks or objects anytime you see
3  the line?
4    A. Yes. Uh-huh.
5    Q. Okay. And have you heard about the rocks or
6  objects from other staff members?
7    A. I have heard from other staff members that
8  there are rocks -- that people are using rocks or bricks
9  to mark their spot in the line.
10   Q. How many times have you heard that?
11   A. Multiple times. I can't give you an exact
12 number.
13   Q. More than five?
14   A. Definitely more than five.
15   Q. More than ten?
16   A. I don't know.
17   Q. And this was all around January 2023?
18   A. This is around that time.
19   Q. And have you continued to see people lining up
20 outside of McKinney?
21   A. Yes, I have seen people lining up.
22   Q. Until the present?
23   A. Until the present.
24   Q. Have you continued to hear from staff about the
25 line?

Page 109

1    A. Yes.
2    Q. Have you continued to see the rocks and objects
3  used?
4    A. Yes, I have.
5    Q. Have you continued to hear from staff about the
6  rocks and objects used to mark places?
7    A. Yes, I have.
8    Q. Has anything changed about the line or the
9  rocks?
10   A. Not that I can think of.
11   Q. Have you continued to hear from staff about
12 heckling?
13   A. I don't remember.
14   Q. Have you continued to hear from staff about any
15 behavior other than the large group of people on the
16 street?
17   A. I've heard from staff about their -- their
18 concern. One of the things that some staff members have
19 shared is they feel uncomfortable because there is a
20 large gathering. They then go a different direction to
21 get to the bus stop.
22   Q. Do you know what about the large gathering
23 makes them uncomfortable?
24   A. I don't know. That was not shared with me.
25   Q. And these were concerns that were reported to



MAGNA Legal Services

Page 110

1  you by your staff?
2      A. They were relayed to me by staff or by staff
3  supervisors.
4      Q. Have you felt uncomfortable going through that
5  area?
6      A. No. I've been working at the Central Library
7  for 20 years; so I don't feel uncomfortable. But that's
8  just my opinion. I can only speak for myself.
9      Q. And your staff hasn't given you details why
10  they're uncomfortable, right?
11      A. I don't have knowledge of much details about
12  why they feel this way.
13      Q. And so when they feel or sometimes staff goes
14  an alternate route to the bus stop?
15      A. That's what staff conveys to me.
16      Q. What is the ultimate route to the bus stop?
17      A. I am not sure.
18      Q. Were there more of these concerns when the
19  library was open late?
20      A. I have not compared; so I can't say yes or no
21  to that question.
22      Q. You don't -- you don't know?
23      A. I can't answer that question with a yes or a no
24  since I have not compared.
25      Q. Okay. When was the last time that you saw the

Page 111

1  rocks or objects in the line?
2      A. Sometime last week.
3      Q. And what was it that you saw?
4      A. Some type of object marking somebody's place in
5  the line.
6      Q. And when did the library change its closing
7  time from 8:00 to 6:00 on Tuesday and Thursday?
8      A. Unfortunately, I don't remember the exact date.
9  But it was sometime in early 2023.
10      Q. Do you know why they changed the closing time?
11      A. I don't know the exact reasons, but two
12  possibilities were having to deal with low staff -- low
13  staffing levels and security concerns for staff at that
14  time in the evening.
15      Q. Do you know what the security concerns were?
16      A. I am not sure of the exact security concerns,
17  but it was because of gatherings and heckling and staff
18  feeling uncomfortable walking through and having to walk
19  around to get to their bus stop.
20      Q. And just to confirm, the only days that the
21  library was open late was Tuesdays and Thursdays?
22      A. At that time, yes.
23      Q. And you were not sure how many groups were
24  conducting charitable feedings at that time?
25      A. That is correct. I don't know. I didn't know

Page 112

1  at that time either.
2      Q. Did you ever talk to any of the volunteers with
3  the charitable feedings at that time?
4      A. I did not.
5      Q. And you said that you would leave the library
6  before closing time on those days, right?
7      A. My schedule is usually between 8:00 and 5:00.
8      Q. Even when the library was open later?
9      A. Even when the library was open later, yes.
10  Yes, most of the time my schedule would be between 8:00
11  and 5:00.
12      Q. So do you know if there was charitable feedings
13  happening on the days when the library was open late?
14      A. I don't know myself, but I've heard from
15  various staff members that there were feedings taking
16  place.
17      Q. What did your staff tell you about the
18  feedings?
19      A. What staff shared was that there are feedings
20  taking place. There are large gatherings. And the
21  aftermath of the feedings, which happens after the
22  library is closed, is the trash that's not in the proper
23  trash receptacles. There's waste matter -- food, trash,
24  food containers.
25      Q. Did you personally see any of these things?

Page 113

1      A. Over the years, I have personally seen all of
2  these things in some combination on the library
3  sidewalks.
4      Q. Looking back at your e-mail, can you read the
5  second sentence of the first paragraph?
6      A. Are you referring to the e-mail from
7  January 9th, 2023?
8      Q. I am.
9      A. Okay. Second -- second sentence of the first
10  paragraph.
11      Q. Yes. Picking up where you were before.
12      A. "Park staff continued to clean up the aftermath
13  in the mornings, cleaning up food waste, paper" --
14  "paper, boxes, et cetera."
15      Q. Is this what you were just referring to?
16      A. In some combination, yes.
17      Q. At the time you wrote this e-mail, had you
18  personally seen the food waste, paper boxes, et cetera?
19      A. Yes, I had in the mornings.
20      Q. How many times had you seen it?
21      A. I don't remember that.
22      Q. Frequently?
23      A. I'm not sure what "frequently" means.
24      Q. Multiple times?
25      A. I can't say. You know, I don't know.



**Page 114**

1  Q. Did you see the trash in the morning when you
2  were driving in to work?
3  A. Sometimes I would see them on the sidewalk, and
4  then other times I would walk around the perimeter of
5  the plaza and notice this trash on the sidewalks.
6  Q. Always in the mornings?
7  A. It was always -- well, I don't want to say
8  always. I'm sorry. Usually in the mornings.
9  Q. Why would you walk around the perimeter of the
10 plaza?
11 A. I would walk around the perimeter of the plaza
12 because staff would have conveyed their concern about
13 this trash. In my role as chief of Central, I was no
14 longer a bus rider. I was driving in; therefore, I
15 didn't experience what was left on the sidewalks
16 firsthand.
17 Q. So that was what you saw around January 2023,
18 right?
19 A. That is correct.
20 Q. Do you still see the same level of trash in the
21 mornings?
22 A. So I still drive in, and I don't see it. Every
23 once in a while staff will relay to me that there's
24 still trash on the sidewalks. There's still smell of
25 urine.

**Page 115**

1  Q. So you don't see it from your car anymore?
2  A. I didn't see it from my car. It was only when
3  I was a bus rider that I would have to walk to the
4  building. I would see it on the sidewalk. And then
5  when I would walk around to the perimeter myself, that's
6  when I would see it, yeah.
7  Q. Do you still walk around the perimeter?
8  A. Sometimes I do walk around the perimeter.
9  Q. Do you still see trash when you walk around the
10 perimeter?
11 A. Sometimes I do see trash.
12 Q. Is it the same level of trash?
13 A. It varies.
14 Q. When was the last time you walked around and
15 observed trash around the plaza?
16 A. I'm not sure if it was last week or the week
17 before but fairly recently.
18 Q. How do you know that trash is from feedings?
19 A. There is food waste, half-eaten food, Styrofoam
20 containers that have leftover food. Sometimes -- I'm
21 sorry to say this -- there is vomit on the sidewalk also
22 that's pretty indicative that food was consumed on the
23 premises.
24 Q. Do you know the -- how do you know that this
25 comes from the Food Not Bombs feedings?

**Page 116**

1  A. I have not said that it comes from any specific
2  group or organization.
3  Q. Okay. How do you know that they come from --
4  that the waste comes from any feedings, any charitable
5  feeding, near the library?
6  A. I can deduce that it comes from some type of
7  feeding because there are multiple boxes. The amount of
8  waste -- the garage can is full, and it's overflowing.
9  It seems obvious to me at least that some type of public
10 feeding, some type of feeding, took place the evening
11 before.
12 Q. Okay. What days -- do you know what days of
13 the week you see this?
14 A. No, I don't remember.
15 Q. Okay. Do you have any memory of which days you
16 go out and walk around the plaza?
17 A. No, I don't have a set routine or schedule.
18 Q. Okay. Have you heard from staff about these
19 concerns?
20 A. Yes, I have heard from staff.
21 Q. Have the things you've heard from staff changed
22 at all?
23 A. No, they haven't changed. What I heard from
24 staff is mostly about trash on the sidewalks.
25 Q. What did they say about the trash on the

**Page 117**

1  sidewalks?
2  A. It's basically what's written in this e-mail --
3  food waste, paper, boxes.
4  Q. Okay. And you said sometimes you see piles of
5  trash around the garbage can?
6  A. Yes, there are piles of trash around the garage
7  can that's already full.
8  Q. Have you ever heard any discussion of putting
9  additional receptacles outside?
10 A. I don't remember.
11 Q. We are going to show you one more exhibit.
12    Have you seen this photo before?
13 A. I don't recall seeing this photo before.
14 Q. Does this photo reflect what you see when you
15 described trash stacked up next to the garbage?
16 A. Yes, it does.
17 Q. Sorry. We are marking this as Exhibit 9.
18    (Exhibit No. 9 was marked.)
19 Q. (BY MS. PETCHENIK) So this is how trash is
20 stacked up next to the trash can?
21 A. Not all the time. This is a very neat pile.
22 From my experience, it's scattered all over the
23 sidewalk.
24 Q. When was the last time you saw it scattered all
25 over the sidewalk?



Saima Kadir  
January 23, 2025  
Pages 118 to 121

Page 118

1    A. I don't remember.  
2    Q. In the past month?  
3    A. I'm sorry. I don't remember.  
4    Q. Do you remember it scattered on the sidewalk in  
5 the past year?  
6    A. I can say most likely in the past year.  
7    Q. Do you know who stacked up the trash like this?  
8    A. I don't know.  
9    Q. But you have seen it stacked like this  
10 sometimes?  
11    A. There have been times when I have seen the  
12 trash stacked like this.  
13    Q. Have you spoken with any Food Not Bombs  
14 volunteer about the trash issue?  
15    A. I have not.  
16    Q. Have -- to your knowledge, has anyone on your  
17 staff spoken with Food Not Bombs volunteers about the  
18 trash issue?  
19    A. I don't know.  
20    Q. So you haven't seen trash scattered on the  
21 sidewalk many times in the past year?  
22    A. I can't give you an exact number.  
23    Q. Was that something you saw more closer to the  
24 time you wrote that e-mail in 2023?  
25    A. I don't -- I don't remember.

Page 119

1    Q. If you look in the distance in that photo,  
2 there are some bricks and rocks?  
3    A. Yes, I do see that.  
4    Q. Is that what you were describing when you say  
5 people use objects to hold their place in line?  
6    A. Yes, I was.  
7    Q. And that's how they stack the objects like we  
8 see in that photo to save their place?  
9    A. That seems to be correct.  
10    Q. And you've observed this arrangement before?  
11    A. Yes, I have.  
12    Q. So you heard from your staff complaints about  
13 the trash and the objects left behind and their  
14 discomfort walking through the crowd.  
15      Did you receive other complaints from  
16 staff?  
17    A. I might have received other accounts of their  
18 discomfort. I would like to point out, Exhibit 9, where  
19 we see these rocks, do you see those gaps in the  
20 sidewalk? I am not sure if these bricks or sometimes  
21 referred to as pavers are pried from the sidewalk, but  
22 this leaves a gap, and that causes some mobility  
23 concerns. And staff has brought that to my attention  
24 also.  
25      That's another reason, because it makes --

Page 120

1 makes the sidewalk wobbly and uncomfortable. Some staff  
2 members may have some mobility challenges similar to  
3 some of the library customers who may have mobility  
4 challenges. And that's really a safety hazard.  
5    Q. Have you seen anyone prying the bricks out from  
6 the sidewalk?  
7    A. I have not seen, but I've heard from staff.  
8 And there might have even been incident reports about  
9 this.  
10    Q. So you heard from staff who have seen it  
11 happen?  
12    A. I might have. I'm not sure 100 percent.  
13    Q. Okay. So you don't remember if you've heard  
14 from staff who witnessed someone prying a brick out?  
15    A. I don't want to say yes or no. There might  
16 have been incident reports about this, but I don't  
17 remember exactly.  
18    Q. None that you can specifically tell me about?  
19    A. That is correct.  
20    Q. Okay. And have you heard from staff who have  
21 personally felt uncomfortable walking on the sidewalk?  
22    A. I have.  
23    Q. Because of mobility issues?  
24    A. I have heard from staff who feel uncomfortable  
25 walking because of these gaps in the sidewalk.

Page 121

1    Q. Okay. This gap on the edge of the sidewalk,  
2 right, is what we're looking at?  
3    A. That is correct.  
4    Q. Okay. Have you seen the gap yourself?  
5    A. I have seen the gap. I have seen it on  
6 McKinney's side. I have seen it on Smith side and also  
7 on Lamar's side.  
8    Q. And do you have any way of knowing if the  
9 people who -- if whoever took the bricks out in this way  
10 was associated with Food Not Bombs?  
11    A. There is no way for me to establish that  
12 conclusion.  
13    Q. Do you have any way of knowing if they were  
14 associated with a charitable feeding?  
15    A. There is really no way for me to establish that  
16 conclusion either.  
17    Q. Other people use the plaza, right?  
18    A. So when you refer to "the plaza," it's that  
19 open space between the two library buildings. And lots  
20 of people use the plaza when it's open, when the library  
21 is open.  
22    Q. And other people walk around in front of the  
23 Ideson Building in that area as well?  
24    A. Yes.  
25    Q. I think there is a bus tour that picks up in



MAGNA LEGAL SERVICES

Saima Kadir                                                      January 23, 2025
                                                                        Page 134

```
                                    Page 134
 1   COUNTY OF HARRIS )
 2   STATE  OF  TEXAS )
 3
 4              REPORTER'S CERTIFICATION
 5
 6        I, Donna Qualls, Notary Public in and for the State
 7   of Texas, Notary ID No. 12161359, hereby certify that
 8   this transcript is a true record of the testimony given
 9   and that the witness was duly sworn by the notary.
10        I further certify that I am neither attorney nor
11   counsel for, related to, nor employed by any of the
12   parties to the action in which this testimony was taken.
13        Further, I am not a relative or employee of any
14   attorney of record in this cause, nor do I have a
15   financial interest in the action.
16        Subscribed and sworn to on this the 5th day of
17   February, 2025.
18
19
     _____
20        DONNA QUALLS
          Notary Public in and for
21        The State of Texas, Notary ID 12161359
          My Commission expires 11/06/2026
22
          Magna Legal Services
23        Firm Registration No. 633
          16414 San Pedro, Suite 900
24        San Antonio, Texas 78232
          (210) 697-3400
25
```

