IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FOOD NOT BOMBS HOUSTON,** § | | |
| **BRANDON WALSH** § | | |
|     Plaintiffs § | | |
| § | | |
| v. § | C.A. No. 4:24-CV-00338 | |
| § | | |
| **THE CITY OF HOUSTON, TEXAS,** § | | |
|     Defendant § | | |

Consolidated with

| | | |
|---|---|---|
| **PHILLIP PICONE,** § | | |
|     Plaintiff § | | |
| § | | |
| v. § | | |
| § | C.A. NO. 4:23-CV-1206 | |
| **OFFICER A. ANCIRA,** *in his* § | | |
| *Individual capacity*, **and THE CITY OF** § | | |
| **HOUSTON, TEXAS,** § | | |
|     Defendants § | Judge Andrew Hanen | |

### ORDER GRANTING DEFENDANT CITY OF HOUSTON, TEXAS' RULE 56 MOTION FOR SUMMARY JUDGMENT

After considering Defendant City of Houston, Texas ("Houston")'s Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Plaintiffs' responses, if any, the Court finds Houston's motion is well-taken. It is therefore

ORDERED that Defendant Houston's Motion for Summary Judgment is GRANTED and all of Plaintiffs' claims and causes of action against Houston are

fully and finally dismissed with prejudice to the refiling of the same, with the each of the parties to bear their own costs.

Dated: _____

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE