United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| FOOD NOT BOMBS HOUSTON, *et al.*, | § | CAN: 4:24-cv-338 (Consolidated Case: No. 4:23-cv-1206 |
|---|---|---|
| *Plaintiff,* | § | (Jury Trial Demanded) |
|  | § |  |
| v. | § |  |
|  | § |  |
| THE CITY OF HOUSTON, TEXAS, | § § § |  |
| *Defendant.* | § |  |

## ORDER

On this day came to be considered *UNOPPOSED* PLAINTIFF PICONE'S MOTION TO EXTEND TIME TWO BUSINESS DAYS TO FILE MOTION FOR SUMMARY JUDGMENT and the motion is GRANTED.

It is ORDERED that April 1, 2025, is Picone's dispositive motion deadline; April 22, 2025, is the City's Response to Picone Dispositive Motion deadline; and April 30, 2025, is the Reply in support of Picone Dispositive Motion deadline.

All other deadlines remain the same as in the court's order dated January 31, 2025, (Dkt. 39).

DATE:

_____April 1_____, 2025

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE
U.S. Southern District of Texas, Houston