# EXHIBIT D(5)

**From:** Sparks, Christopher - HHD
**Sent:** Thursday, February 9, 2023 3:19 PM CST
**To:** Opheim, David - HHD
**Cc:** Beckham, Renee - HHD
**Subject:** RE: Addition to CHS Charitable Feeding Webpage

Thank you very much!

**Christopher Sparks, MPH, MPA, RS**
*Bureau Chief*
Houston Health Department
Bureau of Consumer Health Services
832-393-5131(office) | 713-818-5657(cell)
8000 N. Stadium Drive | Houston, TX 77054
houstonhealth.org | HoustonConsumer.org | Facebook | Twitter

 

 

CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.

**From:** Opheim, David - HHD <David.Opheim@houstontx.gov>
**Sent:** Thursday, February 9, 2023 3:13 PM
**To:** Sparks, Christopher - HHD <Christopher.Sparks@houstontx.gov>
**Cc:** Beckham, Renee - HHD <Renee.Beckham@houstontx.gov>
**Subject:** RE: Addition to CHS Charitable Feeding Webpage

Hi, Chris.

I made these updates.

Thank you.

**David Opheim**
*Webmaster*
Houston Health Department
832-393-3725
houstonhealth.org | facebook | twitter | instagram | youtube | linkedin

CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are

Exhibit 42

COH 110287

*not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.*

**From:** Sparks, Christopher - HHD <Christopher.Sparks@houstontx.gov>
**Sent:** Thursday, February 9, 2023 11:13 AM
**To:** Opheim, David - HHD <David.Opheim@houstontx.gov>
**Cc:** Beckham, Renee - HHD <Renee.Beckham@houstontx.gov>
**Subject:** RE: Addition to CHS Charitable Feeding Webpage

Good morning David,

I would like to request some additional changes to the website you made on Tuesday. Please add the following additional language just below the List of City of Houston Properties Approved for Charitable Food Service Events:

**Each approved charitable food service location on City of Houston property must have the following:**

1. Adequate parking for the personnel conducting the food service event. The minimum number of parking spaces shall be ten (10) dedicated spaces during charitable food service events.
2. Adequate trash containment to contain all trash, refuse, and litter on the site of the food service event.
3. Two (2) portable restrooms with handwashing stations available during food service events and available 24 hours per day, seven (7) days per week.

**Each approved charitable food service provider on City of Houston property must have the following:**

1. Adequate personnel to conduct the food service event and restore the site at the conclusion of the food service event.
2. Adequate trash receptacles, trash containment and removal measures to contain all trash, refuse, and litter on the site of the food service event and to properly dispose of all trash, refuse, litter and remove unused foods from the site at the conclusion of the food service event.
3. Adherence to guidelines for food preparation, transport, serving, handling, storage and packaging in accordance with the FDA model food code/Houston Food Ordinance.

If possible, may I request this be handled as expeditiously as possible as it is a request from the Mayor's Office. Thank you.

Please let me know if you have any questions.

**Christopher Sparks, MPH, MPA, RS**
*Bureau Chief*
Houston Health Department
Bureau of Consumer Health Services
832-393-5131(office) | 713-818-5657(cell)
8000 N. Stadium Drive | Houston, TX 77054
houstonhealth.org | HoustonConsumer.org | Facebook | Twitter

COH 110288

 



CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.

**From:** Beckham, Renee - HHD <Renee.Beckham@houstontx.gov>
**Sent:** Tuesday, February 7, 2023 8:45 AM
**To:** Opheim, David - HHD <David.Opheim@houstontx.gov>
**Cc:** Sparks, Christopher - HHD <Christopher.Sparks@houstontx.gov>
**Subject:** Re: Addition to CHS Charitable Feeding Webpage

Good morning David.

Thank you very much.


Thank you,

**Renee L. Beckham, RS**

*Chief Sanitarian*

Houston Health Department

Bureau of Consumer Health Services

832-393-5133 (office) | 713-502-0378 (cell)

8000 N. Stadium Drive | Houston, TX 77054

HoustonConsumer.org | Facebook | Twitter





*CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.*

**From:** Opheim, David - HHD <David.Opheim@houstontx.gov>
**Sent:** Tuesday, February 7, 2023 8:31 AM
**To:** Beckham, Renee - HHD <Renee.Beckham@houstontx.gov>
**Cc:** Sparks, Christopher - HHD <Christopher.Sparks@houstontx.gov>
**Subject:** RE: Addition to CHS Charitable Feeding Webpage

Good morning, Renee.

I added this to the charitable feeding page. Please let me know if we need to change it.

### The Program Consists of Four Basic Steps

1. Registration of the formal or informal food service organization. Registration includes contact information, proposed schedule, location and proposed food to be served.
2. Free food handling training for one or more members of the food service group provided by the Houston Health Department. The training also includes information from the Coalition for the Homeless of Houston/Harris County about working with the homeless and referral information for additional services needed by the homeless.
3. The only mandatory step is a requirement to obtain owner consent before using either public or private property for food service of more than five people. This is required for both registered and non-registered food service operations.
4. Coordination of location and times of food service to maximize the distribution of food throughout the week.

List of City of Houston Properties Approved for Charitable Food Service Events

61 Riesner St., Houston, TX 77002

Thank you.

**David Opheim**
*Webmaster*
Houston Health Department
832-393-3725
houstonhealth.org | facebook | twitter | instagram | youtube | linkedin

*CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.*

**From:** Beckham, Renee - HHD <Renee.Beckham@houstontx.gov>
**Sent:** Tuesday, February 7, 2023 7:47 AM

**To:** Opheim, David - HHD <David.Opheim@houstontx.gov>
**Cc:** Sparks, Christopher - HHD <Christopher.Sparks@houstontx.gov>
**Subject:** Addition to CHS Charitable Feeding Webpage

Good morning David.

Please add the sentence below to the Charitable Feeding Webpage under the section: The Program Consists of Four Basic Steps.


List of City of Houston Properties Approved for Charitable Food Service Events: 61 Riesner St., Houston TX 77002


The Mayor's Office needs this information placed on the page today as soon as possible.


Thank you,

**Renee L. Beckham, RS**

*Chief Sanitarian*

Houston Health Department

Bureau of Consumer Health Services

832-393-5133 (office) | 713-502-0378 (cell)

8000 N. Stadium Drive | Houston, TX 77054

HoustonConsumer.org | Facebook | Twitter





*CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.*

COH 110292