# EXHIBIT D(6)

| | |
|---|---|
| **From:** | Key, Patrick - HHS |
| **Sent:** | Wednesday, January 2, 2013 4:14 PM CST |
| **To:** | Garces, Graciana - CNL |
| **CC:** | Sandberg, Ron - HHS; Barton, Kathy - HHS; Gray, Carolyn - HHS |
| **Subject:** | Chartitable Feeding |

Dear Graci,

As you know, the Charitable Feeding Ordinance went into effect on July 1, 2012.  I am writing to provide a brief update on the activities related to the ordinance for the past six months.  Please let me know if you have any questions or need further information. Thanks.

Patrick Key
Bureau Chief
Consumer Health Services
City of Houston Department of Health and Human Services
8000 N. Stadium Dr.
Houston, TX 77054
832-393-5130

**Voluntary Charitable Feeding**

In the spring of 2012, the Houston City Council approved an ordinance establishing a voluntary program to coordinate outdoor feeding operations for the homeless.  The intent of the ordinance is three pronged:
- Improve the quality, quantity and distribution of food provided outdoors;
- Expand the opportunities for the homeless to connect with service providers; and
- Reduce the disproportionate environmental impact of feeding operations on public and private property.

**The program consists of four basic parts:**
- Registration of the formal or informal feeding organization.  Registration includes contact information, proposed schedule, location and proposed food to be served.
- Food safety training for one or more members of the feeding group provided by the Houston Department of Health and Human Services.  The training also includes information from the Coalition for the Homeless about working with the homeless and referral information for additional services needed by the homeless.
- Property owner consent is required for public or private property operations.
- Coordination of location and times of feeders to maximize the distribution of food throughout the week.

The ordinance was the result of months of discussion among various city departments, homeless individuals, homeless service agencies, law enforcement, homeless feeding organizations and private property owners and managers.

As of January 2, 2013 program managers at the Houston Department of Health and Human Services report:

- There are 25 registered organizations/individuals currently operating charitable feeding activities.
- There are seven organizations/individuals awaiting property owner consent.
- There have been 12 organizations that submitted applications but their activities did not require registration such as feeding less than 5 individuals under bridges, from their vehicles, or on their own property.
- There have been 37 organizations/individuals requesting information but have not submitted participation forms.
- Charitable Food Safety Class has trained 165 individuals since June 7, 2012.

**Online Participation Form Submission**

Fifteen participation forms have been submitted through our on-line charitable feeding website.

**Charitable Food Handler Training**

Food handler training classes are scheduled for the third Saturday of each month at The Beacon, 1212 Prairie. (see website for reservations and confirmation)

**Voluntary Charitable Feeding (continued)**
**City-owned property**

- True Vine Missions, Inc. George T. Nelson Park, 3820 Yellowstone
- Sugar Land United Methodist, 205 Chartres, (vacant city owned lot)
- PBJ Ministry, 205 Chartres
- Church Without Walls, Tranquility Park , 400 Rusk
- Faithful Givers Foundation, 205 Chartres
- Sherita Harmon, Peggy's Point Plaza Park, 4240 Main
- Word of Life Ministries/Sarah's Haven, Inc., 205 Chartres
- Mount Vernon Baptist Church, 205 Chartres
- Langdon and Jessica Cassidy, 205 Chartres
- God's Hands, 205 Chartres
- Tom Waggoner, Allen's Landing, 1001 Commerce
- Melissa Davila, Peggy's Point Plaza Park
- Double Portion Baptist Church, 205 Chartres
- New Community Baptist Church, 1404 Witte, Rd.
- Sons of Hiram Lodge #29, Peggy's Point Plaza Park, 4240 Main
- Dedric K. Meyers & Associates, LLC, Peggy's Point Plaza Park, 4240 Main
- Lakewood United Methodist Church, 205 Chartres
- Coalition for the Homeless, Hermann Square/City Hall
- Voice of Evangelism International, 1001 Commerce
- Aunties Place International, 205 Chartres
- Rodolfo Rodriguez, 205 Chartres
- Food Not Bombs, 521 Lamar

**County-owned property**

- 1000 Hills Ministry (Church in the Park), James Bute Park, <u>512 McKee</u> (Harris County owned property)

**Privately-owned property**

Victory Hunger Mission Program, at Cleme Manor Apartments at <u>5300 Coke St.</u>,<u>1714 Collingsworth</u> and Missionary Village Apartments at <u>4002 Corder Street</u>.
 In Memory of Juanita and Francisco Umana, 9805 S. Main


Forms, procedures, the ordinance, training schedules and updated registrants can be found at:
<u>http://www.houstontx.gov/health/Charitable/index.html</u>