# EXHIBIT D(7)

| | |
|---|---|
| **From:** | Key, Patrick - HHS |
| **Sent:** | Friday, January 23, 2015 1:15 PM CST |
| **To:** | Koski, James - MYR |
| **CC:** | Williams, Stephen - HHS; Barton, Kathy - HHS; Gray, Carolyn - HHS |
| **Subject:** | Charitable Feeding |
| **Attachments:** | Charitable Feeding discussion points.docx |

James,

Please see attached discussion points on charitable feeding.  Let me know if  more information is needed.  Thanks.

Patrick