# EXHIBIT D(8)

| | |
|---|---|
| **From:** | anton sinkewich |
| **Sent:** | Thursday, January 22, 2015 4:29 PM CST |
| **To:** | Diane Schenke |
| **CC:** | Icken, Andy - MYR |
| **Subject:** | Re: |

The impact of the Charitable Feeding Ordinance on EaDo has been significant, and is measurable.

Before the passing of the ordinance in 2012, Our EaDo street maintenance crews were picking up over 16,000 lbs of trash every month. After passing and enforcement, it has been reduced by nearly half.

Monthly EaDo trash pickup numbers per month from 2012 are below:

| Month | Total Trash (lbs) |
|---|---|
| March | 16,355. |
| April | 16,965. |
| May | 15,640. |
| June | 14,070. |
| July | 12,210. |
| August | 8,965. |

Anton Sinkewich LEED AP
EaDo | East Downtown Management District
1121 Delano, Houston TX 77003
713 591 2014
www.EaDoHouston.com

On Thu, Jan 22, 2015 at 4:00 PM, Diane Schenke <dschenke@greatereastend.com> wrote:

Andy—We had no actual areas where the feeding occurred. I would suggest that Anton answer this question rather than me. We had more loitering issues, some of which have been cured by the changes in Guadalupe Plaza Park. Of course, some of have just moved to the Bayou and along Harrisburg, too.

Diane Schenke,

President



**GREATER EAST END DISTRICT**

THE PEOPLE BEHIND THE PROGRESS

3211 Harrisburg Blvd., Houston, TX 77003

C: 281.914.1408 | O: 713.928.9916 | F: 713.928.2915

---

From: Icken, Andy - MYR [mailto:Andy.Icken@houstontx.gov]
Sent: Thursday, January 22, 2015 3:58 PM
To: Diane Schenke
Subject: Fwd:

Diane

See note I just sent to bob Eury . Can you answer this question for the east end?

Sent from my iPhone

Begin forwarded message:

> **From:** "Icken, Andy - MYR" <Andy.Icken@houstontx.gov>
> **Date:** January 22, 2015 at 3:54:40 PM CST
> **To:** "Eury, Bob - IT" <bob@centralhouston.org>
>
> Since the 'feeding ordinance ' was passed has the HDMD seen a measurable difference  in the impact on downtown?
>
> Sent from my iPhone

COH 002126