# EXHIBIT H

Renee Beckham                                              February 13, 2025
                                                           Pages 154 to 157

Page 154

1    A.  One ongoing.  I think I mentioned Loaves &
2  Fishes earlier.
3    Q.  Okay.
4    A.  In their -- I guess in their patio, we got a
5  complaint.  The weekend inspector went out there, and
6  they were -- the organization -- I don't remember the
7  name of the organization.  They weren't feeding them in
8  accordance with food safety.  So there was issues with
9  the manner of which the food was being provided or
10 uncovered food.  So you're serving buffet style, and you
11 have food just totally exposed.
12   Q.  And when you -- so was it -- do you know if
13 Loaves & Fishes authorizes other groups to provide
14 charitable feedings on their patio?
15   A.  This was the first that I had heard --
16   Q.  Okay.
17   A.  -- that they even had charitable feeding on
18 their property because they have a kitchen.  But I think
19 on Sundays or Sunday mornings they don't feed.  So
20 that's probably why they do that.
21   Q.  And Loaves & Fishes itself provides meals to
22 homeless people during the week, right?
23   A.  Yes.
24   Q.  But it provides those meals on their own
25 property?

Page 155

1    A.  Right.
2    Q.  So it's not covered by the ordinance?
3    A.  It's covered by Chapter 20, yes, because it's a
4  permitted kitchen.
5    Q.  Okay.
6    A.  Right.
7    Q.  But it's not covered by the charitable feeding
8  ordinance because they're doing the feeding on their own
9  property?
10   A.  Right.
11   Q.  Okay.  Now -- okay.  So now we have three.
12 There's the 2018 complaint across the street from
13 Loaves & Fishes, the 2020 complaint outside the Central
14 Library --
15   A.  Right.
16   Q.  -- and then the ongoing complaint about another
17 group serving feed in Loaves & Fishes' patio.
18   A.  Yes.
19   Q.  Aside from those complaints, are there any
20 other current complaints about the food safety or
21 sanitation for charitable feeding?
22   A.  There could be.  And the reason I'm saying this
23 is because they're going to be listed, it depends on how
24 the person describes the complaint to us.  So anyone
25 that doesn't have a permit, we're going to call it an

Page 156

1  illegal food establishment.  So I would have to go
2  through the database and look by the address whether
3  they're referring to someone feeding the homeless or
4  not.  See what I'm saying?
5    Q.  Okay.  So -- but aside from the three
6  complaints -- the 2018, the 2020 -- the 2018 across the
7  street from Loaves & Fishes, 2020 outside the Central
8  Library, and the current issue at Loaves & Fishes -- are
9  you aware or have you seen any other food safety
10 complaints arising out of charitable feeding?
11   A.  No.  Just those that, like I say, that I'm
12 aware of.
13   Q.  Okay.  Now, do employees from the health
14 department regularly attend feedings at 61 Riesner?
15   A.  No, they don't.  It's not a regular, routine
16 site that they would visit.
17   Q.  Okay.  And earlier you mentioned that you
18 maintain a calendar of the groups and individuals who
19 are feeding at 61 Riesner; is that right?
20   A.  Yes.
21   Q.  And do people have to schedule a charitable
22 feeding on the calendar to feed there, or can they just
23 show up and provide food?
24   A.  They could just show up.
25   Q.  Okay.

Page 157

1    A.  Yeah, I would say, yes, they can just show up.
2    Q.  Okay.  So it's an optional step to get in
3  contact with the health department to schedule it and
4  put it on the calendar?
5    A.  Right.
6    Q.  Okay.  I'm going to hand you what I've marked
7  as Exhibit 46.
8        (Exhibit No. 46 was marked.)
9    Q.  (BY MR. HIROSHIGE)  Take a moment to review
10 these pages.
11   A.  (Witness complies.)
12       Okay.
13   Q.  And so this is the calendar for charitable food
14 service events on the health department's web page,
15 right?
16   A.  Yes.
17   Q.  And it lists some of the individuals and groups
18 providing food at 61 Riesner?
19   A.  Yes.
20   Q.  Okay.  Now, on this first page -- and so do you
21 see on the top where it says January 2025?
22   A.  Yes.
23   Q.  Okay.  So it appears that someone named
24 Elizabeth Tannery scheduled a charitable feeding at
25 Riesner on January 1st, 2025?