# EXHIBIT 38

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   FOOD NOT BOMBS HOUSTON      §
     ET AL.,                     §
 4                               §
     Plaintiffs,                 §   Case No. 4:24-cv-338
 5                               §
     v.                          §   (Consolidated Case: No.
 6                               §   4:23-cv-1206)
     CITY OF HOUSTON, TEXAS,     §
 7                               §
     Defendant.                  §
 8

 9

10                   ORAL DEPOSITION OF

11                     RENEE BECKHAM

12                  FEBRUARY 13, 2025

13

14

15       ORAL DEPOSITION OF RENEE BECKHAM, produced as a

16   witness at the instance of the Plaintiffs and duly

17   sworn, was taken in the above styled and numbered cause

18   on Thursday, February 13, 2025, from 9:10 a.m. to

19   2:49 p.m., before DONNA QUALLS, Notary Public in and for

20   the State of Texas, Notary ID No. 12161359, reported by

21   computerized stenotype machine, at the offices of

22   Houston City Hall Annex, 900 Bagby Street, 4th Floor,

23   Houston, Texas, pursuant to the Federal Rules of Civil

24   Procedure, and any provisions stated on the record or

25   attached hereto.
```

Renee Beckham                                              February 13, 2025
                                                                     Page 2

1                          A P P E A R A N C E S

2

    FOR THE PLAINTIFF, FOOD NOT BOMBS AND BRANDON WALSH:
3        RANDALL HIROSHIGE
         CHRISTINA BEELER
4        TEXAS CIVIL RIGHTS PROJECT
         1405 Montopolis
5        Austin, Texas  78741
         (512) 474-5073
6        randy@texascivilrightsproject.org
         christinab@texascivilrightsproject.org
7

8   FOR THE PLAINTIFF, PHILLIP PICONE:
         RANDALL L. KALLINEN
9        KALLINEN LAW FIRM
         511 Broadway Street
10       Houston, Texas  77012
         (713) 320-3785
11       attorneykallinen@aol.com

12
    FOR THE DEFENDANT, CITY OF HOUSTON:
13       LUCILLE ANDERSON
         KENNETH S. SOH
14       CITY OF HOUSTON LEGAL DEPARTMENT
         P.O. Box 368
15       Houston, Texas  77001-0368
         (832) 393-6491
16       mlucille.anderson@houstontx.gov
         kenneth.soh@houstontx.gov
17

18
    Also Present:
19       Natoya Inglis
         Anamaria Kheveli
20       Rihika Kumar

21

22

23

24

25

```
 1        Q.   Okay.
 2        A.   -- in that chain.
 3        Q.   But in 2000- -- in October of 2023, charitable
 4   feedings were still not allowed at city parks, right?
 5        A.   Right.
 6        Q.   And again, it was the mayor's office -- or
 7   strike that.
 8             The decision to resume charitable feeding
 9   at city parks was with the mayor's office, right?
10        A.   Yes.
11        Q.   Okay.  And so in 2023, do you know if there was
12   any plan to resume charitable feeding at city parks?
13        A.   No, sir.
14        Q.   As it -- was there a plan to resume charitable
15   feeding at city parks in 2023?
16        A.   No, sir, not that I'm aware of.
17        Q.   Okay.
18                  MR. HIROSHIGE:  We can take a break.
19                  THE REPORTER:  Off the record at 11:46.
20                  (Recess from 11:46 a.m. to 12:57 p.m.)
21                  THE REPORTER:  We are back on the record at
22   12:57 p.m.
23        Q.   (BY MR. HIROSHIGE)  Now, Ms. Beckham, earlier
24   today we were talking about how the health department
25   can issue guidelines for charitable food service events,
```

Renee Beckham                                                February 13, 2025
Page 106

```
 1   right?
 2        A.   Yes.
 3        Q.   And the health department presents those
 4   guidelines during its food handling training courses?
 5        A.   Yes.
 6        Q.   And again, that course for the individuals or
 7   groups who want to register in the voluntary charitable
 8   food service provider program?
 9        A.   Yes.  Uh-huh.
10        Q.   I'm going to hand you what we marked as Exhibit
11   No. 40.
12                  (Exhibit No. 40 was marked.)
13        Q.   (BY MR. HIROSHIGE)  At the top you can see this
14   is an e-mail sent by you, Ms. Beckham; is that right?
15        A.   Yes.
16        Q.   Okay.  And it was sent on Wednesday,
17   February 24th, 2021?
18        A.   Yes.
19        Q.   And you sent this e-mail to someone named
20   Latoya Brown?
21        A.   Right.
22        Q.   Okay.  And I'll just read your e-mail here.  It
23   says "Good evening, Ms. Brown.  Thank you for
24   participating in the charitable feeding (feeding the
25   homeless) virtual training session on February 20.
```

```
 1   Attached is your certificate, guidelines, and the
 2   presentation."
 3            Did I read that correctly?
 4       A.   Yes.
 5       Q.   So after an individual participates in the
 6   voluntary food handling training course, the instructor
 7   will send them a copy of their certificate, health
 8   department's guidelines, and the presentation from the
 9   course; is that right?
10       A.   Yes.
11       Q.   And you said this before, but the food handling
12   course is around two hours long?
13       A.   Yes.
14       Q.   Okay.  And in this e-mail do you see that there
15   are attachments to the e-mail?
16       A.   Yes.
17       Q.   And the first one is L.Brown.pdf.  The next one
18   is Charitable Guidance Doc-nm 002 revAUG2020.pdf.  And
19   the next one is Charitable Feeding PPwCOVID19.pdf?
20       A.   Yes.
21       Q.   And do you understand these to be the
22   certificates, the guidelines, and the presentation?
23       A.   Yes.  Uh-huh.
24       Q.   Okay.  Now I'm going to hand you what I marked
25   as Exhibit No. 41.
```

1                  (Exhibit No. 41 was marked.)
2          Q.  (BY MR. HIROSHIGE)  Do you recognize this
3   document?
4          A.  Yes.
5          Q.  And this is the guidelines -- strike that.
6              So this is the health department's
7   guidelines for charitable feeding that it provides to
8   people that take the food handler course?
9          A.  Yes.
10         Q.  And if you turn the document over and then look
11  at the bottom.
12         A.  Yes.
13         Q.  Do you see how it says revfeb2020?
14         A.  Yes.
15         Q.  Okay.  And so to your understanding, this
16  handout was last revised -- sorry.  To your
17  understanding, this handout was last revised
18  February 2020, right?
19         A.  Yes.
20         Q.  And now can you turn it back to the front page?
21         A.  Yes.
22         Q.  And under -- do you see where it says
23  "Ordinance Overview" in orange font?
24         A.  Yes.
25         Q.  And the first bullet point under there says

```
 1    "The ordinance does not prevent food preparations
 2    conducted in facilities not permitted as food
 3    establishments (homes, community centers, churches);
 4    however, some locations may have a Food Dealer's
 5    Permit."
 6                  Do you see that?
 7         A.   Yes.
 8         Q.   Did I read that correctly?
 9         A.   Yes.
10         Q.   Okay.  And so the ordinance does not prevent
11    people from preparing food for charitable food service
12    events in their own homes?
13         A.   Right.  It does not.
14         Q.   Okay.  And the health department's guidelines
15    do not prevent people from preparing food for charitable
16    food service events in their own homes, right?
17         A.   No, it does not.
18         Q.   Okay.  And again, under -- do you see the third
19    bullet point underneath "Ordinance Overview"?
20         A.   Yes.
21         Q.   And again, it lists the four basic steps for --
22         A.   Yes.
23         Q.   And again, these are the four basic steps for
24    people participating in the voluntary program, right?
25                  Right?
```

Renee Beckham                                                                February 13, 2025
Page 110

```
1        A.   Yes.
2        Q.   Okay.  Now, at the time you sent this handout
3   in February of 2021, did the health department have any
4   requirements for approved charitable food service
5   locations on City of Houston property?
6        A.   No.
7        Q.   Okay.  And you can take a moment to review
8   this.  And my question is this handout does not list any
9   requirements for approved charitable food service
10  locations on City of Houston property, right?
11       A.   Right.
12       Q.   Now I'm going to hand you what I marked as
13  Exhibit 42.
14            (Exhibit No. 42 was marked.)
15       Q.   (BY MR. HIROSHIGE)  Can you turn with me to the
16  very last page of -- actually -- and then you -- if you
17  actually go to the page right before that, City of
18  Houston 110290.
19            Are you there?
20       A.   Uh-huh.
21       Q.   You see at the very bottom of this page there's
22  an e-mail from you, Ms. Beckham?
23       A.   Yes.
24       Q.   Okay.  And it was sent on Tuesday,
25  February 7th, 2023?
```

```
 1        A.   Yes.
 2        Q.   Okay.  Now let's turn to City of Houston
 3   110291.  And -- so you sent this e-mail to David Opheim;
 4   is that correct?
 5        A.   Yes.
 6        Q.   Who is David Opheim?
 7        A.   He was the health department's webmaster.
 8        Q.   Okay.  And cc'd here is Christopher Sparks.
 9   Who is Christopher Sparks?
10        A.   He's the bureau chief.  He's my manager.
11        Q.   Okay.  And so what is the role of a bureau
12   chief?
13        A.   The bureau chief manages all the consumer
14   health services programs.  So whether it's retail foods,
15   pools, mobile units -- all of those umbrellas that
16   follow under chief, he manages all of that.
17        Q.   So does -- did -- in February of 2023, did
18   Christopher Sparks manage the three chief sanitarians?
19        A.   Yes.
20        Q.   Okay.  And how many -- how many bureau chiefs
21   are there in the health department?
22        A.   Well, in consumer, we only have one, one bureau
23   chief.
24        Q.   Okay.  And what's -- is there another
25   nonconsumer bureau chief?
```

Renee Beckham                                                           February 13, 2025
                                                                             Page 182

```
 1                    REPORTER'S CERTIFICATION
                         ORAL DEPOSITION OF
 2                         RENEE BECKHAM
                      TAKEN FEBRUARY 13, 2025
 3

 4

 5          I, DONNA QUALLS, Shorthand Reporter and Notary

 6   Public in and for the State of Texas, Notary ID

 7   No. 12161359, hereby certify to the following:

 8          That the witness, RENEE BECKHAM, was duly

 9   sworn by the officer and that the transcript of the oral

10   deposition is a true record of the testimony given by

11   the witness;

12          That the original deposition was delivered to

13   RANDALL HIROSHIGE;

14          That a copy of this certificate was served on

15   all parties and/or the witness shown herein on

16   _____.

17          I further certify that pursuant to FRCP No.

18   30(f)(i) that the signature of the deponent was

19   requested by the deponent or a party before the

20   completion of the deposition and that the signature is

21   to be returned within 30 days from date of receipt of

22   the transcript.  If returned, the attached Changes and

23   Signature Page contains any changes and the reasons

24   therefor.

25          I further certify that I am neither counsel
```

```
 1   for, related to, nor employed by any of the parties in
 2   the action in which this proceeding was taken, and
 3   further that I am not financially or otherwise
 4   interested in the outcome of the action.
 5           Certified to by me this 28th day of February,
 6    2025.
 7
 8                    [signature: Donna Qualls]
 9        _____
          DONNA QUALLS
10        Notary Public in and for
          The State of Texas, Notary ID 12161359
11        My Commission expires 11/06/2026

12        Magna Legal Services
          Firm Registration No. 633
13        16414 San Pedro, Suite 900
          San Antonio, Texas 78232
14        (210) 697-3400
15
16
17
18
19
20
21
22
23
24
25
```