# EXHIBIT D(3)




# City of Houston Charitable Food Services

- The Charitable Food Services Ordinance Chapter 20 Article V went into effect July 1, 2012. The intent of the ordinance is to create a voluntary coalition of religious, community based, and charitable organizations and individuals dedicated to providing charitable food services in an organized, efficient, and cooperative process to 6 or more persons, to assure sanitary and good quality foods are delivered to those in need, while protecting the environment and the rights of private property owners. Distribution of lunches/meals for 5 persons or less does not constitute a feeding event. A permit to feed the homeless is not required.

- If you wish to register your organization or individual, please visit: http://www.houstontx.gov/health/Charitable/charitable_participation_form.html

### Ordinance Overview:
- The ordinance does not prevent food preparations conducted in facilities not permitted as food establishments (homes, community centers, churches); however, some locations may have a Houston Food Dealer's Permits.
- The training of charitable feeding personnel is vital and strongly recommend for any potential people who would be handling, storing, or distributing food. (food safety training is FREE and occurs every third Saturday of the month)
- Organizations or individuals wanting to participate in the program need to:
    1. provide to the Health Department contact information (name, address, telephone number, email address). Individuals/organizations are maintained on the city website listed by name and address as Recognized Charitable Food Service Providers.
    2. have at least one person conducting a food service event having attended a city-sponsored, free-of-charge food safety training class conducted by the Health Department will receive a charitable food service certification valid for 5 years. A person qualified as a food service manager under Sec. 20-53 is accepted.
    3. when utilizing any property, obtain written consent from the owner or legal representative. This is required by this ordinance and state trespassing laws.
    4. provide adequate personnel, trash receptacles, and trash containment and removal measures of all trash, unused food, refuse, and litter on the site of the food service event at the conclusion.

### Food Safety for Charitable Feeding Services
The classes are conducted the 3rd Saturday of each month through virtual training from 12:00p.m.-2:00p.m. beginning August 2020. Call 832-393-5100 or email CHS@houstontx.gov to make reservations for class attendees – provide your email address to receive an invite. The classes provide information regarding:
- Providing charitable food services in a manner consistent with good hygiene, sanitation, and food safety.
- Basic standards for food preparation, handling, storage, and use presented by the Health Department.
- Personal hygiene, cross contamination prevention, and time and temperature control.



**HOUSTON HEALTH DEPARTMENT**
8000 North Stadium Drive Houston, TX 77054
832-393-5100   –   CHS@houstontx.gov
**HOUSTONCONSUMER.ORG**





COH 008219



## Hosting a Charitable Feeding Event

- If you plan to hand out food to more than 5 people, be sure to have property owner authorization.

- Feeding operations may provide open (prepared foods) and/or pre-packaged food items. Individuals may purchase sandwiches, pre-packaged meals from food establishments for distribution.

- Ensure that food workers preparing foods: are not ill, keep hands washed thoroughly, have no bare hand contact with ready-to-eat foods by using gloves/tongs; are not engaging in smoking/eating/drinking while preparing foods.

- Protect foods from contamination: proper storage when refrigeration is required (separate raw foods from ready-to-eat foods); using clean and sanitized cutting boards/utensils/equipment often and between use; ensure that purchased/donated food items are free of damage/evidence of temperature abuse; prevent cross contamination during preparation by separating raw foods from ready-to-eat foods. Wash fruits/vegetables prior to use.

- Practice: proper thawing/cooking/reheating of foods. Utilize thermometers in refrigerators and food thermometers for monitoring internal temperatures. The correct food cooking temperatures are utilized to ensure food safety. Cook to the following temperatures: Poultry/Stuffed Meats/Ground Poultry 165°F, Ground Beef/Pork: 155°F Eggs/Beef/Fish/Pork-145°F.

- Understand TCS foods (time and temperature control for safety foods) and importance of keeping these foods out of the Danger Zone (between 41° F. - 135°F). These foods include: milk/poultry/ meats/fish/cut leafy greens/cut tomatoes/cut melons/milk/raw seed sprouts/cooked rice/cooked potatoes/cooked beans. Keep foods <u>cold 41°F. or below</u> or <u>hot at 135°F or above</u> at all times.

- Conduct limited food preparations. Divide prepared food assignments among the staff especially when refrigerated storage space is limited. Prepare ahead of time – freeze if necessary – and reheat cooked foods to 165°F. on the stove/oven/microwave.

- Consider limiting the amount of time when feeding to a few hours. This will assist in limiting the time food is served in the Danger Zone

- Transport foods to site of service in coolers/hot holding units to the servicing location. Securely wrap foods. Make sure transporting vehicle is clean from any items which may contaminate the foods. If feeding operation is set up buffet style, keep consumer portion of foods covered and only exposed end of pans/tray for the server and maintain temperatures. Provide hand sanitizing wipes (individual pks) for clients being fed if you possible.

- Provide enough trash bags to ensure the site is clean before leaving.

For assistance please email CHS@houstontx.gov or call 832-393-5100
Revfeb2020



**HOUSTON HEALTH DEPARTMENT**
8000 North Stadium Drive Houston, TX 77054
832-393-5100   --   CHS@houstontx.gov
**HOUSTONCONSUMER.ORG**



COH 008220