# EXHIBIT D(4)

| | |
|---|---|
| **From:** | Beckham, Renee - HHD |
| **Sent:** | Wednesday, October 30, 2019 10:03 AM CDT |
| **To:** | connect8tow@gmail.com |
| **Subject:** | Charitable Feeding Registration |

Good morning Ms. Cavalier,

Happy to inform you that your organization, Connect, has been added to the Registered Charitable Food Service Groups listed on the Health Department webpage.
The link is:
http://houstontx.gov/health/Charitable/index.html

Thank you,
**Renee L. Beckham, RS**
*Chief Sanitarian*
Houston Health Department
Bureau of Consumer Health Services
832-393-5133 (office) | 713-502-0378 (cell)
8000 N. Stadium Drive | Houston, TX 77054
HoustonConsumer.org | Facebook | Twitter




*CONFIDENTIALITY STATEMENT: This message, as well as any attached document, may contain information from the Houston Health Department (HHD) that is confidential and/or privileged, or may contain Client/Patient privileged information. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.*