# EXHIBIT D(11)

| | |
|---|---|
| **From:** | Gray, Carolyn - HHD |
| **Sent:** | Friday, March 25, 2016 2:19 PM CDT |
| **To:** | Ignatius |
| **Subject:** | RE: Approved Request for Peggy's Point Plaza on March 26, 2016 |

You are welcome Pastor Ignatius. Mrs. Ramos, who has also scheduled Peggy's Park Plaza for the same day as your group, asked me to ask you if you would let the homeless that you feed know that another group was coming after your group so that they will hang around until Mrs. Ramos's group arrives.

Thank you,

Carolyn Gray, RS
Chief Sanitarian
Retail Food Inspection
Houston Health Department
832-393-5131
713-376-0381 (cell)

---

From: Ignatius [mailto:ikeoba@aol.com]
Sent: Friday, March 25, 2016 9:46 AM
To: Gray, Carolyn - HHD
Subject: Re: Approved Request for Peggy's Point Plaza on March 26, 2016

Thank so very much for approving our request

Sent from my iPhone

On Mar 25, 2016, at 7:41 AM, Gray, Carolyn - HHD <Carolyn.Gray@houstontx.gov> wrote:

> Hello Pastor Ignatius,
>
> Hope you are doing well today. Following up on the approval for charitable feeding at Peggy's Point Plaza on March 26, 2016 from 8:30 am to 11:00 am, here is some additional information. Please take a copy of this approval with you in case law enforcement personnel ask to see your documentation. A park ranger will open the gate at 8:30 am. If needed, the dispatch number for the park ranger, Mr. Mohammad Fatany, is 832 395 7100. Please remember to clean up all trash and garbage generated from the event and take it with you when you leave. You will get better attendance of the event if you pass out a handout about the feeding to the homeless downtown before the event. Mr. Fatany, the park ranger, asked me to advise the permitted feeding groups to keep the feeding activities inside of Peggy's Park and

avoid letting the food to go across the street. There have been complaints about trash being left behind on the curbside.

Thank you for your service to the community.

Carolyn Gray, RS
Chief Sanitarian
Retail Food Inspection
Houston Health Department
832-393-5131
713-376-0381 (cell)

<Peggy's Point PLaza Solution House Church Pastor Ignatius March 26, 2016.pdf>

COH 003960