# EXHIBIT D(12)

| | |
|---|---|
| **From:** | Longoria, Rubi - PRD |
| **Sent:** | Thursday, March 31, 2016 2:24 PM CDT |
| **To:** | Isermann, Michael - PRD; Norris, Harold - PRD |
| **Subject:** | RE: Peggy's Point Plaza Park |

Michael, Harold

For your approval

Mr. Hill,
Thank you for your email regarding the trash issue at Peggy's Point Plaza. The park is one of our main charitable feeding sites. We have alerted Carolyn Gray with the Health Department and she will follow-up with Saturday's permit holders; as they are responsible to pick-up and take away all trash generated from their events. In addition, our Urban Park Rangers will monitor the park closely to ensure permit holders are in compliance.

Please note, in the spring of 2012, the Houston City Council approved an ordinance establishing a voluntary program to coordinate outdoor food service operations for the homeless. The intent of the ordinance was three pronged:

- to improve the quality, quantity and distribution of food provided outdoors;
- to expand the opportunities for the homeless to connect with service providers; and
- to reduce the disproportionate environmental impact of food service operations on public and private property.

Thank you for bringing these issues to our attention.
Regards,

---

From: Ellis, Sonya - HPC-PR
Sent: Thursday, March 31, 2016 10:11 AM
To: Gray, Carolyn - HHD; Norris, Harold - PRD
Cc: Askparks; Espinosa, Estella - PRD; Gonzales, Abel - PRD; Longoria, Rubi - PRD; Pierucci, Joe - PRD
Subject: RE: Peggy's Point Plaza Park

Harold,

I was notified by Ms. Carolyn Gray that there are other organizations that are conducting feedings without a permit on various days, mostly Saturday-Sundays. Is there a way we can monitor this activity?

There are also some unpermitted groups at Peggy Park. We no longer allow feedings at this location.

Sonya Ellis, Customer Service Supervisor
Houston Parks and Recreation Department
Recreation and Wellness Division / Permits and Reservations
Office: 832-394-8804
Fax: 832-395-9633

www.houstonparks.org



Online Reservations: https://apm.activecommunities.com/houstonparks

From: Ellis, Sonya - HPC-PR
Sent: Thursday, March 31, 2016 9:41 AM
To: Gray, Carolyn - HHD
Cc: Askparks; Espinosa, Estella - PR; Gonzales, Abel - PR (Abel.Gonzales@houstontx.gov)
Subject: FW: Peggy's Point Plaza Park

Carolyn,

Please see below to assist with a response.

Sonya Ellis, Customer Service Supervisor
Houston Parks and Recreation Department
Recreation and Wellness Division / Permits and Reservations
Office: 832-394-8804
Fax: 832-395-9633

www.houstonparks.org



Online Reservations: https://apm.activecommunities.com/houstonparks

From: Askparks
Sent: Wednesday, March 30, 2016 4:01 PM
To: Ellis, Sonya - HPC-PR
Cc: Espinosa, Estella - PRD
Subject: FW: Peggy's Point Plaza Park

Please see email below and respond directly to requestor's question.  Copy me on the response to the requestor so we can close the email in our files.

Don Whitaker

Media Representative, Houston Parks and Recreation Department

From: Brian Hill [mailto:brianhill.hou@gmail.com]
Sent: Wednesday, March 30, 2016 3:11 PM
To: Askparks
Subject: Peggy's Point Plaza Park

Everyone,

For the past several months, a group has been feeding the homeless in Peggy's Point Plaza Park.

Is a permit required for this activity? Is the group providing food assistance to the homeless in the park permitted?

If so, is the group required to clean up the park after their events?

I'm asking because this park is heavily littered. Probably because there are few if any trash containers in the park.

Thank you for your consideration.

Brian Hill