# EXHIBIT D(13)

| | |
|---|---|
| From: | McCoy, David - HHD |
| Sent: | Tuesday, September 13, 2016 1:06 PM CDT |
| To: | Breakfast Club Ministry |
| Subject: | RE: Charitable feeding event cancellations |

Good afternoon,

Currently, no city parks or other city owned properties are available for use as charitable feeding event sites. Also, the Health Department does not have a list of locations available for event use. Any other private properties potentially used for feeding events would have to be sought out by the event holder and written permission to use those sites would have to be secured and submitted. You may want to contact the local TxDOT Office of Public Affairs to see if they still authorize use of their properties for feeding events (freeway underpasses).

TxDOT Office of Public Affairs
Raquelle Lewis 713-802-5071
Karen Othon 713-354-1532
Danny Perez 713-802-5077
Deldrea Samuels 713-802-5072

**From:** Breakfast Club Ministry
**Sent:** Tuesday, September 13, 2016 12:57 PM
**To:** McCoy, David - HHD
**Subject:** Re: Charitable feeding event cancellations

Hello David,

We would like to know if you have any updates on the feeding events. We are dedicated to our community and specifically with our homeless populations. We are very anxious about getting back into the parks and serving our community. Please let us know if we are able to continue serving in the parks and if not, do you happen to know where we would be able to serve food to the homeless.

Kind regards,
Elsy Perez
PII

On Tuesday, July 5, 2016, McCoy, David - HHD <David.McCoy@houstontx.gov> wrote:
Good morning,

Due to increased safety hazards at some City park feeding locations, the Parks and Recreation Department, in collaboration with the Mayor's office, has had to cancel all scheduled feeding events until further notice. Apparently, there was a drug use related emergency at Peggy's Point in the past few days similar to the one that recently occurred in Hermann Park related to Purple Kush use. I apologize for this late notice as I know that many of you are currently scheduled to hold events. Some of you may have already been notified in the past few days, but the holiday weekend made it impossible for me to get the word out until this morning. It is my

Exhibit 34

COH 025692

understanding that the Mayor's office will be attempting to create a plan that will allow feeding events to proceed in what I hope will be in the not too distant future. It is also my hope that all of you will be able to find ways to continue your community service. Please understand that this has become a public health and safety issue that necessitated this action and that every effort will be taken to rectify and solve it as soon as possible.

COH 025693