# EXHIBIT D(14)

| | |
|---|---|
| **From:** | Longoria, Rubi - PRD |
| **Sent:** | Wednesday, August 8, 2018 9:14 AM CDT |
| **To:** | Longoria, Rubi - PRD |
| **Subject:** | FW: MPSN Safety and Security Focus Meeting July 13 |

**From:** Turner, Joe - PRD
**Sent:** Friday, July 08, 2016 11:04 AM
**To:** Longoria, Rubi - PRD <Rubi.Longoria@houstontx.gov>
**Subject:** RE: MPSN Safety and Security Focus Meeting July 13

They have all been temporary suspended why the Mayor works through the Kush issues first in our Parks and Public areas and then second, we be working to set up discussions with the faith base orgizations on how to best provide services to those in need, not just feedings.

-------- Original message --------
From: "Longoria, Rubi - PRD" <Rubi.Longoria@houstontx.gov>
Date: 07/08/2016 10:55 AM (GMT-06:00)
To: "Turner, Joe - PRD" <Joe.Turner@houstontx.gov>
Subject: FW: MPSN Safety and Security Focus Meeting July 13

Joe – over the Labor Day Weekend – I understand that ALL Charitable Feedings have been cancelled until further notice.

Can you please advise if there are any plans in the future to reinstate feedings.

The Museum District and Midtown will be having a meeting regarding homeless initiatives.

Just want to know how to handle.

Thank you.

Rubi

**From:** MPSN Secretary [mailto:info@museumparksn.org]
**Sent:** Friday, July 08, 2016 10:29 AM
**Subject:** MPSN Safety and Security Focus Meeting July 13

Please join us for Museum Park Neighborhood's upcoming focus meeting regarding safety and security as it impacts the length of Main Street. The meeting will be held Wednesday, July 13, at 5:30 p.m., in the Farish Media Center, Audry Jones Beck Building, MFAH. *Please note directions for entering the Farish Media Center below, as there is no guard at the Beck Building entrance to give admittance.*

Attached is the agenda for the July 13 meeting.
Additions to the agenda may be submitted to info@museumparksn.org.

\*\***Directions to Farish Media Center (MFAH),**
located in the Audry Jones Beck Building, 5600 Main, Houston, 77004

**EXHIBIT**

**22**

COH 112863

Enter the Visitor Center Lobby (Parking Garage) through the Fannin Street entrance (or through parking garage)
Go down the stairs located to the right of Visitor Center Desk.
At the bottom of the stairs, turn right and proceed down the hall.
The Farish Media Center is the first room (door) on the right.

Sandy Stevens, Secretary
**Museum Park Super Neighborhood**