# EXHIBIT D(18)



EXHIBIT

9