# EXHIBIT G

Saima Kadir                                                January 23, 2025
                                                           Pages 102 to 105

Page 102
1    Q. Okay. Are you familiar with the Dinner to Home
2 Program?
3    A. Just reading this e-mail now, I do recall
4 hearing about it, but I don't know anything beyond
5 that -- the details of the program.
6    Q. Okay. And your e-mail was in response to
7 Dr. Lawson asking for any observations about changing to
8 homeless feedings since the Dinner to Home operation
9 began?
10    A. That is correct. That's what she states in her
11 e-mail.
12    Q. And you sent your e-mail to Dr. Lawson,
13 correct?
14    A. Yes, I did. I responded to her e-mail.
15    Q. And who else did you send the e-mail to?
16    A. Sure. At that time, Dr. Lawson was the
17 director of the library. Ricardo Peralez was the chief
18 operating officer, and Roberto Zapata was assistant
19 director. He was my boss. And John Middleton was
20 assistant director of our facilities or spaces division.
21    Q. Did you have conversations about the feedings
22 with any of these people outside of this e-mail?
23    A. I don't remember. That was two years ago.
24    Q. So you don't remember having a conversation
25 with Dr. Lawson about the feedings at that time?

Page 103
1    A. I don't remember having those types of
2 conversations with Dr. Lawson or any of the other people
3 copied on this e-mail outside of this e-mail chain.
4    Q. Sure. Do you remember having conversations
5 with Dr. Lawson since that time about the charitable
6 feedings?
7    A. I don't. I don't remember.
8    Q. Do you remember having conversations with John
9 Middleton about the charitable feedings any time since
10 then?
11    A. I don't remember.
12    Q. What about at any other time?
13    A. I don't remember.
14    Q. Do you remember having conversations with
15 Ricardo Peralez about charitable feedings at any time?
16    A. I don't remember.
17    Q. Do you remember having conversations with
18 Roberto Zapata about charitable feedings at any time?
19    A. I do not remember.
20    Q. So the only discussion that you remember having
21 with any of these people about charitable feedings
22 outside the library was in this e-mail, right?
23       MS. ANDERSON: Objection; form.
24    A. I don't remember. Yeah, I don't remember. I
25 don't want to say yes or no.

Page 104
1    Q. (BY MS. PETCHENIK) Okay. You don't remember
2 another specific conversations, though?
3    A. I don't remember.
4    Q. Okay. And you sent this e-mail on January 9th,
5 2023, you said?
6    A. That is correct based on this e-mail document.
7    Q. Could you please read the first sentence?
8    A. "We have not seen any changes. Folks are still
9 lining up outside JIB in the evenings. Many times they
10 leave a small rock on the sidewalk to mark their queue
11 while they wait across the street in Herman Square."
12    Q. How do you know they were lining up outside --
13 the people were lining up outside the Julia Ideson
14 Building?
15    A. Oftentimes, I would see the queuing up outside
16 when I was leaving, and staff had also told me about it
17 when they would leave.
18    Q. Which staff members told you about it?
19    A. Central Library staff members.
20    Q. Multiple people?
21    A. Yes, multiple people.
22    Q. Do you remember about how many?
23    A. I don't remember. I would also like to point
24 out that at that time, January 2023 time frame, the
25 Central Library was open until -- I mean, it was open

Page 105
1 later. I want to say 8:00 p.m. on Tuesdays and
2 Thursdays.
3    Q. Okay. In January 2023 the library was open
4 until 8:00 just on Tuesdays and Thursdays?
5    A. That is correct, Tuesdays and Thursdays.
6    Q. And would you stay until closing?
7    A. No.
8    Q. Other staff would?
9    A. Other -- other staff was scheduled to work
10 11:00 a.m. to 8:00 p.m.
11    Q. And if I told you Food Not Bombs only held
12 feedings Mondays, Wednesdays, Fridays, and Sunday, would
13 you have any reason to disbelieve that?
14    A. I wouldn't know their schedule.
15    Q. Did you hear from more than five staff members
16 about this -- about the line?
17    A. I want to say definitely more than five staff
18 members.
19    Q. More than ten?
20    A. I'm not sure.
21    Q. What did they tell you?
22    A. What staff conveyed to me were concerns about
23 people lining up and sometimes there wouldn't be enough
24 room for staff to walk across to get to the -- to cross
25 McKinney and get to the other side of the street either



Saima Kadir

Page 106

1  to walk towards their bus stop or walk towards the
2  garage.  There were situations -- instances where staff
3  were heckled by people who were lining up.
4          Again, these are instances that staff
5  shared with me or shared with other staff who then told
6  me that this is what was happening.  And staff was
7  concerned about these things happening outside the
8  building.
9      Q.  Do you remember about how many times you heard
10  about someone being heckled?
11      A.  I would like to say multiple times, but I can't
12  give an exact number.
13      Q.  Do you remember any other specific behavior?
14      A.  I don't remember anything specific around
15  January 2023 time frame.
16      Q.  And at that time you also mentioned in your
17  e-mail that people sometimes leave a rock on the
18  sidewalk to mark their space in the queue; is that
19  correct?
20      A.  That's what I -- that's what the e-mail shows.
21      Q.  Have you seen those rocks on the sidewalk?
22      A.  I have seen some object.  It could be a rock.
23  It could be a brick.  It could be a stone as I leave the
24  building.
25      Q.  Can you describe where that would be?

Page 107

1      A.  Okay.  Let me think.  It would be on the
2  sidewalk.  And as I mentioned previously, people start
3  queuing up sometime around or before 5:00 o'clock.
4  These are in some cases a very long lines.  And
5  sometimes they use a marker such as a physical object
6  like a rock or a brick to mark their spot in the queue
7  and then go elsewhere.
8      Q.  How do you know what the objects were used for?
9      A.  I can deduce based on other people waiting in
10  what seems to be a line formation, a line of some kind.
11      Q.  And so you personally saw those objects when
12  you were leaving the building?
13      A.  Yes, I have seen that.
14      Q.  And that's when you take the bus to work?
15      A.  No.  This is -- this is when I leave the
16  parking garage.
17      Q.  Leave the parking garage?
18      A.  Yes.
19      Q.  So you see the objects from your car?
20      A.  I can, yes.
21      Q.  How often would you see that?
22      A.  I think I mentioned it before that the lines
23  form at least two to three times a week.  So whenever
24  there's a group of people or there's a line or there's a
25  gathering of people, I see that rock or something on the

Page 108

1  sidewalk as well.
2      Q.  So you see the rocks or objects anytime you see
3  the line?
4      A.  Yes.  Uh-huh.
5      Q.  Okay.  And have you heard about the rocks or
6  objects from other staff members?
7      A.  I have heard from other staff members that
8  there are rocks -- that people are using rocks or bricks
9  to mark their spot in the line.
10      Q.  How many times have you heard that?
11      A.  Multiple times.  I can't give you an exact
12  number.
13      Q.  More than five?
14      A.  Definitely more than five.
15      Q.  More than ten?
16      A.  I don't know.
17      Q.  And this was all around January 2023?
18      A.  This is around that time.
19      Q.  And have you continued to see people lining up
20  outside of McKinney?
21      A.  Yes, I have seen people lining up.
22      Q.  Until the present?
23      A.  Until the present.
24      Q.  Have you continued to hear from staff about the
25  line?

Page 109

1      A.  Yes.
2      Q.  Have you continued to see the rocks and objects
3  used?
4      A.  Yes, I have.
5      Q.  Have you continued to hear from staff about the
6  rocks and objects used to mark places?
7      A.  Yes, I have.
8      Q.  Has anything changed about the line or the
9  rocks?
10      A.  Not that I can think of.
11      Q.  Have you continued to hear from staff about
12  heckling?
13      A.  I don't remember.
14      Q.  Have you continued to hear from staff about any
15  behavior other than the large group of people on the
16  street?
17      A.  I've heard from staff about their -- their
18  concern.  One of the things that some staff members have
19  shared is they feel uncomfortable because there is a
20  large gathering.  They then go a different direction to
21  get to the bus stop.
22      Q.  Do you know what about the large gathering
23  makes them uncomfortable?
24      A.  I don't know.  That was not shared with me.
25      Q.  And these were concerns that were reported to



Saima Kadir

January 23, 2025
Pages 110 to 113

Page 110

1  you by your staff?
2      A.  They were relayed to me by staff or by staff
3  supervisors.
4      Q.  Have you felt uncomfortable going through that
5  area?
6      A.  No.  I've been working at the Central Library
7  for 20 years; so I don't feel uncomfortable.  But that's
8  just my opinion.  I can only speak for myself.
9      Q.  And your staff hasn't given you details why
10  they're uncomfortable, right?
11      A.  I don't have knowledge of much details about
12  why they feel this way.
13      Q.  And so when they feel or sometimes staff goes
14  an alternate route to the bus stop?
15      A.  That's what staff conveys to me.
16      Q.  What is the ultimate route to the bus stop?
17      A.  I am not sure.
18      Q.  Were there more of these concerns when the
19  library was open late?
20      A.  I have not compared; so I can't say yes or no
21  to that question.
22      Q.  You don't -- you don't know?
23      A.  I can't answer that question with a yes or a no
24  since I have not compared.
25      Q.  Okay.  When was the last time that you saw the

Page 111

1  rocks or objects in the line?
2      A.  Sometime last week.
3      Q.  And what was it that you saw?
4      A.  Some type of object marking somebody's place in
5  the line.
6      Q.  And when did the library change its closing
7  time from 8:00 to 6:00 on Tuesday and Thursday?
8      A.  Unfortunately, I don't remember the exact date.
9  But it was sometime in early 2023.
10      Q.  Do you know why they changed the closing time?
11      A.  I don't know the exact reasons, but two
12  possibilities were having to deal with low staff -- low
13  staffing levels and security concerns for staff at that
14  time in the evening.
15      Q.  Do you know what the security concerns were?
16      A.  I am not sure of the exact security concerns,
17  but it was because of gatherings and heckling and staff
18  feeling uncomfortable walking through and having to walk
19  around to get to their bus stop.
20      Q.  And just to confirm, the only days that the
21  library was open late was Tuesdays and Thursdays?
22      A.  At that time, yes.
23      Q.  And you were not sure how many groups were
24  conducting charitable feedings at that time?
25      A.  That is correct.  I don't know.  I didn't know

Page 112

1  at that time either.
2      Q.  Did you ever talk to any of the volunteers with
3  the charitable feedings at that time?
4      A.  I did not.
5      Q.  And you said that you would leave the library
6  before closing time on those days, right?
7      A.  My schedule is usually between 8:00 and 5:00.
8      Q.  Even when the library was open later?
9      A.  Even when the library was open later, yes.
10  Yes, most of the time my schedule would be between 8:00
11  and 5:00.
12      Q.  So do you know if there was charitable feedings
13  happening on the days when the library was open late?
14      A.  I don't know myself, but I've heard from
15  various staff members that there were feedings taking
16  place.
17      Q.  What did your staff tell you about the
18  feedings?
19      A.  What staff shared was that there are feedings
20  taking place.  There are large gatherings.  And the
21  aftermath of the feedings, which happens after the
22  library is closed, is the trash that's not in the proper
23  trash receptacles.  There's waste matter -- food, trash,
24  food containers.
25      Q.  Did you personally see any of these things?

Page 113

1      A.  Over the years, I have personally seen all of
2  these things in some combination on the library
3  sidewalks.
4      Q.  Looking back at your e-mail, can you read the
5  second sentence of the first paragraph?
6      A.  Are you referring to the e-mail from
7  January 9th, 2023?
8      Q.  I am.
9      A.  Okay.  Second -- second sentence of the first
10  paragraph.
11      Q.  Yes.  Picking up where you were before.
12      A.  "Park staff continued to clean up the aftermath
13  in the mornings, cleaning up food waste, paper" --
14  "paper, boxes, et cetera."
15      Q.  Is this what you were just referring to?
16      A.  In some combination, yes.
17      Q.  At the time you wrote this e-mail, had you
18  personally seen the food waste, paper boxes, et cetera?
19      A.  Yes, I had in the mornings.
20      Q.  How many times had you seen it?
21      A.  I don't remember that.
22      Q.  Frequently?
23      A.  I'm not sure what "frequently" means.
24      Q.  Multiple times?
25      A.  I can't say.  You know, I don't know.



Saima Kadir

January 23, 2025
Pages 114 to 117

Page 114
1    Q.  Did you see the trash in the morning when you
2  were driving in to work?
3    A.  Sometimes I would see them on the sidewalk, and
4  then other times I would walk around the perimeter of
5  the plaza and notice this trash on the sidewalks.
6    Q.  Always in the mornings?
7    A.  It was always -- well, I don't want to say
8  always.  I'm sorry.  Usually in the mornings.
9    Q.  Why would you walk around the perimeter of the
10  plaza?
11    A.  I would walk around the perimeter of the plaza
12  because staff would have conveyed their concern about
13  this trash.  In my role as chief of Central, I was no
14  longer a bus rider.  I was driving in; therefore, I
15  didn't experience what was left on the sidewalks
16  firsthand.
17    Q.  So that was what you saw around January 2023,
18  right?
19    A.  That is correct.
20    Q.  Do you still see the same level of trash in the
21  mornings?
22    A.  So I still drive in, and I don't see it.  Every
23  once in a while staff will relay to me that there's
24  still trash on the sidewalks.  There's still smell of
25  urine.

Page 115
1    Q.  So you don't see it from your car anymore?
2    A.  I didn't see it from my car.  It was only when
3  I was a bus rider that I would have to walk to the
4  building.  I would see it on the sidewalk.  And then
5  when I would walk around to the perimeter myself, that's
6  when I would see it, yeah.
7    Q.  Do you still walk around the perimeter?
8    A.  Sometimes I do walk around the perimeter.
9    Q.  Do you still see trash when you walk around the
10  perimeter?
11    A.  Sometimes I do see trash.
12    Q.  Is it the same level of trash?
13    A.  It varies.
14    Q.  When was the last time you walked around and
15  observed trash around the plaza?
16    A.  I'm not sure if it was last week or the week
17  before but fairly recently.
18    Q.  How do you know that trash is from feedings?
19    A.  There is food waste, half-eaten food, Styrofoam
20  containers that have leftover food.  Sometimes -- I'm
21  sorry to say this -- there is vomit on the sidewalk also
22  that's pretty indicative that food was consumed on the
23  premises.
24    Q.  Do you know the -- how do you know that this
25  comes from the Food Not Bombs feedings?

Page 116
1    A.  I have not said that it comes from any specific
2  group or organization.
3    Q.  Okay.  How do you know that they come from --
4  that the waste comes from any feedings, any charitable
5  feeding, near the library?
6    A.  I can deduce that it comes from some type of
7  feeding because there are multiple boxes.  The amount of
8  waste -- the garage can is full, and it's overflowing.
9  It seems obvious to me at least that some type of public
10  feeding, some type of feeding, took place the evening
11  before.
12    Q.  Okay.  What days -- do you know what days of
13  the week you see this?
14    A.  No, I don't remember.
15    Q.  Okay.  Do you have any memory of which days you
16  go out and walk around the plaza?
17    A.  No, I don't have a set routine or schedule.
18    Q.  Okay.  Have you heard from staff about these
19  concerns?
20    A.  Yes, I have heard from staff.
21    Q.  Have the things you've heard from staff changed
22  at all?
23    A.  No, they haven't changed.  What I heard from
24  staff is mostly about trash on the sidewalks.
25    Q.  What did they say about the trash on the

Page 117
1  sidewalks?
2    A.  It's basically what's written in this e-mail --
3  food waste, paper, boxes.
4    Q.  Okay.  And you said sometimes you see piles of
5  trash around the garbage can?
6    A.  Yes, there are piles of trash around the garage
7  can that's already full.
8    Q.  Have you ever heard any discussion of putting
9  additional receptacles outside?
10    A.  I don't remember.
11    Q.  We are going to show you one more exhibit.
12       Have you seen this photo before?
13    A.  I don't recall seeing this photo before.
14    Q.  Does this photo reflect what you see when you
15  described trash stacked up next to the garbage?
16    A.  Yes, it does.
17    Q.  Sorry.  We are marking this as Exhibit 9.
18       (Exhibit No. 9 was marked.)
19    Q.  (BY MS. PETCHENIK)  So this is how trash is
20  stacked up next to the trash can?
21    A.  Not all the time.  This is a very neat pile.
22  From my experience, it's scattered all over the
23  sidewalk.
24    Q.  When was the last time you saw it scattered all
25  over the sidewalk?



Saima Kadir

Page 118

1    A. I don't remember.
2    Q. In the past month?
3    A. I'm sorry. I don't remember.
4    Q. Do you remember it scattered on the sidewalk in
5  the past year?
6    A. I can say most likely in the past year.
7    Q. Do you know who stacked up the trash like this?
8    A. I don't know.
9    Q. But you have seen it stacked like this
10  sometimes?
11    A. There have been times when I have seen the
12  trash stacked like this.
13    Q. Have you spoken with any Food Not Bombs
14  volunteer about the trash issue?
15    A. I have not.
16    Q. Have -- to your knowledge, has anyone on your
17  staff spoken with Food Not Bombs volunteers about the
18  trash issue?
19    A. I don't know.
20    Q. So you haven't seen trash scattered on the
21  sidewalk many times in the past year?
22    A. I can't give you an exact number.
23    Q. Was that something you saw more closer to the
24  time you wrote that e-mail in 2023?
25    A. I don't -- I don't remember.

Page 119

1    Q. If you look in the distance in that photo,
2  there are some bricks and rocks?
3    A. Yes, I do see that.
4    Q. Is that what you were describing when you say
5  people use objects to hold their place in line?
6    A. Yes, I was.
7    Q. And that's how they stack the objects like we
8  see in that photo to save their place?
9    A. That seems to be correct.
10    Q. And you've observed this arrangement before?
11    A. Yes, I have.
12    Q. So you heard from your staff complaints about
13  the trash and the objects left behind and their
14  discomfort walking through the crowd.
15        Did you receive other complaints from
16  staff?
17    A. I might have received other accounts of their
18  discomfort. I would like to point out, Exhibit 9, where
19  we see these rocks, do you see those gaps in the
20  sidewalk? I am not sure if these bricks or sometimes
21  referred to as pavers are pried from the sidewalk, but
22  this leaves a gap, and that causes some mobility
23  concerns. And staff has brought that to my attention
24  also.
25        That's another reason, because it makes --

Page 120

1  makes the sidewalk wobbly and uncomfortable. Some staff
2  members may have some mobility challenges similar to
3  some of the library customers who may have mobility
4  challenges. And that's really a safety hazard.
5    Q. Have you seen anyone prying the bricks out from
6  the sidewalk?
7    A. I have not seen, but I've heard from staff.
8  And there might have even been incident reports about
9  this.
10    Q. So you heard from staff who have seen it
11  happen?
12    A. I might have. I'm not sure 100 percent.
13    Q. Okay. So you don't remember if you've heard
14  from staff who witnessed someone prying a brick out?
15    A. I don't want to say yes or no. There might
16  have been incident reports about this, but I don't
17  remember exactly.
18    Q. None that you can specifically tell me about?
19    A. That is correct.
20    Q. Okay. And have you heard from staff who have
21  personally felt uncomfortable walking on the sidewalk?
22    A. I have.
23    Q. Because of mobility issues?
24    A. I have heard from staff who feel uncomfortable
25  walking because of these gaps in the sidewalk.

Page 121

1    Q. Okay. This gap on the edge of the sidewalk,
2  right, is what we're looking at?
3    A. That is correct.
4    Q. Okay. Have you seen the gap yourself?
5    A. I have seen the gap. I have seen it on
6  McKinney's side. I have seen it on Smith side and also
7  on Lamar's side.
8    Q. And do you have any way of knowing if the
9  people who -- if whoever took the bricks out in this way
10  was associated with Food Not Bombs?
11    A. There is no way for me to establish that
12  conclusion.
13    Q. Do you have any way of knowing if they were
14  associated with a charitable feeding?
15    A. There is really no way for me to establish that
16  conclusion either.
17    Q. Other people use the plaza, right?
18    A. So when you refer to "the plaza," it's that
19  open space between the two library buildings. And lots
20  of people use the plaza when it's open, when the library
21  is open.
22    Q. And other people walk around in front of the
23  Ideson Building in that area as well?
24    A. Yes.
25    Q. I think there is a bus tour that picks up in

