IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOOD NOT BOMBS HOUSTON, §<br>BRANDON WALSH §<br>     Plaintiffs §<br> §<br>v. §<br> §<br>THE CITY OF HOUSTON, TEXAS, §<br>     Defendant §| | C.A. No. 4:24-CV-00338 |

Consolidated with

| | | |
|---|---|---|
| PHILLIP PICONE, §<br>     Plaintiff §<br> §<br>v. §<br> §<br>OFFICER A. ANCIRA, *in his* §<br>*Individual capacity*, and THE CITY OF§<br>HOUSTON, TEXAS, §<br>     Defendants §| | C.A. NO. 4:23-CV-1206<br><br>Judge Andrew Hanen |

**ORDER DENYING PLAINTIFF PHILLIP PICONE'S
<u>RULE 56 MOTION FOR SUMMARY JUDGMENT</u>**

After considering Plaintiff Phillip Picone's motion for summary judgment as to the liability of the City of Houston and his joinder in Plaintiffs Food Not Bombs Houston and Brandon Walsh's motion for summary judgment and for permanent injunction, as well as Defendant City of Houston, Texas ("Houston")'s response, the Court finds Plaintiff's motion is not well-taken.  It is therefore

1

2

ORDERED that Plaintiff Phillip Picone's motion for summary judgment is DENIED. It is further

ORDERED that Plaintiff Phillip Picone's motion for permanent injunction is DENIED.

Dated: _____

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE