# EXHIBIT H

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
2                        HOUSTON DIVISION

3   FOOD NOT BOMBS HOUSTON     §
    ET AL.,                    §
4                              §
    Plaintiffs,                §   Case No. 4:24-cv-338
5                              §
    v.                         §   (Consolidated Case: No.
6                              §   4:23-cv-1206)
    CITY OF HOUSTON, TEXAS,    §
7                              §
    Defendant.                 §
8

9

10                    ORAL DEPOSITION OF

11                      RENEE BECKHAM

12                   FEBRUARY 13, 2025

13

14

15       ORAL DEPOSITION OF RENEE BECKHAM, produced as a

16   witness at the instance of the Plaintiffs and duly

17   sworn, was taken in the above styled and numbered cause

18   on Thursday, February 13, 2025, from 9:10 a.m. to

19   2:49 p.m., before DONNA QUALLS, Notary Public in and for

20   the State of Texas, Notary ID No. 12161359, reported by

21   computerized stenotype machine, at the offices of

22   Houston City Hall Annex, 900 Bagby Street, 4th Floor,

23   Houston, Texas, pursuant to the Federal Rules of Civil

24   Procedure, and any provisions stated on the record or

25   attached hereto.
```

Renee Beckham                                                February 13, 2025
                                                                      Page 2

```
 1                    A P P E A R A N C E S

 2
     FOR THE PLAINTIFF, FOOD NOT BOMBS AND BRANDON WALSH:
 3        RANDALL HIROSHIGE
          CHRISTINA BEELER
 4        TEXAS CIVIL RIGHTS PROJECT
          1405 Montopolis
 5        Austin, Texas  78741
          (512) 474-5073
 6        randy@texascivilrightsproject.org
          christinab@texascivilrightsproject.org
 7

 8   FOR THE PLAINTIFF, PHILLIP PICONE:
          RANDALL L. KALLINEN
 9        KALLINEN LAW FIRM
          511 Broadway Street
10        Houston, Texas  77012
          (713) 320-3785
11        attorneykallinen@aol.com

12
     FOR THE DEFENDANT, CITY OF HOUSTON:
13        LUCILLE ANDERSON
          KENNETH S. SOH
14        CITY OF HOUSTON LEGAL DEPARTMENT
          P.O. Box 368
15        Houston, Texas  77001-0368
          (832) 393-6491
16        mlucille.anderson@houstontx.gov
          kenneth.soh@houstontx.gov
17

18
     Also Present:
19        Natoya Inglis
          Anamaria Kheveli
20        Rihika Kumar

21

22

23

24

25
```

Renee Beckham  
February 13, 2025  
Pages 154 to 157

Page 154

1  A. One ongoing. I think I mentioned Loaves &  
2  Fishes earlier.  
3  Q. Okay.  
4  A. In their -- I guess in their patio, we got a  
5  complaint. The weekend inspector went out there, and  
6  they were -- the organization -- I don't remember the  
7  name of the organization. They weren't feeding them in  
8  accordance with food safety. So there was issues with  
9  the manner of which the food was being provided or  
10 uncovered food. So you're serving buffet style, and you  
11 have food just totally exposed.  
12 Q. And when you -- so was it -- do you know if  
13 Loaves & Fishes authorizes other groups to provide  
14 charitable feedings on their patio?  
15 A. This was the first that I had heard --  
16 Q. Okay.  
17 A. -- that they even had charitable feeding on  
18 their property because they have a kitchen. But I think  
19 on Sundays or Sunday mornings they don't feed. So  
20 that's probably why they do that.  
21 Q. And Loaves & Fishes itself provides meals to  
22 homeless people during the week, right?  
23 A. Yes.  
24 Q. But it provides those meals on their own  
25 property?

Page 155

1  A. Right.  
2  Q. So it's not covered by the ordinance?  
3  A. It's covered by Chapter 20, yes, because it's a  
4  permitted kitchen.  
5  Q. Okay.  
6  A. Right.  
7  Q. But it's not covered by the charitable feeding  
8  ordinance because they're doing the feeding on their own  
9  property?  
10 A. Right.  
11 Q. Okay. Now -- okay. So now we have three.  
12 There's the 2018 complaint across the street from  
13 Loaves & Fishes, the 2020 complaint outside the Central  
14 Library --  
15 A. Right.  
16 Q. -- and then the ongoing complaint about another  
17 group serving feed in Loaves & Fishes' patio.  
18 A. Yes.  
19 Q. Aside from those complaints, are there any  
20 other current complaints about the food safety or  
21 sanitation for charitable feeding?  
22 A. There could be. And the reason I'm saying this  
23 is because they're going to be listed, it depends on how  
24 the person describes the complaint to us. So anyone  
25 that doesn't have a permit, we're going to call it an

Page 156

1  illegal food establishment. So I would have to go  
2  through the database and look by the address whether  
3  they're referring to someone feeding the homeless or  
4  not. See what I'm saying?  
5  Q. Okay. So -- but aside from the three  
6  complaints -- the 2018, the 2020 -- the 2018 across the  
7  street from Loaves & Fishes, 2020 outside the Central  
8  Library, and the current issue at Loaves & Fishes -- are  
9  you aware or have you seen any other food safety  
10 complaints arising out of charitable feeding?  
11 A. No. Just those that, like I say, that I'm  
12 aware of.  
13 Q. Okay. Now, do employees from the health  
14 department regularly attend feedings at 61 Riesner?  
15 A. No, they don't. It's not a regular, routine  
16 site that they would visit.  
17 Q. Okay. And earlier you mentioned that you  
18 maintain a calendar of the groups and individuals who  
19 are feeding at 61 Riesner; is that right?  
20 A. Yes.  
21 Q. And do people have to schedule a charitable  
22 feeding on the calendar to feed there, or can they just  
23 show up and provide food?  
24 A. They could just show up.  
25 Q. Okay.

Page 157

1  A. Yeah, I would say, yes, they can just show up.  
2  Q. Okay. So it's an optional step to get in  
3  contact with the health department to schedule it and  
4  put it on the calendar?  
5  A. Right.  
6  Q. Okay. I'm going to hand you what I've marked  
7  as Exhibit 46.  
8      (Exhibit No. 46 was marked.)  
9  Q. (BY MR. HIROSHIGE) Take a moment to review  
10 these pages.  
11 A. (Witness complies.)  
12     Okay.  
13 Q. And so this is the calendar for charitable food  
14 service events on the health department's web page,  
15 right?  
16 A. Yes.  
17 Q. And it lists some of the individuals and groups  
18 providing food at 61 Riesner?  
19 A. Yes.  
20 Q. Okay. Now, on this first page -- and so do you  
21 see on the top where it says January 2025?  
22 A. Yes.  
23 Q. Okay. So it appears that someone named  
24 Elizabeth Tannery scheduled a charitable feeding at  
25 Riesner on January 1st, 2025?

Renee Beckham                                                        February 13, 2025
                                                                            Page 182

```
 1                    REPORTER'S CERTIFICATION
                         ORAL DEPOSITION OF
 2                         RENEE BECKHAM
                       TAKEN FEBRUARY 13, 2025
 3

 4

 5            I, DONNA QUALLS, Shorthand Reporter and Notary

 6   Public in and for the State of Texas, Notary ID

 7   No. 12161359, hereby certify to the following:

 8            That the witness, RENEE BECKHAM, was duly

 9   sworn by the officer and that the transcript of the oral

10   deposition is a true record of the testimony given by

11   the witness;

12            That the original deposition was delivered to

13   RANDALL HIROSHIGE;

14            That a copy of this certificate was served on

15   all parties and/or the witness shown herein on

16   _____.

17            I further certify that pursuant to FRCP No.

18   30(f)(i) that the signature of the deponent was

19   requested by the deponent or a party before the

20   completion of the deposition and that the signature is

21   to be returned within 30 days from date of receipt of

22   the transcript.  If returned, the attached Changes and

23   Signature Page contains any changes and the reasons

24   therefor.

25            I further certify that I am neither counsel
```

```
 1   for, related to, nor employed by any of the parties in

 2   the action in which this proceeding was taken, and

 3   further that I am not financially or otherwise

 4   interested in the outcome of the action.

 5           Certified to by me this 28th day of February,

 6    2025.

 7

 8                    [signature: Donna Qualls]

 9           _____
             DONNA QUALLS
10           Notary Public in and for
             The State of Texas, Notary ID 12161359
11           My Commission expires 11/06/2026

12           Magna Legal Services
             Firm Registration No. 633
13           16414 San Pedro, Suite 900
             San Antonio, Texas 78232
14           (210) 697-3400

15

16

17

18

19

20

21

22

23

24

25
```