

EXHIBIT 13

FNB010553



FNB010422



FNB010547



FNB010623