# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:24-cv-338 |
| v. ) | (Consolidated Case: No. 4:23-cv-1206) |
| ) | |
| City of Houston, Texas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On this date, the Court considered the Parties' Joint Motion for Extension of Joint Pretrial Order and Pretrial Disclosure Deadlines. Dkt. 66. After due consideration of this motion, the Court **GRANTS** the Parties' Motion. It is hereby **ORDERED** that the deadlines for the Parties to file the joint pretrial order and pretrial disclosures are amended as follows:

- Joint pretrial order due **September 15, 2025**.

- Pretrial disclosures due **September 15, 2025**. The opposing party must, within **ten days** of the disclosures, serve objections to the admissibility of witness testimony or exhibits.

All other deadlines in the current scheduling order, Dkt. 27, remain in effect.

Signed at Houston, Texas this _____ day of August, 2025.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE