# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., ) ) Plaintiffs, ) ) v. ) ) City of Houston, Texas, ) ) Defendant. ) ) | Case No. 4:24-cv-338 (Consolidated Case: No. 4:23-cv-1206) |

## JOINT MOTION TO WAIVE JURY TRIAL AND PROCEED WITH BENCH TRIAL

Pursuant to Federal Rule of Civil Procedure 38(d), Plaintiffs Food Not Bombs Houston and Brandon Walsh (Case No. 4:24-cv-338), Plaintiff Phillip Picone (Case No. 4:23-cv-1206), and Defendant City of Houston (collectively, "the Parties"), waive their respective rights to a jury trial so that the trial may proceed as a bench trial.

Accordingly, the Parties respectfully request that this Court convert the trial in this case, currently set for October 14, 2025, to a bench trial.

(Signatures on following page)

Respectfully submitted,                                        Dated: August 29, 2025.

| | |
|---|---|
| /s/ *Randall Hiroshige*<br>Randall Hiroshige<br>Texas Bar No. 24124299<br>Southern District No. 3708688<br>randy@texascivilrightsproject.org<br>Travis Walker Fife<br>Texas Bar No. 24126956<br>Southern District No. 3734502<br>travis@texascivilrightsproject.org<br>Christina Beeler<br>Texas Bar No. 24096124<br>Southern District No. 3695627<br>christinab@texascivilrightsproject.org<br>Molly Petchenik<br>Texas Bar No. 24134321<br>Southern District No 3854546<br>molly@texascivilrightsproject.org<br>Texas Civil Rights Project<br>P.O. Box 1108<br>Houston, TX 77251-1108<br>Tel: 512-474-5073<br><br>Remington Alessi<br>Texas Bar No. 24120245<br>Southern District No. 3596602<br>remingtonalessi@gmail.com<br>P.O. Box 230381<br>Houston, Texas 77223<br>Tel: 281-438-3733<br>Fax: 713-583-7973<br><br>Caitlyn Silhan<br>Texas State Bar No. 24072879<br>csilhan@waterskraus.com<br>Waters Kraus Paul<br>3141 Hood Street, Suite 200<br>Dallas, Texas 75219<br>Tel: 214-357-6244<br>Fax: 214-357-7252<br><br>**ATTORNEYS FOR PLAINTIFFS FOOD NOT BOMBS HOUSTON AND BRANDON WALSH (4:24-cv-338)** | /s/ *Randall L. Kallinen*<br>Randall L. Kallinen<br>Texas Bar No. 00790995<br>Southern District No. 19417<br>attoreykallinen@aol.com<br>Alexander C. Johnson<br>Texas Bar No. 24123583<br>Southern District No. 3679181<br>alex@acj.legal<br>Kallinen Law PLLC<br>511 Broadway Street<br>Houston, Texas 77012<br>Telephone: 713-320-3785<br>Fax: 713-893-6737<br><br>**ATTORNEYS FOR PLAINTIFF PHILLIP PICONE (4:23-cv-1206)**<br><br>/s/ *M. Lucille Anderson*<br>M. Lucille Anderson<br>Senior Assistant City Attorney III<br>Federal ID No. 19377<br>Texas Bar No. 00793260<br>MLucille.Anderson@houstontx.gov<br>Kenneth S. Soh<br>Senior Assistant City Attorney<br>Federal Bar No. 19783<br>Texas Bar No. 00794670<br>Kenneth.Soh@houstontx.gov<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, Texas 77001-0368<br><br>**ATTORNEYS FOR DEFENDANT** |

2

## **CERTIFICATE OF SERVICE**

I certify that on August 29, 2025, a true and correct copy of this document was properly served on all counsel of record via electronic filing.

*/s/ Randall Hiroshige*
Randall Hiroshige

## **CERTIFICATE OF CONFERENCE**

I certify that on August 25 & 28, 2025, Counsel for Plaintiffs Food Not Bombs Houston and Brandon Walsh conferred with Counsel for Plaintiff Phillip Picone and Counsel for Defendant via email. Each Party supports and joins this Motion.

*/s/ Randall Hiroshige*
Randall Hiroshige
