Case 4:24-cv-00338   Document 68   Filed on 09/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:24-cv-338 |
| | ) (Consolidated Case: No. 4:23-cv-1206) |
| City of Houston, Texas, | ) |
| Defendant. | ) |

## ORDER

On this date, the Court considered the Parties' Joint Motion to Waive Jury Trial and Proceed with Bench Trial. Dkt. 67. After due consideration of this motion, the Court **GRANTS** the Parties' Motion. It is hereby **ORDERED** that the trial in this case, currently set for October 14, 2025, shall proceed as a bench trial. It is further **ORDERED** that attorney's fees and expenses will be determined by the Court upon a properly filed post-judgment motion in accordance with Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988.

Signed at Houston, Texas this 3rd day of September, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE