United States District Court
Southern District of Texas
**ENTERED**
September 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOOD NOT BOMBS HOUSTON, et al | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-338 |
| | § | |
| CITY OF HOUSTON | § | |

## ORDER

Pending before the Court is the Joint Motion for Extension of Time (Doc. No. 66). Because of the Court's heavy criminal docket and several motions pending in this case, which may narrow the issues for trial, it is hereby

**ORDERED** that the Joint Motion for Extension of Time (Doc. No. 66) is **DENIED**, and the current docket control schedule is **VACATED**. The Court will reset the deadline for the joint pretrial order, pretrial conference, and trial after resolving the motions, if appropriate.

SIGNED on this ____3rd____ day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE