Case 4:24-cv-00338   Document 70   Filed on 09/15/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FOOD NOT BOMBS HOUSTON et al., § § *Plaintiffs*, § VS. § § § CITY OF HOUSTON, TEXAS, § § *Defendants*. § § § | CIVIL ACTION NO. 4:24-cv-338 (Consolidated Case: No. 4:23-cv-1206) |

## ORDER

Pending before this Court is Intervenors' Original Complaint in Intervention, which notes in its docket entry that, "this document was incorrectly filed (per attorney)." (Doc. No. 41). This indicates the Original Complaint in Intervention was filed in error. (Doc. No. 41). Defendant City of Houston filed a Motion to Strike Original Complaint in Intervention. (Doc. No. 42).

Despite the docket entry noting the Original Complaint in Intervention was filed in error, the filing has not been formally withdrawn. Therefore, this Court **GRANTS** Defendant City of Houston's Motion to Strike Original Complaint in Intervention, (Doc. No. 42). It is **ORDERED** that John Locke, Benjamin Franklin Sequoia Craft-Rendon, Nicholas Cooper, and Alan Foster's request to intervene in this consolidated case is **DENIED**. It is **ORDERED** that all parties pay their own costs and attorney fees with respect to this matter.

Signed on this the 15 day of September 2025.

Andrew S. Hanen
United States District Judge