IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Houston, Texas, <br><br> Defendant. | Case No. 4:24-cv-338 <br> (Consolidated Case: No. 4:23-cv-1206) |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW CHRISTINA BEELER AS COUNSEL

Plaintiffs respectfully file this motion to withdraw Christina Beeler as counsel of record from the above-captioned case. There is good cause for this motion, as Ms. Beeler's employment with Texas Civil Rights Project is ending on October 3, 2025.

Dated: October 2, 2025.

(Signatures on following page)

1

Respectfully submitted,

/s/*Christina Beeler*
Christina Beeler
Texas Bar No. 24096124
Southern District No. 3695627
christinab@texascivilrightsproject.org
Randall Hiroshige
Texas Bar No. 24124299
Southern District No. 3708688
randy@texascivilrightsproject.org
Travis Walker Fife
Texas Bar No. 24126956
Southern District No. 3734502
travis@texascivilrightsproject.org
Molly Petchenik
Texas Bar No. 24134321
Southern District No 3854546
molly@texascivilrightsproject.org
Texas Civil Rights Project
P.O. Box 1108
Houston, TX 77251-1108
Tel: 512-474-5073

Caitlyn Silhan
Texas State Bar No. 24072879
csilhan@waterskraus.com
Waters Kraus Paul
3141 Hood Street, Suite 200
Dallas, Texas 75219
Tel: 214-357-6244
Fax: 214-357-7252

**ATTORNEYS FOR PLAINTIFFS FOOD NOT BOMBS HOUSTON AND BRANDON WALSH (4:24-cv-338)**

**CERTIFICATE OF CONFERENCE**

I, Christina Beeler, hereby certify that on September 22, 2025, counsel for Plaintiffs communicated via email with counsel for Defendant regarding Plaintiffs' intention to file this motion. Counsel for Defendant notified Plaintiffs that they were unopposed.

*/s/ Christina Beeler*
Christina Beeler

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case File System of the Southern District of Texas, in compliance with the Federal Rules of Civil Procedure.

*/s/ Christina Beeler*
Christina Beeler