IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., <br><br>Plaintiffs, <br><br>v. <br><br>City of Houston, Texas, <br><br>Defendant. | Case No. 4:24-cv-338 <br>(Consolidated Case: No. 4:23-cv-1206) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION TO WITHDRAW CHRISTINA BEELER AS COUNSEL**

The Court has considered Plaintiffs' Unopposed Motion to Withdraw Christina Beeler as counsel. The Court finds that good cause exists and therefore GRANTS Plaintiffs' Motion in its entirety. Ms. Beeler is WITHDRAWN from her representation in this case.

SIGNED on _____, 2025.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE