United States District Court
Southern District of Texas
**ENTERED**
January 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Food Not Bombs Houston et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> City of Houston, Texas, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:24-cv-338 <br> (Consolidated Case: No. 4:23-cv-1206) |

### ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MOLLY PETCHENIK AS COUNSEL

The Court has considered Plaintiffs' Unopposed Motion to Withdraw Molly Petchenik as Counsel. The Court finds that good cause exists and therefore GRANTS Plaintiffs' Motion in its entirety. Ms. Petchenik is WITHDRAWN from her representation in this case.

SIGNED on J___ 27___, 2026.

HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE