AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Food Not Bombs Houston et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:24-cv-338 |
| City of Houston, Texas, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Food Not Bomb Houston and Brandon Walsh                                                                    .

Date:     02/04/2026

/s/ Sarah Beebe
*Attorney's signature*

Sarah Beebe, Texas Bar No. 24069362
*Printed name and bar number*
Texas Civil Rights Project
P.O. Box 1108
Houston, Texas 77251

*Address*

sbeebe@texascivilrightsproject.org
*E-mail address*

(512) 474-5073
*Telephone number*

*FAX number*